UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:23-CV-00349

RONALD JOHNSON,                    )
                                   )
                Plaintiff,         )
                                   )
    v.                             )
                                   )
TOWN OF SMITHFIELD, et al          )
                                   )
                Defendants.        )

**EXHIBIT LIST AND AMENDED EXHIBITS**

A list of exhibits and an amended complete set of Exhibits to Plaintiff's

Complaint is attached.

Respectfully submitted, this 27th day of June 2023.

/S/ VALERIE L. BATEMAN
Valerie L. Bateman
NC State Bar: 13417
NEW SOUTH LAW FIRM
209 Lloyd St., Ste 350
Carrboro, NC 27510
T: 919-810-3139
F: 919-823-6383
valerie@newsouthlawfirm
*Attorneys for Plaintiff*

# EXHIBIT LIST

| # | DESCRIPTION |
|---|---|
| 2 | 2020.01.02 N&O Article |
| 3 | 2020.01.09 Johnston Co. Report article |
| 4 | 2022.10.06 Investigation III (text messages) |
| 5 | 2020.03.06 Johnston Co. Report article |
| 6 | 2022.06.29 Notice of Administrative Investigation |
| 7 | 2022.08.16 Advertisement |
| 8 | 2022.08.26 Letter to DA from BOE |
| 9 | 2022.09.26 Email from K. Soo |
| 10 | 2023.01.24 Letter from Plaintiff's Counsel to DA |
| 11 | 2023.01.25 and 2023.03.29 Search Warrants |
| 12 | 2023.04.03 Indictment |
| 13 | 2022.10.05 Powell Termination Recommendation |
| 14 | 2023.10.14 Scott Termination Letter |

## CERTIFICATE OF FILING

I hereby certify that I electronically filed the foregoing **EXHIBIT LIST AND AMENDED EXHIBITS** using the CM/ECF filing system which will automatically send email notification of such filing to all counsel of record.

This the 27th day of June 2023.

/S/ VALERIE L. BATEMAN
Valerie L. Bateman
NEW SOUTH LAW FIRM