IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:23-cv-00349-D-RN

| | |
|---|---|
| RONALD JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| | ) |
| TOWN OF SMITHFIELD, MICHAEL SCOTT, in his individual and official capacity as TOWN MANAGER, TIMOTHY KERIGAN, in his individual and official capacity as TOWN HUMAN RESOURCES DIRECTOR, TERRY WEST, in his individual and official capacity as TOWN POLICE DEPT. LT., KEITH POWELL, in his individual and official capacity as TOWN POLICE CHIEF, MARLON LEE, in his individual and official capacity as TOWN COUNCIL MEMBER, THE JOHNSTON COUNTY SCHOOL BOARD OF EDUCATION, TODD SUTTON, in his individual and official capacity as MEMBER and FORMER CHAIR, TERRI SESSOMS, in her individual and official capacity as MEMBER, TERRY TIPPETT, in his individual and official capacity as MEMBER, MICHAEL WOOTEN, in his individual and official capacity as MEMBER, and CURRENT CHAIR, KAY CARROLL, in his individual and official capacity as MEMBER, KEVIN DONOVAN, in his individual and official capacity as MEMBER, SUSAN DOYLE, DISTRICT ATTORNEY of JOHNSTON COUNTY, in her individual and official capacity, RICHARD HOFFMAN, in his individual and official capacity, BENJAMIN O. ZELLINGER, in his individual and official capacity as Special Prosecutor, ANGIE MCLEOD, JIMMY | ) |

1

| | |
|---|---|
| LAWRENCE, DAVID MARSHBURN, and | ) |
| the ESTATE of JOSEPH PRESTON. | ) |
| | ) |
| Defendants. | ) |

NOW COMES the undersigned attorney, Daniel Mullins, and hereby gives notice of appearance as counsel of record for Defendants Town of Smithfield, Michael Scott, in his individual and official capacity as Town Manager, Timothy Kerigan, in his individual and official capacity as Town Human Resources Director, Terry West, in his individual and official capacity as Town Police Lt., Keith Powell, in his individual and official capacity as Town Police Chief, and Marlon Lee, in his individual and official capacity as Town Council Member in the above-captioned case. It is respectfully requested that all future documents, including but not limited to pleadings, notices, motions and discovery, be served upon the undersigned as counsel for Defendants.

This the 24th day of August, 2023.

                                                        **HARTZOG LAW GROUP, LLP**

                                                        /s/ *Daniel N. Mullins*
                                                        DANIEL N. MULLINS
                                                        N.C. State Bar No. 48227
                                                        E-mail: dmullins@hartzoglawgroup.com
                                                        2626 Glenwood Avenue, Suite 305
                                                        Raleigh, North Carolina 27608
                                                        Phone/fax: 919-578-1218
                                                        *Attorney for Defendants Town of Smithfield,*
                                                        *Michael Scott, Timothy Kerigan, Terry West, Keith*
                                                        *Powell, and Marlon Lee*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send electronic notification to all registered CM/ECF participants.

Valerie Bateman
209 Lloyd Street, Ste. 350
Carrboro, NC 27510
valerie@newsouthlawfirm.com

June K. Allison
233 S. Laurel Avenue
Charlotte, NC 28207
june@newsouthlawfirm.com
*Attorneys for Plaintiff*

William O. Walker, IV
James C. Adams, II
Elizabeth L. Troutman
PO Box 1800
Raleigh, NC 27602
wwalker@brookspierce.com
jadams@brookspierce.com
etroutman@brookspierce.com
*Attorney for Defendants The Johnston County School Board of Education, Todd Sutton, Terri Sessoms, Terry Tippett, Michael Wooten, Lyn Andrews, Kay Carroll, and Kevin Donovan*

Elizabeth Curran O'Brien
PO Box 629
Raleigh, NC 27602
eobrien@ncdoj.gov
*Attorney for Defendants Susan Doyle and Richard Hoffman*

Laura McHenry
PO Box 629
114 W. Edenton Street
Raleigh, NC 27603
lmchenry@ncdoj.gov
*Attorney for Defendant Benjamin Zellinger*

I hereby certify that on August 24, 2023, I served the foregoing *Notice of Appearance* on the following parties via U.S. mail.

Angie McLeod
4864 Bailey's Crossroads Road
Benson, NC 27504
angelabarbour@gmail.com

James Lawrence
221 Elm Street
Raleigh, NC 27601
mledo@ledolaw.com

David Marshburn
207 N. Third Street
Smithfield, NC 27577
agentmarshburn@gmail.com

Joseph Preston
202 Carissa Drive
Smithfield, NC 27577

Respectfully submitted this the 24th day of August, 2023.

        **HARTZOG LAW GROUP, LLP**

        /s/ *Daniel N. Mullins*
        DANIEL N. MULLINS
        N.C. State Bar No. 48227
        E-mail: dmullins@hartzoglawgroup.com
        2626 Glenwood Avenue, Suite 305
        Raleigh, North Carolina 27608
        Phone/fax: 919-578-1218
        *Attorney for Defendants Town of Smithfield, Michael Scott, Timothy Kerigan, Terry West, Keith Powell, and Marlon Lee*

4

Case 5:23-cv-00349-D-RN   Document 39   Filed 08/24/23   Page 4 of 4