IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:23-cv-00349-D-RN

| | |
|---|---|
| RONALD JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| v. ) | **TOWN DEFENDANTS' MOTION** |
| ) | **TO EXTEND THE PAGE** |
| TOWN OF SMITHFIELD, MICHAEL ) | **LIMITATION** |
| SCOTT, in his individual and official capacity ) | |
| as TOWN MANAGER, TIMOTHY ) | |
| KERIGAN, in his individual and official ) | |
| capacity as TOWN HUMAN RESOURCES ) | |
| DIRECTOR, TERRY WEST, in his individual ) | |
| and official capacity as TOWN POLICE ) | |
| DEPT. LT., KEITH POWELL, in his ) | |
| individual and official capacity as TOWN ) | |
| POLICE CHIEF, MARLON LEE, in his ) | |
| individual and official capacity as TOWN ) | |
| COUNCIL MEMBER, THE JOHNSTON ) | |
| COUNTY SCHOOL BOARD OF ) | |
| EDUCATION, TODD SUTTON, in his ) | |
| individual and official capacity as MEMBER ) | |
| and FORMER CHAIR, TERRI SESSOMS, in ) | |
| her individual and official capacity as ) | |
| MEMBER, TERRY TIPPETT, in his ) | |
| individual and official capacity as MEMBER, ) | |
| MICHAEL WOOTEN, in his individual and ) | |
| official capacity as MEMBER, and ) | |
| CURRENT CHAIR, KAY CARROLL, in his ) | |
| individual and official capacity as MEMBER, ) | |
| KEVIN DONOVAN, in his individual and ) | |
| official capacity as MEMBER, SUSAN ) | |
| DOYLE, DISTRICT ATTORNEY of ) | |
| JOHNSTON COUNTY, in her individual and ) | |
| official capacity, RICHARD HOFFMAN, in ) | |
| his individual and official capacity, ) | |
| BENJAMIN O. ZELLINGER, in his ) | |
| individual and official capacity as Special ) | |
| Prosecutor, ANGIE MCLEOD, JIMMY ) | |

| | |
|---|---|
| LAWRENCE, DAVID MARSHBURN, and the ESTATE of JOSEPH PRESTON. | ) ) ) |
| Defendants. | ) |

NOW COME Defendants Town of Smithfield, Michael Scott, in his individual and official capacity as Town Manager, Timothy Kerigan, in his individual and official capacity as Town Human Resources Director, Terry West, in his individual and official capacity as Town Police Lt., Keith Powell, in his individual and official capacity as Town Police Chief, and Marlon Lee, in his individual and official capacity as Town Council Member (hereinafter collectively referred to as the "Town Defendants"), by and through undersigned counsel, and hereby moves the Court to extend the page limitation for Town Defendants' forthcoming Memorandum of Law in Support of their Motion to Dismiss. In support of this Motion, Town Defendants show as follows:

1. The Town Defendants accepted service on June 29, 2023.

2. The Complaint with attachments is 223 pages, with 15 causes of action asserted against 21 separate defendants, not including the separate individual capacity claims that are alleged. Of these causes of action, 12 are asserted against varying Town Defendants.

3. In Defendants' forthcoming Memorandum of Law in Support of their Motion to Dismiss, due on September 8, 2023, Town Defendants seek dismissal of all Plaintiff's Claims for Relief asserted against them.

4. Given the extensive number of distinct and complex issues that need to be addressed in Town Defendants' forthcoming Memorandum of Law, in part due to the length of Plaintiff's Complaint, Town Defendants request an extension of the page limitation from 30 pages to 45 pages to address all the claims and arguments at issue.

5. Counsel for Town Defendants consulted with counsel for Plaintiff before filing this Motion and Plaintiff's counsel does not oppose the motion.

2

6. This Motion is made in good faith and not for any purposes of delay.

WHEREFORE, Town Defendants respectfully request the Court extend the page limitation to 45 pages for their Memorandum of Law in Support of their Motion to Dismiss.

This the 7th day of September, 2023.

**HARTZOG LAW GROUP LLP**

/s/ *Daniel N. Mullins*
DAN M HARTZOG, JR.
N.C. State Bar No. 35330
E-mail: dhartzogjr@hartzoglawgroup.com
DANIEL N. MULLINS
N.C. State Bar No. 48227
E-mail: dmullins@hartzoglawgroup.com
2626 Glenwood Avenue, Suite 305
Raleigh, NC 27608
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorney for Defendants Town of Smithfield, Michael Scott, Timothy Kerigan, Terry West, Keith Powell, and Marlon Lee*

# CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2023, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send electronic notification to all registered CM/ECF participants.

Valerie Bateman
June K. Allison
valerie@newsouthlawfirm.com
june@newsouthlawfirm.com
*Attorneys for Plaintiff*

William O. Walker, IV
James C. Adams, II
Elizabeth L. Troutman
wwalker@brookspierce.com
jadams@brookspierce.com
etroutman@brookspierce.com
*Attorney for Defendants The Johnston County School Board of Education*

Elizabeth Curran O'Brien
eobrien@ncdoj.gov
*Attorney for Defendants Susan Doyle and Richard Hoffman*

Laura McHenry
lmchenry@ncdoj.gov
*Attorney for Defendant Benjamin Zellinger*

Michelle Ledo
mledo@ledolaw.com
*Attorney for James Lawrence*

David Marshburn
agentmarshburn@gmail.com
Pro se Defendant

Respectfully submitted this the 7th day of September, 2023.

                              **HARTZOG LAW GROUP LLP**

                              /s/ *Daniel N. Mullins*
                              DANIEL N. MULLINS
                              N.C. State Bar No. 48227
                              E-mail: dmullins@hartzoglawgroup.com
                              2626 Glenwood Avenue, Suite 305
                              Raleigh, NC 27608
                              Telephone: (919) 670-0338
                              Facsimile: (919) 714-4635
                              *Attorney for Defendants Town of Smithfield,*
                              *Michael Scott, Timothy Kerigan, Terry West, Keith*
                              *Powell, and Marlon Lee*