IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:23-cv-00349-D-RN

| | |
|---|---|
| RONALD JOHNSON, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>)<br>)<br>)<br>) |
| v. | ) **ORDER ON TOWN DEFENDANTS'**<br>) **MOTION TO EXTEND THE PAGE** |
| TOWN OF SMITHFIELD, MICHAEL SCOTT, in his individual and official capacity as TOWN MANAGER, TIMOTHY KERIGAN, in his individual and official capacity as TOWN HUMAN RESOURCES DIRECTOR, TERRY WEST, in his individual and official capacity as TOWN POLICE DEPT. LT., KEITH POWELL, in his individual and official capacity as TOWN POLICE CHIEF, MARLON LEE, in his individual and official capacity as TOWN COUNCIL MEMBER, THE JOHNSTON COUNTY SCHOOL BOARD OF EDUCATION, TODD SUTTON, in his individual and official capacity as MEMBER and FORMER CHAIR, TERRI SESSOMS, in her individual and official capacity as MEMBER, TERRY TIPPETT, in his individual and official capacity as MEMBER, MICHAEL WOOTEN, in his individual and official capacity as MEMBER, and CURRENT CHAIR, KAY CARROLL, in his individual and official capacity as MEMBER, KEVIN DONOVAN, in his individual and official capacity as MEMBER, SUSAN DOYLE, DISTRICT ATTORNEY of JOHNSTON COUNTY, in her individual and official capacity, RICHARD HOFFMAN, in his individual and official capacity, BENJAMIN O. ZELLINGER, in his individual and official capacity as Special Prosecutor, ANGIE MCLEOD, JIMMY | ) **LIMITATION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| LAWRENCE, DAVID MARSHBURN, and the ESTATE of JOSEPH PRESTON. | )<br>)<br>) |
| Defendants. | ) |

This cause coming to be heard on Defendants Town of Smithfield, Michael Scott, in his individual and official capacity as Town Manager, Timothy Kerigan, in his individual and official capacity as Town Human Resources Director, Terry West, in his individual and official capacity as Town Police Lt., Keith Powell, in his individual and official capacity as Town Police Chief, and Marlon Lee, in his individual and official capacity as Town Council Member (hereinafter collectively referred to as the "Town Defendants") Motion to Extend the Page Limitation, and the Court being fully apprised and for good cause shown, IT IS HEREBY ORDERED that the motion is GRANTED. Town Defendants are granted an extension not to exceed 45 pages for their Memorandum of Law in Support of their Motion to Dismiss.

ENTERED: _____, 2023.

_____