IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:23-cv-00349-D-RN

| | |
|---|---|
| RONALD JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CORPORATE DISCLOSURE** |
| ) | **STATEMENT OF DEFENDANT** |
| TOWN OF SMITHFIELD, MICHAEL ) | **KEITH POWELL** |
| SCOTT, in his individual and official capacity ) | |
| as TOWN MANAGER, TIMOTHY ) | |
| KERIGAN, in his individual and official ) | |
| capacity as TOWN HUMAN RESOURCES ) | |
| DIRECTOR, TERRY WEST, in his individual ) | |
| and official capacity as TOWN POLICE ) | |
| DEPT. LT., KEITH POWELL, in his ) | |
| individual and official capacity as TOWN ) | |
| POLICE CHIEF, MARLON LEE, in his ) | |
| individual and official capacity as TOWN ) | |
| COUNCIL MEMBER, THE JOHNSTON ) | |
| COUNTY SCHOOL BOARD OF ) | |
| EDUCATION, TODD SUTTON, in his ) | |
| individual and official capacity as MEMBER ) | |
| and FORMER CHAIR, TERRI SESSOMS, in ) | |
| her individual and official capacity as ) | |
| MEMBER, TERRY TIPPETT, in his ) | |
| individual and official capacity as MEMBER, ) | |
| MICHAEL WOOTEN, in his individual and ) | |
| official capacity as MEMBER, and ) | |
| CURRENT CHAIR, KAY CARROLL, in his ) | |
| individual and official capacity as MEMBER, ) | |
| KEVIN DONOVAN, in his individual and ) | |
| official capacity as MEMBER, SUSAN ) | |
| DOYLE, DISTRICT ATTORNEY of ) | |
| JOHNSTON COUNTY, in her individual and ) | |
| official capacity, RICHARD HOFFMAN, in ) | |
| his individual and official capacity, ) | |
| BENJAMIN O. ZELLINGER, in his ) | |
| individual and official capacity as Special ) | |
| Prosecutor, ANGIE MCLEOD, JIMMY ) | |

| | |
|---|---|
| LAWRENCE, DAVID MARSHBURN, and the ESTATE of JOSEPH PRESTON. | ) ) ) |
| Defendants. | ) |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed. R. Civ. P. 7.1, Defendant Keith Powell makes the following disclosures:

1. Is the party a publicly held corporation or other publicly held entity?

    [ ] YES           [ X ] NO

2. Does the party have any parent corporations?

    [ ] YES           [ X ] NO

If yes, identify all parent corporations, including grandparent and great-grandparent corporations: N/A

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly-held entity?

    [ ] YES           [ X ] NO

If yes, identify all such owners:

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?

    [ ] YES           [ X ] NO

If yes, identify entity and nature of interest:

5. Is the party a trade association?

    [ ] YES           [ X ] NO

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock: N/A.

6.  If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee: N/A.

This the 7th day of September, 2023.

**HARTZOG LAW GROUP LLP**

/s/ *Daniel N. Mullins*
DAN M HARTZOG, JR.
N.C. State Bar No. 35330
E-mail: dhartzogjr@hartzoglawgroup.com
DANIEL N. MULLINS
N.C. State Bar No. 48227
E-mail: dmullins@hartzoglawgroup.com
2626 Glenwood Avenue, Suite 305
Raleigh, NC 27608
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorney for Defendants Town of Smithfield, Michael Scott, Timothy Kerigan, Terry West, Keith Powell, and Marlon Lee*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2023, I electronically filed the foregoing *Corporate Disclosure Statement of Defendant Keith Powell* with the Clerk of Court using the CM/ECF system, which will send electronic notification to all registered CM/ECF participants.

Valerie Bateman
June K. Allison
valerie@newsouthlawfirm.com
june@newsouthlawfirm.com
*Attorneys for Plaintiff*

William O. Walker, IV
James C. Adams, II
Elizabeth L. Troutman
wwalker@brookspierce.com
jadams@brookspierce.com
etroutman@brookspierce.com
*Attorney for Defendants The Johnston County School Board of Education*

Elizabeth Curran O'Brien
eobrien@ncdoj.gov
*Attorney for Defendants Susan Doyle and Richard Hoffman*

Laura McHenry
lmchenry@ncdoj.gov
*Attorney for Defendant Benjamin Zellinger*

Michelle Ledo
mledo@ledolaw.com
*Attorney for James Lawrence*

David Marshburn
agentmarshburn@gmail.com
Pro se Defendant

Respectfully submitted this the 7th day of September, 2023.

        **HARTZOG LAW GROUP LLP**

        /s/ *Daniel N. Mullins*
        DANIEL N. MULLINS
        N.C. State Bar No. 48227
        E-mail: dmullins@hartzoglawgroup.com
        2626 Glenwood Avenue, Suite 305
        Raleigh, NC 27608
        Telephone: (919) 670-0338
        Facsimile: (919) 714-4635
        *Attorney for Defendants Town of Smithfield,*
        *Michael Scott, Timothy Kerigan, Terry West, Keith*
        *Powell, and Marlon Lee*