UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:23-cv-349

| | | |
|---|---|---|
| RONALD JOHNSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| TOWN OF SMITHFIELD, et al | ) | |
| Defendants. | ) | |

The Court, having considered Plaintiff's Motion to Deem Pleadings timely filed to deem Plaintiff's Response to Defendant Lawrence's Motion to Dismiss and Plaintiff's Motion to Extend Time to Respond to Defendant Zellinger's Motion to Dismiss deemed timely filed and it appearing to the Court that the delay in filing was due to excusable neglect and the motion is supported by good cause, it is therefore ORDERED that Plaintiff's Response to Defendant Lawrence's Motion to Dismiss and Plaintiff's Motion to Extend Time to Respond to Defendant Zellinger's Motion to Dismiss are deemed timely filed.

This ____ day of _____ 2023.

_____
United States District Judge/Magistrate Judge