# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### Civil Action No. 5:23-cv-00349-D-RN

RONALD JOHNSON,           )
                                     )
          Plaintiff,          )
                                     )
                                     )
                                     )
                                     )
          v.              )           **ORDER**
                                     )
TOWN OF SMITHFIELD, MICHAEL   )
SCOTT, in his individual and official capacity  )
as TOWN MANAGER, TIMOTHY    )
KERIGAN, in his individual and official   )
capacity as TOWN HUMAN RESOURCES  )
DIRECTOR, TERRY WEST, in his individual )
and official capacity as TOWN POLICE   )
DEPT. LT., KEITH POWELL, in his    )
individual and official capacity as TOWN  )
POLICE CHIEF, MARLON LEE, in his   )
individual and official capacity as TOWN  )
COUNCIL MEMBER, THE JOHNSTON   )
COUNTY SCHOOL BOARD OF      )
EDUCATION, TODD SUTTON, in his    )
individual and official capacity as MEMBER )
and FORMER CHAIR, TERRI SESSOMS, in )
her individual and official capacity as   )
MEMBER, TERRY TIPPETT, in his    )
individual and official capacity as MEMBER, )
MICHAEL WOOTEN, in his individual and  )
official capacity as MEMBER, and    )
CURRENT CHAIR, KAY CARROLL, in his )
individual and official capacity as MEMBER, )
KEVIN DONOVAN, in his individual and  )
official capacity as MEMBER, SUSAN   )
DOYLE, DISTRICT ATTORNEY of    )
JOHNSTON COUNTY, in her individual and )
official capacity, RICHARD HOFFMAN, in )
his individual and official capacity,    )
BENJAMIN O. ZELLINGER, in his    )
individual and official capacity as Special  )
Prosecutor, ANGIE MCLEOD, JIMMY   )

LAWRENCE, DAVID MARSHBURN, and )
the ESTATE of JOSEPH PRESTON. )
                                )
            Defendants.          )

This cause came on for consideration by the undersigned on Town Defendants' Motion for Extension of Time to File Reply Brief in Support of Defendants' Motion to Dismiss. For good cause shown, the Court enters the following Order.

IT IS THEREFORE ORDERED that the Town Defendants' Motion for Extension of Time is GRANTED, allowing an additional 14 days for Defendants to file a Reply Brief, up to and including November 10, 2023.

SO ORDERED, this the 30th day of October, 2023.

/s/ Peter A. Moore, Jr.
_____
Peter A. Moore, Jr., Clerk of Court