IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:23-cv-00349-D-RN

| | | |
|---|---|---|
| RONALD JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TOWN OF SMITHFIELD, and DAVID MARSHBURN | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court upon Defendant Town of Smithfield's Motion for Extension of Time to Respond to Plaintiff's Complaint. For the reasons stated in Defendant's motion and for good cause shown, the Court will grant Defendant's motion.

IT IS THEREFORE ORDERED that Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint is hereby granted. Defendant Town of Smithfield shall be allowed an extension of time, up to and including May 2, 2024, to respond to Plaintiff's Complaint.

This the 10th day of April, 2024.

    /s/ Peter A. Moore, Jr.
    Peter A. Moore, Jr., Clerk of Court