# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# Civil Action No. 5:23-cv-00349-D-RN

| | |
|---|---|
| RONALD JOHNSON, | )<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )  **DEFENDANT TOWN'S MOTION**<br>)  **FOR EXTENSION OF TIME TO**<br>)  **RESPOND TO PLAINTIFF'S**<br>)  **REQUESTS FOR PRODUCTION**<br>)  **OF DOCUMENTS** |
| TOWN OF SMITHFIELD, and DAVID MARSHBURN | )<br>) |
| Defendants. | ) |

NOW COMES Defendant Town of Smithfield, by and through undersigned counsel, and hereby respectfully requests an extension of time of thirty (30) days, through and including January 31, 2025. In support of this motion, the Town shows unto the Court the following:

1. Defendant was served with Plaintiff's Requests for Production of Documents on December 2, 2024.

2. Pursuant to Federal Rule 34(b)(2)(A), Defendant's responses to Plaintiff's discovery requests are due January 2, 2025.

3. The time for responding has not yet expired.

4. On December 10, 2024, counsel for the Town corresponded with counsel for Plaintiff as well as individual Defendant David Marshburn regarding the request for an

extension of thirty (30) days. As of the time of this filing, neither Plaintiff's attorney nor Mr. Marshburn had responded.

5.  This motion is being filed in good faith for the reasons stated herein and not for purposes of delay.

WHEREFORE, Defendant Town respectfully requests the Court issue an order granting Defendant an extension of time of thirty (30) days, though and including January 31, 2025, to respond to Plaintiff's discovery requests.

This the 12th day of December, 2024.

**HARTZOG LAW GROUP LLP**

/s/ *Daniel N. Mullins*
DAN M HARTZOG, JR.
N.C. State Bar No. 35330
E-mail: dhartzogjr@hartzoglawgroup.com
DANIEL N. MULLINS
N.C. State Bar No. 48227
E-mail: dmullins@hartzoglawgroup.com
2626 Glenwood Avenue, Suite 305
Raleigh, NC 27608
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorney for Defendant Town of Smithfield*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion using the CM/ECF system, which will send electronic notification to all registered CM/ECF participants.

Valerie Bateman
Heather A. Benjamin
valerie@newsouthlawfirm.com
heather@newsouthlawfirm.com
*Attorneys for Plaintiff*

David Marshburn
agentmarshburn@gmail.com
*Pro se Defendant*

Respectfully submitted this the 12th day of December, 2024.

                                        **HARTZOG LAW GROUP LLP**

                                        /s/ *Daniel N. Mullins*
                                        DANIEL N. MULLINS
                                        N.C. State Bar No. 48227
                                        E-mail: dmullins@hartzoglawgroup.com
                                        2626 Glenwood Avenue, Suite 305
                                        Raleigh, NC 27608
                                        Telephone: (919) 670-0338
                                        Facsimile: (919) 714-4635
                                        *Attorney for Defendant Town of Smithfield*