IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
5:23-CV-349

| RONALD JOHNSON, | |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| TOWN OF SMITHFIELD et al., | |
| Defendants. | |

THIS MATTER IS BEFORE THE COURT on Defendant Zellinger's timely motion to quash a subpoena issued to him on February 20, 2025, requiring him to disclose material that is subject to a protective order.

For good cause shown based on Zellinger motion to quash and the supporting memorandum of law, this Court, in its discretion, grants Zellinger's motion, and hereby quashes the subpoena commanding production of protected material issued on February 20, 2025 in this action.

This the ____ day of _____, 2025.

_____
Hon. James C. Dever III
U.S. District Court Judge