IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
5:23-CV-349

RONALD JOHNSON,

    Plaintiff,

v.

TOWN OF SMITHFIELD et al.,

    Defendants.

**ORDER**

THIS MATTER IS BEFORE THE COURT on Defendant Zellinger's timely motion to quash a subpoena issued to him on February 20, 2025, requiring him to disclose material that is subject to a protective order.

For good cause shown based on Zellinger motion to quash [D.E. 128] and the supporting memorandum of law [D.E. 129], this Court, in its discretion, grants Zellinger's motion [D.E. 128], and hereby quashes the subpoena commanding production of protected material issued on February 20, 2025 in this action.

This the 28 day of February, 2025.

                                                              _____
                                                              Hon. James C. Dever III
                                                              U.S. District Court Judge