# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## Civil Action No. 5:23-cv-00349-D-RN

| | |
|---|---|
| RONALD JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| | ) **ORDER MODIFYING** |
| | ) **SCHEDULING DEADLINES** |
| v. | ) |
| | ) |
| TOWN OF SMITHFIELD, and | ) |
| DAVID MARSHBURN | ) |
| | ) |
| Defendants. | ) |

THIS MATTER comes before the Court on the joint motion for an extension of deadlines set forth in the Scheduling Order before the expiration of the subject deadlines. Good cause having been shown, it is hereby ORDERED that the Joint Motion to Extend Scheduling Order Deadlines be GRANTED, and it is further ORDERED that the deadlines in the Court's Scheduling Order be amended as follows:

1. Deadline for completion of all discovery, including mediation: **July 29, 2025**

2. All potentially dispositive motions shall be filed no later than: **August 28, 2025**

SO ORDERED. This the 28 day of April, 2025.

                                            JAMES C. DEVER III
                                            United States District Judge