IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:23-cv-00349-D-RN

| | |
|---|---|
| RONALD JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| TOWN OF SMITHFIELD, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER IS BEFORE THE COURT on Movant Richard Hoffman's timely motion to quash a subpoena issued to him on April 17, 2025, requiring him to produce documents and testify at a deposition on April 29, 2025.

For good cause shown in Hoffman's motion to quash [DE 134] and the supporting memorandum of law [DE 135], this Court, in its discretion, grants Hoffman's motion, and hereby quashes the subpoena in its entirety.

SO ORDERED. This the 28 day of April, 2025.

JAMES C. DEVER III
U.S. District Court Judge