IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:23-cv-00349-D-RN

| RONALD JOHNSON, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
|  | ) | **ORDER MODIFYING** |
|  | ) | **SCHEDULING DEADLINES** |
| v. | ) |  |
| TOWN OF SMITHFIELD, and DAVID MARSHBURN | ) |  |
| Defendants. | ) |  |

THIS MATTER comes before the Court on the joint motion for an extension of deadlines set forth in the Scheduling Order before the expiration of the subject deadlines. Good cause having been shown, it is hereby ORDERED that the Joint Motion to Extend Scheduling Order Deadlines be GRANTED, and it is further ORDERED that the deadlines in the Court's Scheduling Order be amended as follows:

1. Deadline for completion of all discovery, including mediation: **September 27, 2025**

2. All potentially dispositive motions shall be filed no later than: **October 27, 2025**

SO ORDERED. This the 16 day of July, 2025.

                              /s/ J. Dever
                              JAMES C. DEVER III
                              United States District Judge