IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-cv-349-D-RN

| | |
|---|---|
| Ronald Johnson, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Town of Smithfield et al, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO REVIEW ORDER [DE138]
UNDER F.R. CIV. P. 54(b)**

**NOW COMES** the Plaintiff and moves this Court to review and reconsider

the Order entered by the Honorable James C. Dever III filed

April 28, 2025, under Fed. R. Civ. P. 54(b) granting the Motion to Quash the

Subpoena and Notice of Deposition [DE134] filed on April 25, 2025. In support of

this Motion, Plaintiff contemporaneously has filed a brief in support of this motion

along with 6 exhibits listed below:

| Exhibit No. | Description |
|---|---|
| 1 | Index to Exhibits |
| 2 | Notice of Deposition and Subpoena dated 09.03.25 to |

1

| Exhibit No. | Description |
|---|---|
|  | Richard Hoffman |
| 3 | Declaration of Stephanie Hobson |
| 4 | Exhibit A to Hobson Declaration |
| 5 | Declaration of Valerie Bateman |
| 6 | Exhibit A to Bateman Declaration |

Respectfully submitted, this 3d day of September 2025.

/s/ VALERIE L. BATEMAN
Valerie L. Bateman
NC State Bar No. 13417
New South Law Firm
209 Lloyd Street, Ste 350
Carrboro, North Carolina 27510
valerie@newsouthlawfirm.com
Tel:  919-810-3139
Fax: 919-823-6383

/S/ HEATHER A. BENJAMIN
Heather A. Benjamin
NC State Bar No. 28238
New South Law Firm
209 Lloyd Street, Ste 350
Carrboro, North Carolina 27510
heather@newsouthlawfirm.com
Tel:  919-969-6634
Fax: 919-823-6383

2

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that I electronically filed the foregoing **MOTION and EXHIBITS** using the CM/ECF filing system which will automatically send email notification of such filing to all counsel of record and to the following by email:

David Marshburn
Defendant Pro Se
agentmarshburn@gmail.com

This 3d day of September 2025.

/S/ VALERIE L. BATEMAN
Valerie L. Bateman
NEW SOUTH LAW FIRM