IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-cv-349-D-RN

Ronald Johnson, )
)
    Plaintiff, )
)
v. )
)
Town of Smithfield et al, )
)
    Defendants. )

## DECLARATION OF STEPHANIE R. HOBSON

I, Stephanie R. Hobson, declare and say:

1. I am an adult over age 18, have never been adjudged incompetent, suffer from no mental or emotional illness, and make this affidavit of my own free will, stating facts of which I have personal knowledge.

2. I researched the employment of Richard Hoffman who previously worked for the Johnston County Office of the District Attorney and found that Hoffman returned to employment with the State on or about July 1, 2025. **Exhibit A, p1.**

3. I also confirmed that he was employed as of the date of this declaration by searching the State of North Carolina's Employee Directory. **Exhibit A, pp2-3.**

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 2d day of September 2025.

*Stephanie R. Hobson*
Stephanie R. Hobson (Sep 2, 2025 18:39:38 EDT)
STEPHANIE R. HOBSON

2

Respectfully submitted, this 2nd day of September 2025.

| | |
|---|---|
| /s/ VALERIE L. BATEMAN | /S/ HEATHER A. BENJAMIN |
| Valerie L. Bateman | Heather A. Benjamin |
| NC State Bar No. 13417 | NC State Bar No. 28238 |
| New South Law Firm | New South Law Firm |
| 209 Lloyd Street, Ste 350 | 209 Lloyd Street, Ste 350 |
| Carrboro, North Carolina 27510 | Carrboro, North Carolina 27510 |
| valerie@newsouthlawfirm.com | heather@newsouthlawfirm.com |
| Tel: 919-810-3139 | Tel: 919-969-6634 |
| Fax: 919-823-6383 | Fax: 919-823-6383 |

3

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that I electronically filed the foregoing Declaration using the CM/ECF filing system which will automatically send email notification of such filing to all counsel of record and to the following by email:

> David Marshburn
> Defendant Pro Se
> agentmarshburn@gmail.com

This 2nd day of September 2024.

> /S/ VALERIE L. BATEMAN
> Valerie L. Bateman
> NEW SOUTH LAW FIRM

4

# Exh 2 Hobson Dec
Final Audit Report                                                                                                                              2025-09-02

| | |
|---|---|
| Created: | 2025-09-02 |
| By: | Valerie Bateman (Valerie@newsouthlawfirm.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAX8mOq-zY9pFnXbXI7-_vdeknB9wKtYnV |

## "Exh 2 Hobson Dec" History

- Document created by Valerie Bateman (Valerie@newsouthlawfirm.com)
  2025-09-02 - 10:00:15 PM GMT

- Document emailed to Stephanie Hobson (stephanie@newsouthlawfirm.com) for signature
  2025-09-02 - 10:00:18 PM GMT

- Email viewed by Stephanie Hobson (stephanie@newsouthlawfirm.com)
  2025-09-02 - 10:39:01 PM GMT

- Signer Stephanie Hobson (stephanie@newsouthlawfirm.com) entered name at signing as Stephanie R. Hobson
  2025-09-02 - 10:39:36 PM GMT

- Document e-signed by Stephanie R. Hobson (stephanie@newsouthlawfirm.com)
  Signature Date: 2025-09-02 - 10:39:38 PM GMT - Time Source: server

- Agreement completed.
  2025-09-02 - 10:39:38 PM GMT


Adobe Acrobat Sign