



**Back to search**



**District Attorney**

State of North Carolina

**District Attorney**
**DISTRICT ATTORNEY 13**

# Richard Hoffman

919-209-5520

richard.e.hoffman@nccourts.org

State employees: If you have concerns about your contact information, please contact your Human Resources office.