IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-cv-349-D-RN

| | |
|---|---|
| Ronald Johnson, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Town of Smithfield et al, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF VALERIE BATEMAN**

I, Valerie L. Bateman, declare and say:

1. I am an adult over age 18, have never been adjudged incompetent, suffer from no mental or emotional illness, and make this affidavit of my own free will, stating facts of which I have personal knowledge.

2. I received the documents contained in Exhibit A from the Defendant Town during discovery in the above-captioned case.

3. These documents include communications showing exchanges of information between Richard Hoffman and the Town of Smithfield concerning Plaintiff Ronald Johnson.

4. Exhibit A contains the following documents:

1

| Page Number | Document Description |
|---|---|
| 1 | 2022.08.24-26 Powell handwritten notes re mtg with Susan Doyle (nothing to do with phone from Marshburn) |
| 2-3 | 2022.08.26 Property Evidence Sheet SPD iPhone XR |
| 4-28 | 2022.09.08 West Administrative memo |
| 29 | 2022.10.11 Powell Note re Hoffman SPD |
| 30 | 2022.10.11 West Memo re Hoffman |
| 31-34 | 2022.10.12 West to Hoffman FWD Harassment |
| 35 | 2022.10.27 West Email to Hoffman with attachments listed (Conversation with Angie McLeod.mps, Donovan.jpg, Kevin Donovan Statement to T.W. West.pdf, 220708 1439 Kevin Donovan.mp3) |
| 36-38 | 2022.10.27 West memo re Administrative Investigation |
| 39 | 2022.11.02 Email between West and Hoffman re info obtained |
| 40 | 2022.11.02 Email between West and Hoffman re info obtained |
| 40 | 2022.11.02 Email Hoffman to West with attachment (Hoffman Memo.pdf) |
| 41-42 | 2022.11.02 West memo to Hoffman re items turned over related to Ronald Johnson |
| 43 | 2022.11.03 West Email to Hoffman with name clearing hearing audio recording |
| 44-45 | 2022.11.15 Email West to Hoffman re items turned over related to Ronald Johnson |
| 46 | 2022.11.28 Hoffman Email to West re Bennet Jones recording |
| 47-48 | 2022.12.01 West Email to Hoffman with employment dates and discussing iphones issued to Johnson |

| Page Number | Document Description |
|---|---|
| 49 | 2022.12.01 West to Hoffman iphones |
| 50 | 2022.12.02 Email West Hoffman with Ronald Johnson's training record and Lesson plans |
| 51 | 2023.01.13 DA Chain of Custody hard drive showing delivery from West to Hoffman |
| 52 | 2023.01.13 West Consent for Hoffman hard drive |
| 53 | 2023.04.26 Custody form flash with Johnson personal audio recordings |
| 54 | 2023.04.26 West memo to Grady cubicle |
| 55 | 2023.05.08 West email attachment CAD |
| 56-57 | 2023.05.08 West Hoffman CAD call |
| 58 | 2023.10.31 Hoffman to West providing digital consent form |
| 59-60 | 2023.10.31 unsigned digital consent form |

5. The undersigned has never stated that the undersigned would not abide by the protective order regarding the confidentiality of the criminal discovery. The special prosecutor in fact informed the Plaintiff's criminal defense attorney that he was free to release the criminal discovery provided by the State to the undersigned after the undersigned made an appearance in the criminal matter. The undersigned always had and has every intention of protecting the confidentiality of the documents produced in criminal discovery.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 3d day of September 2025.

/S/ VALERIE L. BATEMAN  
Valerie L. Bateman  
New South Law Firm

4

Respectfully submitted, this 3rd day of September 2025.

| | |
|---|---|
| /s/ VALERIE L. BATEMAN | /S/ HEATHER A. BENJAMIN |
| Valerie L. Bateman | Heather A. Benjamin |
| NC State Bar No. 13417 | NC State Bar No. 28238 |
| New South Law Firm | New South Law Firm |
| 209 Lloyd Street, Ste 350 | 209 Lloyd Street, Ste 350 |
| Carrboro, North Carolina 27510 | Carrboro, North Carolina 27510 |
| valerie@newsouthlawfirm.com | heather@newsouthlawfirm.com |
| Tel: 919-810-3139 | Tel: 919-969-6634 |
| Fax: 919-823-6383 | Fax: 919-823-6383 |

*Counsel for Plaintiff*

5

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that I electronically filed the foregoing **EXHIBIT 5 – BATEMAN DECLARATION** using the CM/ECF filing system which will automatically send email notification of such filing to all counsel of record and to the following by email:

David Marshburn
Defendant Pro Se
agentmarshburn@gmail.com

and

Elizabeth Curran O'Brien
N.C. Department of Justice
eobrien@ncdoj.gov

This 3d day of September 2024.

/S/ VALERIE L. BATEMAN
Valerie L. Bateman
NEW SOUTH LAW FIRM

6