IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-cv-349-D-RN

Ronald Johnson,                              )
                                             )
        Plaintiff,                           )
                                             )
        v.                                   )
                                             )
Town of Smithfield et al,                    )
                                             )
        Defendants.                          )


**PLAINTIFF'S MOTION TO ALLOW ORAL ARGUMENT OR
ALTERNATIVELY MOTION TO FILE REPLY TO DEFENDANT'S
RESPONSE TO PLAINTIFF'S MOTION**

Plaintiff, by and through counsel, respectfully moves this Court pursuant to
Local Civil Rule 26.1(d) to allow oral argument either in person or via telephone to
address what Plaintiff believes are misleading statements in Defendant's Response
to Plaintiff's motion and Defendant's production of documents after the discovery
deadline including on October 11, 2025, or in the alternative, to allow Plaintiff to file
a Reply to Defendant's Response.

1

Respectfully submitted, this 12th day of October 2025.

/s/ VALERIE L. BATEMAN       /S/ HEATHER A. BENJAMIN
Valerie L. Bateman            Heather A. Benjamin
NC State Bar No. 13417        NC State Bar No. 28238
New South Law Firm          New South Law Firm
209 Lloyd Street, Ste 350      209 Lloyd Street, Ste 350
Carrboro, North Carolina 27510    Carrboro, North Carolina 27510
valerie@newsouthlawfirm.com     heather@newsouthlawfirm.com
Tel: 919-810-3139             Tel: 919-969-6634
Fax: 919-823-6383            Fax: 919-823-6383

*Counsel for Plaintiff*

2

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that I electronically filed the foregoing **MOTION** using the CM/ECF filing system which will automatically send email notification of such filing to all counsel of record and to the following by email:

David Marshburn
Defendant Pro Se
agentmarshburn@gmail.com

This 12th day of October 2025.

/S/ VALERIE L. BATEMAN
Valerie L. Bateman
NEW SOUTH LAW FIRM