IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-349-D

RONALD L. JOHNSON, JR., )
    Plaintiff, )
)
v. )
)
TOWN OF SMITHFIELD, et al., )
    Defendants. )

) DEFENDANT DAVID
) MARSHBURN'S MOTION
) FOR SUMMARY JUDGMENT

**FILED**
OCT 27 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Defendant David Marshburn hereby moves for summary judgment on Plaintiff's claims against him in Plaintiff's Complaint pursuant to Fed. R. Civ. P. 56(a) on the grounds that the claims against him are without merit, that there is no genuine dispute as to any material fact, and he is entitled to judgment as a matter of law.

This motion is based on: the court file and records in this action; the accompanying transcript of the criminal trial in which Plaintiff was convicted of felony extortion, willfully failing to discharge duties, and felony obstruction of justice; the materials submitted by the defendant Town of Smithfield in support of its motion for summary judgment; the separate statement of material facts and appendix required by L.R. 56.1(a), and the Memorandum of Law concurrently filed herewith.

Respectfully submitted this the 27 of October 2025.

*David Marshburn, pro se*