IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-349-D

RONALD L. JOHNSON, JR., )
    Plaintiff, )
)    DEFENDANT DAVID
v. )    MARSHBURN'S APPENDIX TO
)    STATEMENT OF MATERIAL
)    FACTS IN SUPPORT OF
TOWN OF SMITHFIELD, et al., )    SUMMARY JUDGMENT
    Defendants. )

Defendant David Marshburn ("Marshburn") submits this Appendix to Marshburn's statement of material undisputed facts in support of his motion for summary judgment pursuant to Local Civil Rule 56.1 ("Marshburn's Statement), listing all evidence cited in Marshburn's Statement. Specifically, Marshburn relies on and cites to the following evidence in support of his motion for summary judgment:

    Ex. 1:    Transcript of the criminal trial in *State v. Johnson*, Johnston County Superior Court File No. 23CR003494–500

    Ex. 2:    Transcript of Marshburn's 16 July 2025 deposition

Respectfully submitted, this the 27 day of October, 2025.

David Marshburn, *pro se*

FILED OCT 27 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK