```
 1        A.     I don't remember.

 2        Q.     Did Jimmy Lawrence resign as a school board

 3   attorney?

 4        A.     To my knowledge, yes.

 5        Q.     And do you know why he resigned as school

 6   board attorney?

 7        A.     Yes.

 8        Q.     Why?

 9        A.     He stated to me he was not getting any

10   support from anyone.

11        Q.     Support sexually harassing Carolyn

12   Rotondaro?

13        A.     No.  After what Ronald Johnson did to him

14   and his whole family and his life and his business,

15   he decided to resign because he was not getting any

16   support from the people around him to go against

17   Ronald Johnson.  They were afraid of Ronald Johnson.

18        Q.     Who was afraid of Ronald --

19   A.     Everyone --

20   Q.     -- Johnson?

21        A.     -- was afraid of Ronald Johnson of what he

22   would put in the newspaper about them.  Because he

23   wrote his own articles in the newspaper for -- about

24   other individuals.

25        Q.     Do you have any copies of any of these
```

```
 1    articles?

 2          A.    They're all in the JoCo report.

 3    MR. MULLINS:  J-o-C-o.

 4    A.    And I haven't been able to get up with

 5    Nicky Lamb, but I'm sure to get Nicky Lamb and get

 6    his testimony of what he did, to put his own words in

 7    that paper.

 8          Q.    So are you saying Ronald Johnson actually

 9    authored articles in the newspaper?

10          A.    He actually had -- he authored it, and he

11    had others author it for him, write it for him.

12    Bennett Jones, for one.

13          Q.    Bennett Jones wrote articles for --

14    A.    Wrote --

15    Q.    -- Ronald Johnson?

16          A.    Wrote an -- an article.  I remember him

17    saying a article, not multiple, but a article.  He

18    remembers the one time he had him write an article

19    for that.

20                So I can't speculate.  But when

21    Bennett Jones tells me something, everything he has

22    told me has become true.

23          Q.    So what was this article about that Bennett

24    Jones wrote for Ronald Johnson?

25          A.    I don't remember.
```

1      Q.    Do you have a copy of this article?

2      A.    You'll have to ask Bennett for it.

3      Q.    So...

4      A.    I'm sure I have it, but I don't remember

5   where it is.

6      Q.    Do you believe it's okay to record people

7   engaged in wrongdoing?

8      A.    Where are you at here?

9      Q.    I'm asking you if you think it's okay to

10   record people who are engaged in wrongdoing.

11      A.    Yeah.  The law allows one party to record

12   it, unless stated otherwise.

13      Q.    Okay.  Do you recall stating in this

14   broadcast on January 14th that (as read): The only

15   reason Ronald Johnson spoke up was because

16   he was recording himself, and he thinks

17   that helps him out even more.

18      A.    I don't remember.  I don't remember

19   anything I stated in these podcasts.

20            (Reporter clarification.)

21      Q.    (By Ms. Bateman)  And do you recall saying

22   (as read): Carolyn Rotondaro has already

23   hit the road because the lies compounded

24   about Jimmy Lawrence kept on and on and on,

25   and she couldn't take no more.

1       A.      I don't remember.

2       Q.      Do you know that to be the case?

3       A.      I don't remember if I -- I didn't -- I

4   don't remember if I said it in this, so I can't

5   answer what you're asking after that.  Because I

6   don't remember.

7       Q.      Do you recall talking about the 50B and 50C

8   on your broadcast that day?

9       A.      On this day, I do not.  But I have talked

10  about a 50B, 50C.

11      Q.      Okay.  Do you recall saying on this

12  broadcast (as read): If you did go talk to Mary

13  Wells, and you told her the same story that

14  the female was harassing and stalking you,

15  she would've told you 50C.  But if you went

16  to the Deputy Sheriff Kelly, and she told

17  you 50C because you told her you didn't

18  know the female and you didn't know this,

19  they'd have told you 50C.

20      A.      Where are you?

21      Q.      Do you remember saying that?

22      A.      What page?

23      Q.      At the bottom page 17 and the top of page

24  18.

25      A.      I'm going to go ahead and say, I don't

1    remember, because I don't remember any -- I don't

2    even remember this podcast.

3        Q.    Tell me what you know about who gets 50Bs

4    and 50Cs.

5        A.    Okay.  50Cs are for communicating non-

6    partnership, non-relationship orders, protective

7    orders.

8    50B is if you have been in a -- if you

9    have been, or are, or have been in a relationship.

10        Q.    Do you know if Smithfield police detectives

11    fill out 50B and 50C paperwork on a routine basis?

12        A.    I don't know -- I don't know what they do.

13    I'm not a Smithfield police officer.

14        Q.    Are you aware that it's really the

15    sheriff's department's job to fill out 50B and 50C

16    paperwork?

17              MR. MULLINS:  Object to form.

18        A.    (Witness shook head side to side.)

19        Q.    Are you aware of that?

20        A.    No.

21        Q.    Do you recall making a statement on your

22    podcast that (as read): Ronald Johnson would text

23    himself from a damned long-distance throw-

24    away phone, burner phone, that he had to

25    make it look like he was being threatened?

1                    That's at the top of page 26.

2        A.    I don't remember.

3        Q.    Do you recall putting on your podcast that

4    (as read): He was threatening himself, and

5    you would go around saying, look, look,

6    look at this text. I'm being threatened.

7    But he's the one texting himself and people

8    fall for this.

9        A.    I don't remember.

10       Q.    Do you have any proof that that actually

11   was happening?

12       A.    I mean, if I don't remember this, how would

13   I remember where my proof is? I mean, I do have

14   complaints that he has filed with Clayton PD and

15   Smithfield. But it's mainly Clayton where he alleged

16   someone was threatening him from a phone.

17       Q.    And are you aware that an investigation was

18   done into those texts?

19       A.    I don't know if there was or not.

20       Q.    So you're not aware?

21       A.    I know that the Smithfield Police

22   Department and the Clayton Police Department were

23   told to forward those to the Attorney General's

24   Office.

25       Q.    And do you know if anything ever came of

```
 1   those?

 2        A.     I don't know.

 3        Q.     Have you talked to anybody in the

 4   Smithfield Police Department about those?

 5        A.     No.

 6        Q.     Have you talked to anybody in the Clayton

 7   Police Department about those texts?

 8        A.     No.

 9        Q.     Have you talked to anybody in the Attorney

10   General's Office about those texts?

11        A.     No.

12        Q.     Do you recall saying on your broadcast (as

13   read): And when the dust settles, I will

14   get a copy of a transcript of the whole

15   case and file.  And then I'm going to take

16   all my recordings, the ones they don't play

17   in court, and I'm going to play them for

18   you all in a row.  And I'm going to let it

19   all come together and make sense.  Now, I

20   can play bits and pieces on here.  I can't

21   do everything.  But don't get me wrong, I

22   will ask Bennett Jones to come here on my

23   podcast.  I'll ask Hunter Jenks to come on

24   my podcast.

25                    Do you recall saying that?
```

```
 1        A.     I don't remember.

 2        Q.     Have you played all of your recordings,

 3   even the ones they don't play in court, on your

 4   podcast?

 5        A.     No.

 6        Q.     Have you asked Bennett Jones to come and be

 7   on your podcast?

 8        A.     Yes.

 9        Q.     And what was his response?

10        A.     After everything is done.

11        Q.     And did you ask Hunter Jenks to come on

12   your podcast?

13        A.     No.

14        Q.     And who is Hunter Jenks?

15        A.     Clayton football coach.

16        Q.     And do you recall saying (as read): I'll

17   get Jimmy Lawrence on here.

18        A.     I don't remember.

19        Q.     And do you recall saying (as read): If

20   Jimmy Lawrence can't come here, I'll go to

21   him.

22        A.     I don't remember.

23        Q.     Okay.  Do you recall -- this is on page 28

24   at minute marker 39:42.  (As read): I'm reading this

25   from Anita Bland because she knows way more
```

```
 1    about this whole episode because she's in
 2    the sport.
 3              Do you recall saying that?
 4        A.    I don't remember.
 5        Q.    Okay.
 6    MS. BATEMAN:  I'm going to go back now
 7    and mark Exhibit 16.
 8              (WHEREUPON, EXHIBIT NUMBER 16
 9              WAS MARKED FOR IDENTIFICATION.)
10        Q.    (By Ms. Bateman)  Excuse me.  Do you
11    remember doing a podcast on January 13th at 9:06
12    p.m.?
13        A.    Don't remember the date and time.
14        Q.    Do you recall saying in your podcast
15    as read): So I can't be there because I've
16    been subpoenaed to be there.  But they --
17    but no one, they're not going to call me.
18    They still subpoenaed me, okay, so I can't
19    be there.  And I'm getting all my
20    information -- all of this information from
21    the News & Observer and other individuals
22    that are friends.  And it's amazing what's
23    going on there.
24              Did you -- did you say that?
25        A.    I don't remember.
```

```
 1        Q.     And do you recall saying (as read): Today
 2   they got done with Angie Barbour cross, the
 3   examiner trying to make her look as bad as
 4   they could, but they couldn't.
 5        A.     I don't remember.
 6        Q.     And do you recall talking about 50B and 50C
 7   again?
 8        A.     In -- in -- in this podcast, I don't
 9   remember.
10        Q.     Do you recall discussing Kevin Donovan's
11   testimony on that podcast?
12        A.     I don't remember.
13        Q.     And do you recall saying (as read): I asked
14   him one time about a plea deal or a deal
15   that he made with the state.
16        A.     I don't remember.
17        Q.     Do you know if Kevin Donovan made a plea
18   deal with the state?
19        A.     He said he did.
20        Q.     Did he tell you that personally?
21        A.     He told me that.
22        Q.     Did he tell you why he got a plea deal?
23        A.     No.
24        Q.     And do you recall saying in your podcast
25   that (as read): He never told me that he recorded his
```

1    interview with the district attorney's

2    investigator.

3         A.    That -- he did tell me that, that he --

4    that -- well, no, I -- I heard that from -- it was

5    Cecilia -- it had to have been Cecilia, that she told

6    me that that's why he got a plea deal.

7    And -- but Kevin Donovan did admit, I

8    did get a plea deal.  But he didn't tell me why.

9         Q.    Okay.  And do you recall saying on your

10   podcast (as read): What does Ronald turn around and

11   do?  Oh.  Wait a minute.  He's got a civil

12   attorney.  He runs and gives it to the

13   civil attorney.

14        A.    I don't remember.

15        Q.    You don't recall saying that?

16        A.    No.

17        Q.    The civil attorney -- do you recall saying

18   (as read): The civil attorney had all this

19   prior to knowledge and stuff.  That's very

20   interesting, because the damn civil

21   attorney had her ass up there in the

22   courtroom while this jury was being picked

23   and everything, and while all these

24   objections and motions were coming through.

25                  Do you recall saying that on your

```
 1   podcast?

 2        A.    No.

 3        Q.    Is that civil attorney you're referring to

 4   me?

 5        A.    Are you the civil attorney?

 6        Q.    I -- I am Mr. Johnson's civil attorney.

 7   You know that.

 8        A.    Okay.  Has he got any more?

 9        Q.    Pardon me?

10        A.    Does he have any more civil attorneys?

11        Q.    I can't hear you.

12        A.    Does he have any more civil attorneys?

13        Q.    Do you know who you were referring to when

14   you said this?

15        A.    I don't remember.

16        Q.    Okay.  And you say -- do you recall saying

17   (as read): Hey, they can't use that evidence because

18   there's some attorney-client privileged

19   information in there, which the state

20   already addressed that way back, and said,

21   hey, we're not using that.  Chill.

22                  Do you recall saying that on your

23   podcast?

24        A.    No.

25   Q.    So on page 7 at 10:25, do you recall saying
```

1    (as read): I hope you guys go to this

2    trial, or I hope you guys subscribe to the

3    News & Observer, or EYES, EYES on JOCO,

4    Christine Livingston's blog, or Edward

5    Boyette's stuff, or just stay tuned into

6    this because I feed in.

7                    Do you recall saying that?

8        A.    No.

9    Q.    Okay.  At -- on page 16 at 20:45, do you

10   recall saying (as read): If you want to read some

11   good stuff, if the jury is seeing this

12   case, like the EYES and the News &

13   Observer, I'm sure he's going to be going

14   down the road by the end of the week or

15   next.  First of next week he will be done.

16                    Do you recall saying that?

17       A.    No.

18       Q.    And who's Chris Sullivan again?

19       A.    The magistrate.

20       Q.    Okay.  Okay.

21               MS. BATEMAN:  Okay.  We're going to

22   mark this 18, I believe.  Let's see.

23               MR. MULLINS:  I think that's right.

24               (WHEREUPON, EXHIBIT NUMBER 18

25               WAS MARKED FOR IDENTIFICATION.)

```
 1                    MR. MULLINS:  Can we go off the record

 2    for a second?

 3                    (WHEREUPON, A SHORT BREAK WAS TAKEN.)

 4         Q.    (By Ms. Bateman)  Okay.  Mr. Marshburn, I'm

 5    going to show you what's been marked Exhibit Number

 6    18.

 7                    (WHEREUPON, EXHIBIT NUMBER 18

 8                    WAS MARKED FOR IDENTIFICATION.)

 9         Q.    (By Ms. Bateman)  It's -- do you recall

10    doing a podcast on January 15th?

11         A.    I don't remember the date and time.

12         Q.    At 8:16 p.m.?

13         A.    I do not recall the date --

14         Q.    Okay.

15         A.    -- and time.

16         Q.    Do you recall saying on a podcast during

17    the trial (as read): I was not going to do anything

18            tonight because I was going to let it go

19    till tomorrow, but too much exciting

20    stuff's going on.  Plus, I got too much

21    funny crap to go with it.

22         A.    I don't remember.

23         Q.    Did you find the criminal trial funny?

24         A.    You're asking me that?

25         Q.    I'm asking you: Did you find the criminal
```

```
1   trial funny?

2        A.    Some parts of it.

3        Q.    Okay.  And did you enjoy the part you

4   played in it?

5        A.    What part did I have to play in it?  I

6   wasn't -- I'm not a witness.  I wasn't -- listed as a

7   witness, but I didn't get to testify.

8        Q.    Did you enjoy doing your podcasts about the

9   trial?

10       A.    I don't remember the podcasts.  I remember

11  I did some, but I don't remember what I stated in

12  them.

13       Q.    Okay.  So you're not going to say you

14  enjoyed doing them or not?

15       A.    I'm not going to tell you something I don't

16  remember.

17       Q.    This only just happened in January.

18       A.    I understand that.

19       Q.    Have you --

20       A.    I do a lot of things.  Podcast is just not

21  something I do just one thing and that's it.

22       Q.    Okay.  So do you recall asking on your

23  podcast (as read): Matter of fact, Miss -- Miss

24             Antoine, have you ever had a relationship

25  other than a friendship with Ron Johnson?
```

1   Has there -- any -- has there ever been

2   tomfoolery, if you know what I mean?

3          A.     I don't remember.

4          Q.     Do you recall saying on your podcast the

5   following?  (As read): But as we know, Carolyn

6              Rotondaro was a follower, Allyson Bond was

7   a follower.  We know Michelle Antoine's a

8   follower.  We got Rick Walker's a follower.

9   How do all these people feel when they've

10  been lied to over and over?  They say

11  they're Christian, conservative

12  Republicans, and yet they cherish and

13  worship a guy who is worse than anything in

14  our county.

15              Do you recall saying that?

16         A.     I don't remember.  What page are you on, by

17  the way?

18         Q.     Well, I don't know that it matters, if you

19  don't recall, but I was on page 6 --

20         A.     Well, I'm trying --

21         Q.     -- at 10 --

22         A.     -- to follow, so I --

23         Q.     -- minutes and 28 seconds.

24         A.     -- can -- I can recall, if I can.  But, you

25  know, that's -- I'll just set it right here.  Let's

1    talk.

2         Q.    So on page 7 at 10:47, do you recall saying

3              (as read): It doesn't change the fact that

4    Ron Johnson cheated on his wife, cheated on

5    that wife with a girl, late woman, cheated

6    on that woman with another woman which was

7    a friend of that woman's, and cheated on

8    all of them with another woman.

9              Do you recall saying that?

10        A.    No.

11        Q.    Is your biggest beef with Ron Johnson is

12   that he has sex with different people?

13        A.    My biggest beef?

14        Q.    Yeah.

15        A.    My -- my biggest issue is, he was a public

16   official telling lies to further his public career --

17   his public official career, and blaming everything on

18   everyone else exactly for what he's done.

19              Just like this civil suit.  It's

20   everybody's fault but his.  Everybody should pay for

21   what he's done.  That's it.

22        Q.    So --

23        A.    I don't have a beef with him.  I don't have

24   nothing personal against him.  It's just, he was a

25   public figure taking tax money, tax people's money.

```
 1   He lied to the people, and that he should be

 2   accounted for it.

 3        Q.    And what did he lie to the people about?

 4        A.    He even lied -- just this past election, he

 5   told everybody he was helping kids in need get pilots

 6   license.  Tell me one he did.  Show me one he did.

 7   He don't have to.  And he knows that.

 8                  Everything that he doesn't have to

 9   show proof for, he makes an excuse for.

10        Q.    Sounds kind of like you.

11        A.    If that's -- that's the way you want to

12   picture it.  Obviously, there was truth to it because

13   he's been found guilty in a court of law.

14        Q.    Okay.  Let me ask you on page 8 at 12:24

15   who you're referring to when you say that (as read):

16                  And then we hear that Ronald wanted to have

17                  a threesome.

18                  Who -- who -- who said that?

19        A.    Who told me Ronald wanted to --

20        Q.    Yeah.

21        A.    -- have a threesome?  Angie Barbour.

22        Q.    Angie Barbour told you that?

23        A.    Mm-hm.

24        Q.    Who testified to it in court?

25        A.    I don't know.  I haven't read the court --
```

1      Q.      Pardon me?

2      A.      I haven't read the court stuff, and I don't

3   remember what Cecelia told me, or Christine

4   Livingston told me --

5      Q.      So what --

6      A.      -- if it was mentioned in court.  I don't

7   even know.  I haven't had time to read the

8   transcript.  I just got it.

9      Q.      Okay.  But you don't have any independent

10  knowledge that Ronald Johnson wanted to have a

11  threesome with anybody other than Angie Barbour,

12  right?

13     A.      Well...

14     Q.      Did Ronald Johnson ever tell you he wanted

15  to have a threesome with anybody?

16     A.      No.  I don't speak to Ronald Johnson.

17     Q.      Okay.  Did anybody, other than Angie

18  Barbour, tell you that Ronald Johnson wanted to have

19  a threesome with anybody?

20     A.      I'm trying to recollect.  And why I'm

21  trying to recollect is, not only did she tell me, I

22  think she showed me a text message.

23     Q.      And do you recall what that message says?

24     A.      Well, I'm saying, I don't remember -- I

25  don't remember it.  I can't 100 percent say I saw the

1    text message.  I just know -- I know she told me, but

2    I could -- I could've sworn there was a text message.

3         Q.    Did that text message get introduced at

4    trial?

5         A.    I don't know.  I wasn't there.

6         Q.    Did Angie Barbour testify that Ronald

7    Johnson wanted to have a threesome at trial?

8         A.    I'd have to read the transcript.  But if

9    Cecelia told me, then I probably reiterated it.

10        Q.    Okay.  Do you recall broadcasting anything

11   about Judge Holcombe in this broadcast this date?

12        A.    In this certain podcast --

13        Q.    Yes.

14        A.    -- I don't -- I had mentioned Judge

15   Holcombe's name in podcasts.

16        Q.    And what's your beef with Judge Holcombe?

17        A.    I don't have a beef with Judge Holcombe.

18        Q.    Okay.  Why would he -- why would he be

19   mentioned in your podcast?

20        A.    If there is a judge going out to eat,

21   hanging out with a known felon, the felon was known

22   for fraud and everything else, the people should know

23   about it.  That puts his character in question.

24        Q.    So is it your position that, once someone

25   has been convicted of a crime, they are forever

```
 1   deserving of shaming and shunning?

 2        A.     Well, it depends.  I mean, there can be

 3   rehabilitation.

 4        Q.     Well, you, yourself, have been convicted of

 5   a crime, right?

 6        A.     Assault.

 7        Q.     And yet, you don't think your behavior

 8   warrants any shaming or shunning, do you?

 9        A.     I could care less.

10        Q.     Okay.  So did you serve any active jail

11   time for that?

12        A.     No.

13        Q.     And why not?

14        A.     He didn't die.

15        Q.     Pardon me?

16        A.     He didn't die.

17        Q.     He didn't die?

18        A.     No.

19        Q.     Okay.  And --

20        A.     I was very fortunate.  I was a young,

21   immature kid, when I found out my wife was cheating

22   on me.  Because I got married young, had a kid young,

23   I caught them two together in a park.  And when I

24   did, I just snapped.  So...

25        Q.     So it was your testimony earlier that you
```

1    were not ever convicted of assault on a female.

2          A.    I told you.  I explained that.  At the same

3    time during that, I did not fight the case.  I went

4    into court.  Michael Morgan -- I just said, I leave

5    it up to the Court.

6                   He did get me for -- he said assault

7    on a female and simple assault.

8                   But years later, she went and

9    testified that I did not hit her or touch her, so

10   that was -- the motion for appropriate relief was

11   granted.

12         Q.    So --

13         A.    So I am not guilty of that.

14         Q.    So you were a convicted felon.

15         A.    No.

16         Q.    No?

17         A.    No, or I wouldn't have been able to run for

18   sheriff.

19         Q.    Pardon me?

20         A.    I wouldn't have been able to run for

21   sheriff if I was a convicted felon.

22         Q.    Okay.  But your --

23         A.    If you are convicted of a felony, you

24   cannot even apply to run for sheriff.

25         Q.    Is assault on a female a felony?

Page 322

```
 1        A.     No.

 2        Q.     It's not?  It's a misdemeanor?

 3        A.     It's a misdemeanor.

 4        Q.     Okay.  So --

 5        A.     They consider it a step above, I guess, to

 6   carry a firearm.  So you -- you -- I believe they

 7   take your right away to carry a firearm with that

 8   charge.

 9        Q.     So the only reason you shouldn't be shunned

10   and shamed for your assault on a female charge is

11   because you later got a motion for appropriate relief

12   granted?

13        A.     No.  Because she went and testified that I

14   did not do it.

15        Q.     And so your motion for appropriate relief

16   was granted.  That's what you testified to earlier.

17        A.     Only because of that.  Will yours be

18   granted?

19        Q.     Pardon me?

20        A.     Will yours be granted?

21        Q.     My what?

22        A.     Motion for appropriate relief.

23        Q.     I don't have a motion for appropriate

24   relief.

25        A.     It shows on his criminal part, you do.
```

```
 1          Q.      Oh.   Okay.   On page 14 of this podcast at

 2     20:42, did you say in your podcast (as read): I'm

 3               hoping that he's that dumb or that arrogant

 4     or that narcissistic to take

 5               the stand, because Biz will drill them.

 6                    Do you recall saying that?

 7          A.      I don't remember.

 8          Q.      On page 16 of this exhibit, do you recall

 9     saying that (as read): Allyson Bond sounds like a

10               Republican ho.

11                    Talking about Angie Barbour.

12          A.      I don't remember.

13          Q.      Does that sound like something you would

14     say?

15          A.      There's a lot that sounds like I would say,

16     but I can't speculate that I said that.  I don't

17     know.  I don't remember.

18          Q.      Do you recall making statements in your

19     podcast about how the jury should view the case?

20          A.      I don't remember.

21          Q.      Okay.  How about on page 17 at 24:33, and

22     24:40?

23          A.      Okay.

24          Q.      Do you recall making those statements, how

25     the jury should see the light?
```

Page 324

```
1        A.      Don't remember.

2        Q.      All right.  I'm going to show you what I've

3   marked --

4                THE COURT REPORTER:  Do you need more

5   stickers?

6                MS. BATEMAN:  I do.  I'm so sorry.

7   Oh.  Never mind, never mind, never mind, never mind.

8   I've got it.

9                (Discussion off record.)

10               (WHEREUPON, EXHIBIT NUMBER 19

11               WAS MARKED FOR IDENTIFICATION.)

12       Q.      (By Ms. Bateman)  It's been marked Exhibit

13  19.  Do you recall doing a broadcast on January 16th

14  at 8:30 p.m.?

15       A.      I don't recall the time or the date.

16       Q.      Okay.  Do you recall saying at 5:29 that

17               (as read): I guarantee that the lawyer, his

18               lawyer, Tyndall, knows he was lying.

19       A.      I don't remember.

20       Q.      Okay.  Okay.  So January 16th at 8:30 p.m.,

21  you do a podcast.  Do you recall saying at that

22  podcast -- this is on page 7 around the 10:47 remark

23  -- that (as read): Ronald Johnson testified

24               that the reason he met DeVan Barbour at the

25  gym was because it was in between Raleigh
```

1    as a happy medium.

2                    And then you say (as read): Ronald,

3              you're not in Raleigh.  DeVan's not in

4    Raleigh.  So that's not true.  I mean,

5    what's that got to do with anything?

6                    Do you recall saying that?

7       A.      No.

8       Q.      Do you recall saying over at the 14:47 mark

9    in the podcast that (as read): When it came to the

10             police department investigating you, they

11   tried to help you.  But they found out it

12   was a whole different thing and that you

13   actually committed crimes, what did you --

14   did you do -- what did you -- what did you

15   -- what did they do?

16                    Do you recall saying anything remotely

17   like that?

18      A.      I don't remember.

19      Q.      No?  Okay.  And then do you recall stating

20             (as read): Yes, they investigated you, and

21             what did you do?

22                    Do you recall saying that?

23      A.      I don't remember.

24      Q.      Okay.  And then you stated (as read): You

25             turned around and fabricated more stories

```
 1   on other officers to make yourself look

 2   better at your name.

 3                   What's your basis for saying that?

 4   What's your factual basis for saying that Mr. Johnson

 5   fabricated stories on other officers?

 6        A.    The -- his name, clear hearing --

 7        Q.    So is it your testimony --

 8        A.    -- where he attacked the --

 9                   THE COURT REPORTER:  Would you start

10   that over again?

11        A.    The name, clear hearing, where he attacked

12   the other officers, or tried to dumb down, as you

13   would say, his actions because of other officers'

14   actions.

15        Q.    Well, how do you know -- did you know at

16   this time about the other officers and the behavior

17   that they engaged in?

18        A.    I don't remember.

19        Q.    Okay.  Did you understand that -- other

20   officers that did much worse things than he did, and

21   didn't get terminated?

22                   MR. MULLINS:  Objection.

23                   You can answer.

24        A.    That's what he said.  That's what Ronald

25   says.
```

1    Q.    Did you do any independent investigation of

2    that?

3    A.    I recall I did some digging into that, but

4    I don't recall exactly what I did.

5    Q.    And then about 24 minutes in, do you recall

6    saying that Ronald Johnson texted himself?

7    A.    Wasn't that one of your last --

8    Q.    Pardon me?

9    A.    -- questions on the other Exhibit 18?  I

10   think you asked me that same thing.

11   Q.    Yeah.  Do you recall saying it on this

12   broadcast, though?

13   A.    I don't remember.

14   Q.    Okay.  And -- and I think you're referring

15   to that previous broadcast, and you say (as read): I

16        told you all this a while back, that he

17   would text himself from one of his throw-

18   away phones, and he would threaten himself.

19             Do you recall saying that on this

20   occasion?

21   A.    Don't remember.

22   Q.    Okay.  (As read): And then he would go

23        around showing that cell phone and say,

24   look, I'm receiving threats.  These people

25   are threatening me.

1                    Did you have any factual basis to back

2    up these statements?

3         A.    I don't remember stating this, so I can't

4    answer that question.

5         Q.    Well, if you did state it, did you have any

6    facts backing it up?

7         A.    If I had stated it, I had someone telling

8    me about it.

9         Q.    Somebody telling you?

10        A.    Mm-hm.

11        Q.    But that's all you had, is somebody --

12        A.    I can't --

13        Q.    -- telling you?

14        A.    I can't remember.  I believed it to be

15   true.

16        Q.    Okay.  And did you say at 25:53 in, that

17              (as read): The evidence showed that

18              Ronald Johnson spoofed his number, his

19              phone, to give himself threatening

20   messages?

21        A.    I don't remember.

22        Q.    That would be about 25:53 in on page 17.

23   You don't remember saying that?

24        A.    I don't remember the podcast, period.

25        Q.    Okay.  And this was before the jury came

1    back, correct?

2        A.    I don't know.  I don't know when this is

3    placed.  So -- well, when was he convicted?  On the

4    15th?

5        Q.    So --

6        A.    If he was convicted on the 15th, 14th, then

7    that's before this podcast.

8        Q.    So at the top of page 18 at about 26

9    minutes in, do you recall saying that (as read): He

10           met an officer during that time and

11   reported the text messages, and said, I'm

12   getting threatening messages, and he was

13   texting himself.

14       A.    I don't remember that.

15       Q.    Do you have any evidence that Ron Johnson

16   was texting himself?

17       A.    I don't remember saying that, so how can I

18   answer that question?

19       Q.    Okay.  Did you ever talk to anybody from

20   the Clayton Police Department about these text

21   messages?

22       A.    No.

23       Q.    And I believe you testified earlier that

24   the text messages had been sent to the Attorney

25   General's Office, and no conclusion has come back on

1    those?

2         A.    I read reports that he filed.

3         Q.    Right.  Well, if, in fact, there was

4    evidence that those messages were spoofed, don't you

5    think law enforcement could find that?

6         A.    I'm not going to speculate on that.

7         Q.    Well, what evidence do you know that was

8    put on at the trial that showed that he spoofed those

9    calls?

10        A.    I wasn't at the trial, so I don't know.

11        Q.    Well, what did your sources tell you?

12        A.    The sources didn't talk just about a

13   spoofed call or whatever.  I don't -- I don't -- I

14   don't recall what they told me.

15        Q.    Okay.  Do you recall talking during this

16   podcast about Owen Phillips' kids?

17        A.    No.

18        Q.    Okay.  On page 20, about 29 minutes in, do

19   you recall making these statements that (as read):

20            Ronald Johnson said that he received

21   information that Owen Phillips' kids were

22   being abused.

23        A.    I don't recall this.

24        Q.    You don't recall the -- repeating Owen's

25   testimony, that DSS was never called?

Legal Media Experts
800-446-1367

1      A.      Don't recall.

2      Q.      Do you recall anybody telling you that

3   Ronald Johnson testified that Candace Smith was the

4   person who made the allegations to him?

5      A.      I don't remember saying that.

6      Q.      Okay.  Do you recall Ron Johnson testifying

7   that he knew that if somebody did a residency check,

8   that they would check on the kids?

9      A.      I don't remember saying that.

10      Q.      Do you remember hearing Ron Johnson say

11   that to anybody?

12      A.      What are you asking?

13      Q.      I'm sorry.  I'm asking you if you heard

14   Ronald Johnson say that he was not trying to get

15   Phillips' kids moved, that he was trying to get a

16   wellness check on them.

17      A.      That was his excuse for what he did with

18   the transfer.

19      Q.      And what's your --

20      A.      One of them.

21      Q.      And what's your evidence to the contrary?

22      A.      I talked to Owen.

23      Q.      And what did Owen say?

24      A.      Owen told -- stated that he was told by the

25   investigator that it was not true about his baby

 1    mama, or baby mamas, making a complaint to Ronald,

 2    for him to do a -- him to pretty much go after his

 3    kids being transferred and all.

 4                    But I don't know how you want me to

 5    word that, but I can't remember all of the

 6    conversation.  But Owen stated that that was another

 7    fabrication, lie by Ronald Johnson, to worm his way

 8    out of --

 9        Q.    So what --

10        A.    -- this.

11        Q.    Do you actually know about what school Owen

12    Phillips' kids went to?

13        A.    I don't know much about that right now.  I

14    mean, I can't...

15        Q.    So that didn't stop you, though, from

16    making statements on your podcast, correct?

17        A.    What statements?

18        Q.    You said (as read): Ron Johnson stated that

19              he received information that Owen Phillips'

20              kids were being abused.

21        A.    Okay.  So that came from the trial,

22    correct?

23        Q.    No -- yeah -- well, your -- you tell me.

24        A.    I don't --

25        Q.    Your --

1     A.     -- remember.  I don't remember doing this.

2     Q.     So has Candace Smith, to your knowledge,

3  ever denied that she made allegations that Owen

4  Phillips was abusive?

5     A.     Owen Phillips --

6     Q.     No, I'm not asking about Owen Phillips.

7  I'm asking about Candace Smith.

8     A.     I have not talked to her directly.

9     Q.     Okay.  So have you ever heard that Candace

10  Smith denied allegations that Owen Phillips was being

11  abusive?

12     A.     Yes.

13     Q.     And who told you that?

14     A.     Owen Phillips.

15     Q.     Owen Phillips told you he was not abusive,

16  or that Candace Smith did not say it?

17     A.     That Candace did not go to Ronald Johnson,

18  in fear for her kids' safety, against Owen Phillips.

19     Q.     And did you talk to Candace Smith about

20  what Owen said?

21     A.     I told you, I did not.

22     Q.     And why not?  Wouldn't you want the other

23  side of the story?

24     A.     I mean, it's at the end of the trial.  I

25  don't have a reason to keep going.

```
 1    Q.    That's --

 2    A.    It's done.  He's out.  He -- that's it.

 3    Q.    All right.  So you say (as read): Okay.

 4          Where's that proof?

 5             Do you see that?

 6    A.    Where?

 7    Q.    30:32 in (as read): Okay.  Where's that

 8          proof?

 9    A.    Okay.

10    Q.    Who's the burden of proof on at a criminal

11  trial?

12    A.    Are you asking me about --

13    Q.    No.

14    A.    -- anything to do with this?  You're just

15  asking me --

16    Q.    I'm just asking you, based on your

17  knowledge and your education, who has the burden of

18  proof at a criminal trial?

19    A.    The State.

20    Q.    Okay.  So why is it Ronald Johnson's

21  responsibility to produce the Facebook message?

22    A.    What are you referring to?  Because I don't

23  remember anything on this thing.

24    Q.    (As read): Ronald Johnson stated that

25          Candace Smith was the one who made the
```

1                    allegations via Facebook Messenger.

2                         Do you see that sentence?

3        A.      I see the sentence.

4        Q.      Okay.  And you made that statement on your

5    podcast.  Did you not?

6        A.      I don't remember.

7        Q.      Okay.  You don't have any independent

8    evidence that Owens [sic] Phillips -- other than from

9    Owen Phillips, that his children by Candace Smith

10   were not being abused?  Let me strike that question.

11                        Do you have any independent evidence

12   that Owen Phillips' kids were not being abused?

13       A.      I have a statement from Owen Phillips.

14       Q.      But other than that, you have nothing?

15       A.      Okay.  No.

16       Q.      Okay.  All right.  So at 30 minutes in, you

17   bring up the sex allegation -- sexual harassment

18   allegations against Jimmy Lawrence.

19                        And then you say (as read): Who was it

20            that made those allegations?

21                        Correct?

22       A.      I don't remember this.  I told you, I'm --

23       Q.      Okay.

24       A.      -- I'm simply -- I don't remember on the

25   whole damn thing.  I am tired.  And just get on with

```
 1    it.  Ask your question.  I don't remember none of

 2    this.

 3         Q.     So you stated on your broadcast that

 4    Carolyn Rotondaro could not be believed because she

 5    was sleeping with Ronald Johnson.

 6                     Is that true?

 7         A.      I don't remember.

 8         Q.     Okay.  And did you state on your broadcast

 9    that Roton -- Carolyn Rotondaro had never reported

10    her sexual harassment to the DA?

11         A.     I don't remember.

12         Q.     Okay.  What's your evidence that Ronald

13    Johnson told her she would get a big settlement if

14    she reported her sexual harassment allegations?

15         A.     I don't remember stating that.

16         Q.     You don't remember stating that Ronald

17    Johnson --

18         A.     I just answered.

19         Q.     Okay.  All right.  So last question for

20    this broadcast, on page 31.  Do you remember saying

21    about 43 minutes in (as read): Does anybody have any

22              questions or anything?  I'll try to answer

23              them.

24         A.     I don't remember that.

25         Q.     Okay.  Do you remember saying that (as
```

1              read): You know, like I said, I couldn't be

2    in the courtroom because Ronald Johnson's

3    side wanted to sequester all the witnesses.

4                 Do you recall saying that on your

5    podcast?

6         A.    Don't remember.

7         Q.    Do you recall saying (as read): So excuse

8               me, I was named one of the witnesses.

9         A.    I don't remember.

10        Q.    Okay.  Do you recall saying (as read): So I

11              can't be there.

12        A.    I don't remember.

13        Q.    Okay.  I'm going to show you what has been

14    marked Exhibit 20.

15                 THE WITNESS:  Will that help?

16                 (Discussion off record.)

17                 (WHEREUPON, EXHIBIT NUMBER 20

18                 WAS MARKED FOR IDENTIFICATION.)

19        Q.    (By Ms. Bateman)  I'm going to show you

20    what's been marked Exhibit Number 20, ask you if you

21    recall doing a broadcast at 9:16 p.m. on January

22    17th.

23        A.    Don't remember the date and the time.  I

24    remember doing a podcast.  Don't remember the date

25    and time.

```
 1        Q.    Okay.  Do you recall if this is the day
 2    that Ronald Johnson was convicted?
 3        A.    I don't know -- I don't know the date he
 4    was convicted.  I don't remember.  I don't keep up
 5    with Ronald Johnson.
 6        Q.    So after the trial was over, you did go to
 7    court, correct?
 8        A.    I went to the courtroom to sit in to hear
 9    sentencing -- or if he was guilty or not guilty, and
10    sentencing if he had -- if he was found guilty.
11        Q.    Okay.  And you were sitting next to Kevin
12    Donovan, correct?
13        A.    Yes.
14        Q.    And Christine Livingston?
15        A.    I don't remember Christine Livingston
16    sitting beside me.
17        Q.    And you said Cecelia was sitting over to
18    the right with Ms. Burgett?
19        A.    I don't remember.
20        Q.    This is on page 1, about two minutes into
21    your broadcast.
22        A.    I don't remember.
23        Q.    Okay.  Who's Ms. Burgett?
24        A.    Burgett?
25        Q.    Burgett?  Who is she?
```

```
1        A.      She is one of the GOP members, or persons

2   that volunteers for campaigns and stuff.

3        Q.      Was she part of your circle?

4        A.      No.

5        Q.      Okay.  And you said (as read): Even Jimmy

6                Lawrence and all of them were sitting over

7                to the right.

8                     Who's "all of them"?

9        A.      I don't remember.  I don't remember saying

10   this.

11       Q.      Okay.  Okay.  I'm going to take you about 6

12   minutes into this podcast and ask you if you made

13   these statements on your podcast.

14                     (As read): When Ronald was locked up

15                or when Ronald was taken out, I noticed

16   something very strange.  And Angie Barbour

17   sure made it clear, too, to me.  Hey,

18   David, do you see this?  And I saw it.

19                     Then you say (as read): The civil --

20                we still have a civil case going on.

21                     Do you see that?  Do you recall

22   putting that on your broadcast?

23       A.      I don't remember.

24       Q.      Okay.  And -- and then you say (as read):

25                And that she's not a lawyer.  She's just, I
```

```
 1              guess, the secretary or whatever.

 2                   Do you -- do you see that?  Page 5, 7

 3      minutes in.

 4         A.     I don't remember.

 5         Q.     You don't remember making those statements?

 6         A.     No.

 7         Q.     Okay.  And you said (as read): She's the

 8              one that Ronald Johnson said quit her job

 9      at the Attorney General's Office because

10      they were doing him so bad, and then went

11      to work for his civil attorneys.

12                   And I believe it was your testify --

13      testimony earlier, that someone at -- in the CAAG

14      group told you that.  Do you recall who you said?

15         A.     I don't believe I said anyone in the CAAG

16      group.  Ronald Johnson made a statement in the CAAG

17      group that that's what happened.  She worked for the

18      Attorney General's Office, and she quit then because

19      -- or she -- she quit the Attorney General's Office

20      to go work for the civil attorney because they were

21      doing him so wrong.

22                   And matter of fact, I was also told

23      that she was present when he made that statement.

24         Q.     That she was what?

25         A.     Present when he made that statement.
```

1    Q.    Really?

2    A.    Mm-hm.

3    Q.    And who told you that?

4    A.    I don't remember.

5    Q.    Do you not remember who said it, but you

6    remember exactly --

7    A.    I remember --

8    Q.    -- what they said?

9    A.    -- the information.  It might not be word

10   for word, but that's what was stated.

11   Q.    And you don't remember who told you?

12   A.    I -- if it was Jim Wiesner, or -- I don't

13   want to misstate -- misquote, misstate.  But I know

14   -- I remember someone telling me about it.  Because I

15   don't go to the CAAG meetings and all.

16   Q.    So you made these statements on your

17   broadcast, even though you had no personal knowledge

18   of them and no evidence of them?

19   A.    I don't remember making any.  I don't even

20   remember --

21   Q.    Are you denying --

22   A.    -- the podcast.

23   Q.    -- that you made that statement?

24   A.    No.  I'm just saying, I don't remember -- I

25   don't remember this podcast, so I can't comment on

1   something I don't remember.  I did podcasts.  I've

2   done a lot of them.

3        Q.    Okay.  Do you recall saying about 7 minutes

4   in (as read): She was fired six years ago or so.

5        A.    Well, was I off or something?  I don't

6   understand your question.  I don't --

7        Q.    Do you -- 7 minutes and 36 --

8        A.    I don't --

9        Q.    -- seconds in --

10       A.    I don't understand.

11       Q.    -- do you -- do you see that you made a

12  statement (as read): She was fired six years ago or

13           so.

14       A.    I don't remember saying that.

15       Q.    Okay.  Did you -- do you deny saying it?

16       A.    I don't remember saying it.  So if I don't

17  remember, how can I deny it?

18       Q.    Well, if your -- and let's say we listen to

19  that podcast, and your podcast says -- it's clear in

20  the podcast that you've said it.  Did you have any

21  evidence that Stephanie Hobson was fired from her job

22  at the Attorney General's Office when you said that?

23       A.    If I stated that, it would -- came from

24  someone reliable.

25       Q.    And did you do any independent

1    investigation into it?

2        A.    They won't give you any HR information.

3        Q.    So you made a statement for which you had

4    no evidence, that's, on its face, defamatory, and you

5    just didn't care?

6        A.    I'm not going to answer that.  You're

7    trying to get me for other things besides this case,

8    these claims you have here.  So you're trying to

9    build something up for later, so I'm not going to

10   answer that.

11       Q.    I'm just trying to figure out why you would

12   make these statements with no evidence.

13       A.    I have statements from other people, or

14   comments from other people telling me these things.

15       Q.    So you're just repeating defamatory --

16       A.    So I guess the comment to me was, when they

17   witnessed the same person down in the jail trying to

18   calm down Ronald Johnson from screaming and

19   hollering, that she was down there with him to calm

20   him down, I guess that's not true either, right?

21       Q.    I'm asking you.  Did you see that with your

22   own eyes?

23       A.    I couldn't.  I was already -- I was up at

24   the top.

25       Q.    So did you -- did you report that on your

1    podcast as truth when you didn't see it?

2         A.    I don't remember if I did or not.

3         Q.    Okay.  But if you did, did you report it

4    without --

5         A.    If I see it?

6         Q.    -- any evidence?  Yes.

7         A.    If I saw it?

8         Q.    Did you see it?

9         A.    No.

10        Q.    Okay.

11        A.    Why would people lie to me?

12        Q.    Did you --

13        A.    Why -- why would these people lie to me?

14        Q.    I don't know.  Why would they lie to you?

15        A.    I don't know.

16        Q.    But you just repeated what they said?

17        A.    If someone stated something to me, that has

18   always told me stuff that was factual -- I mean, I

19   believed it to be fact when I stated it.

20        Q.    Okay.  And did you see Stephanie Hobson

21   crying, bawling her eyes out?

22        A.    You're stating her name.  And I don't know

23   what her name is.

24        Q.    Well --

25        A.    But if you're talking about the female

```
 1   that's sitting here --

 2        Q.    I am.

 3        A.    -- then she was crying in the courthouse.

 4        Q.    And did you see her?

 5        A.    I saw her cry.

 6        Q.    You saw her crying in the courthouse?

 7        A.    Yeah.

 8        Q.    And would you describe her as bawling her

 9   eyes out?

10        A.    Yes.

11        Q.    Okay.  "And we know what that is," you

12   said.  What did you mean when you said, and we know

13   what that means?

14        A.    Well, when I'm sitting there, Angie Barbour

15   leans over to me, she says, he's fucking her too.

16        Q.    Who said that?

17        A.    Angie Barbour.

18        Q.    Goodness gracious.

19        A.    I didn't say it.

20        Q.    (As read): Come on.  She was at the polls

21              helping hand out his crap and CAAG's crap.

22                   Do you have any evidence for that?

23        A.    I have a photo.

24        Q.    Pardon me?

25        A.    I have a photo.
```

```
 1      Q.    You have a photo?

 2      A.    Mm-hm.

 3      Q.    Do you have that photo in your possession?

 4      A.    No.

 5      Q.    Where is that photo?

 6      A.    At the house.

 7      Q.    Okay.  But that photo --

 8      A.    You'll get -- you'll get it.  I told you

 9   I'll give you everything from discovery.

10      Q.    Okay.  So at 8:09 -- 8 minutes in, you say

11            (as read): You remember I said the other

12   night that Raleigh didn't make sense for

13   Ronald to say Clayton was a midpoint

14   between from Raleigh, to, I guess, Meadow,

15   or wherever DeVan's from.

16                 And it didn't dawn on me he had

17            nothing to do with Raleigh until recently.

18   Until lately, because what I understand,

19   Ronald went down to booking.  He lost his

20   -- and you got four letters.

21                 I'm guessing you meant shit.  Do you

22   think you said that?

23      A.    I don't remember.

24      Q.    Do you see those statements on page 6?

25      A.    I'm looking at them.  But I do recall
```

```
 1    someone telling me when he went down to booking, he
 2    was hollering, he was --
 3         Q.    And who told you that?
 4         A.    Can't remember.  I can't remember at this
 5    time.  But they were trying to calm him down and
 6    allowed what they thought was his wife and Rick
 7    Walker down there with him.
 8         Q.    Okay.  And then --
 9         A.    That's what I remember --
10         Q.    And they --
11         A.    -- someone --
12         Q.    Sorry.
13               (Reporter clarification.)
14         A.    Someone telling me.
15         Q.    And who told you?
16         A.    I can't remember who told me.  I mean,
17    there's so much shit.  I mean, it's -- it's a lot.
18         Q.    Okay.
19         A.    But I'll think about it, and --
20         Q.    Okay.
21         A.    -- figure --
22         Q.    At almost 9 minutes in, you say (as read):
23               I guess it was Rick Walker and this civil
24    attorney, whatever, maybe it was just her,
25    or maybe it was all three of them with that
```

1    come to speak for Ronald.  But I do know

2    that civil attorney, or the one that works

3    for the civil attorney, she went in there

4    to calm him down, to get him.  And I was

5    told they were intimate while he was in

6    there.

7                    Do you recall saying that on your

8    podcast?

9         A.    I recall making those statements in

10   general.  But, far as this podcast, I don't remember

11   doing the pod -- I remember doing a podcast.  I don't

12   remember what I said in the podcast.

13        Q.    Well, you agree that the podcasts will

14   speak for themselves, correct?

15        A.    I mean, they're going to have to, aren't

16   they?

17        Q.    Okay.  And who told you that they were

18   intimate while he was in there?

19        A.    I can't remember who told me that.

20        Q.    Okay.  And then you said (as read): So it's

21            just -- it's more than just a relationship

22   with a -- with a firm -- attorney firm in

23   Raleigh.

24                    Do you recall saying that?

25        A.    Don't remember.

1      Q.      And then you stated (as read): And, my God,

2              is that another female woman we need to add

3  to the list?  I mean, come on, why was she

4  -- they thought that was her wife -- his

5  wife.  That's why she was allowed in there.

6                  Do you recall making those statements

7  on this podcast?

8      A.      I don't remember.

9      Q.      Okay.  Now, on page 8, about 11 minutes in,

10  you made some statements.  (As read): Now, if you're

11              going to be professional in the courtroom,

12  and that's where your livelihood lands or

13  gets near, you shouldn't wear tight skirts

14  so your lacy-racy thong and the cottage

15  cheese you're trying to hide.

16                  Who did you make that statement about?

17      A.      I don't remember the statement.

18      Q.      (As read): Everybody saw it in the

19              courtroom -- you said.  Everybody saw the

20  look she gave Ronald, Ronald gave her.

21  Everybody saw her bust out crying.

22                  First thing she did was come out of

23  that courtroom to call her bosses to say he's guilty.

24  And I watched that from my very own eyes.

25                  Do you recall making those statements

```
 1    on this broadcast?

 2        A.    I don't.

 3        Q.    Do you have any personal knowledge who --

 4    who Stephanie Hobson was calling when you saw her

 5    make a phone call?

 6        A.    You keep saying her name.

 7        Q.    The lady sitting next to me that --

 8        A.    I -- I --

 9        Q.    -- you previously --

10        A.    I saw her --

11        Q.    -- admit --

12        A.    -- outside the courtroom bawling her eyes

13    out.  She made a phone call.

14        Q.    And did you have any personal knowledge who

15    she called when she made that phone call?

16        A.    I can't remember who she told -- who told

17    me who she was talking to.

18        Q.    And how did that person know who she --

19        A.    They were standing --

20        Q.    -- was talking to.

21        A.    -- out there.

22              THE COURT REPORTER:  Okay, you guys,

23    come on.

24              THE WITNESS:  I'm sorry.

25              THE COURT REPORTER:  "I can't remember
```

```
 1   who she told."  And then, I don't -- I don't know.
 2                   Go ahead.
 3        Q.     (By Ms. Bateman)  Do you recall who told
 4   you?
 5        A.     I do not.
 6        Q.     And about 26 minutes in, do you recall
 7   saying (as read): I can tell you Ronald was not happy
 8               when he went downstairs, beating on the
 9               wall, hitting the wall, yelling, crying.
10                   Do you recall making that statement?
11   That's on page 19 about 26 minutes in.
12        A.     I don't remember.
13        Q.     Were you downstairs when Ronald went
14   downstairs?
15        A.     I was upstairs.
16        Q.     And did anybody tell you that he was not
17   happy?
18        A.     I was told that.
19        Q.     And who told you that?
20        A.     I don't remember.
21        Q.     Okay.  Do you -- about 27 minutes in on
22   page 20, do you recall saying on your broadcast (as
23               read): Don't allow some woman who's got a
24   darn dress on so tight you can actually see
25   the design of her panties, or thong, or
```

1    whatever.  Looked like I opened a darn

2    container of cottage cheese.

3         A.    I don't remember.

4         Q.    If that -- pardon me?

5         A.    I don't remember.

6         Q.    You don't remember saying that?

7         A.    (Witness shook head side to side.)

8         Q.    All right.  We're going to go back in time.

9         A.    Are we -- okay.  So from what I understand,

10   this deposition is seven hours, and that's it.

11        Q.    Yeah, seven hours on the record.

12        A.    And that's -- and we're well over that.

13        Q.    Well, we might be well over seven hours --

14   you know, let's go off the record because I don't

15   want to spend my time on the record discussing this.

16              (Discussion off record.)

17              (WHEREUPON, EXHIBIT NUMBER 21

18              WAS MARKED FOR IDENTIFICATION.)

19              MS. BATEMAN:  Okay.  So we're back on

20   the record.

21        Q.    (By Ms. Bateman)  I'm going to show you

22   what's been marked Exhibit 21, ask you if you recall

23   the Facebook live post you did about the October 25th

24   board of education meeting.

25        A.    I don't remember the podcast or -- or the

1    time.

2         Q.    Okay.  On page 1 at about 01:32 in, do you

3    recall stating (as read): We are going to do the live

4              stream of the school board meeting because

5              something might happen.

6         A.    I don't.

7         Q.    You don't recall saying that?

8         A.    No.

9         Q.    Did you have conversations with Todd Sutton

10   about what was going to go down at this meeting?

11        A.    I did not.

12        Q.    You had no conversations with Todd Sutton?

13        A.    I had conversations with Todd Sutton, but

14   it was not about -- he couldn't go into the

15   information about Ronald or anything closed session

16   and all.

17                   I talked to him about some issues with

18   a program that was not helping students.

19                   And I also talked to Lynn Andrews

20   about that program as well.  But...

21        Q.    Did you ever talk to Todd Sutton about your

22   mutual desire for Mr. Johnson to resign his position

23   as a school board member?

24        A.    I don't remember.

25        Q.    All right.  About a minute and 43 seconds

```
 1   in, you say (as read): You never know, but I started

 2              with this thing, and I want to end it, and

 3   I want to see it ended.  So we decided to

 4   do a live air, and when we go on break, we

 5   got something very special coming up for

 6   you guys.  It is a special treat for you

 7   guys.

 8              Do you recall making those statements?

 9   A.    I don't remember.

10   Q.    Okay.  On page 131 at about 2:38 -- minutes

11              -- in, you say (as read): I can't wait for a

12              closed session to come back.

13              Do you recall the board of education

14   going into a closed-session meeting -- closed-session

15   -- yeah, closed-session meeting?

16   A.    I don't remember.

17   Q.    Okay.  And you say (as read): This is going

18              to be exciting.

19              Do you recall saying that?

20   A.    I don't remember.

21   Q.    Okay.  Even though it was exciting, you

22   don't have any recollection of it?

23   A.    I don't remember any of these podcasts.  I

24   just know I did podcasts, and Joe and I would do

25   these podcasts together.  And, you know, if I wasn't
```

1    with information, I would just say things that would

2    keep people watching, or I would assume a lot of

3    things, as well, in certain things.

4                    So -- but I don't remember these

5    podcasts -- every one of these podcasts and what I

6    said.  I do not.

7         Q.    Okay.  So on this page 131, you say (as

8               read): This is going to be exciting.  I

9               don't know what to do with myself.

10        A.    I don't remember.

11        Q.    Okay.

12        Q.    So if you skip over to page 142 to 2 hours

13   and 50 minutes in, do you recall making a statement

14   (as read): I'll explain them.

15        A.    I don't remember.

16        Q.    Okay.  And do you recall making a statement

17               (as read): Well, I see they did not pull

18               the trigger.

19        A.    I see that statement.

20        Q.    Do you recall it being said?

21        A.    I don't remember it.

22        Q.    Okay.  How about the next statement?  (As

23               read): Obviously, you know why, and I will

24   tell you why.  I didn't see their standby

25   attorney, the other attorney, Tharrington

```
 1    Smith.  They have resigned because I think

 2    there's some issues with having knowledge

 3    of a certain -- certain issue, and they

 4    never -- they didn't bring it forward when

 5    they had the information.

 6                    So --

 7        A.      I don't remember saying that either.

 8        Q.      Where would you have gotten that

 9    information if you didn't say it?

10        A.      I don't remember.

11        Q.      Would you have gotten that information from

12    Todd Sutton?

13        A.      I don't believe I would've got it from Todd

14    Sutton.  Todd Sutton was very firm about, you know,

15    information, that there was a -- if you would ask him

16    anything, like -- see, again, Joe Preston dealt with

17    the school board stuff.  I didn't.

18                    Joe Preston talked to a lot of people

19    about the school stuff, not me.  I just sit there and

20    do it based off of what he's saying.  Do I know where

21    he got it from?  No.  I don't -- we didn't have time

22    to even talk about who said what, this, and this, and

23    this.

24                    It's just -- it just flowed very good.

25    I just wish he wasn't dead.
```

```
 1        Q.     Okay.  At about 2 minutes and 51 -- 2 hours

 2   and 51 minutes in, someone says (as read): I thought

 3            they were going to pull the trigger tonight

 4   and say, hey, Ronald, if you don't resign,

 5   we will show people, and we will show the

 6   people that you are a liar.  And what I

 7   mean by that is, they have everything.

 8                  Ronald denied he had done, like,

 9            recordings, or made comments about the blue

10   dress and about other things and so forth,

11   and extra recordings of closed sessions.

12                  Do you know who's making those

13   comments?

14        A.     I -- I don't remember this.

15        Q.     Do -- you testified earlier, though, that

16   you got the email about the blue dress?

17        A.     I never testified to anything about a blue

18   dress today.

19        Q.     Did you -- did you get the emails about the

20   blue dress?

21        A.     I didn't get any emails about a blue dress.

22        Q.     Okay.  So your testimony is that the emails

23   about the blue dress that you published on your

24   broadcast came from Joe?

25        A.     There is no email.
```

```
 1       Q.    Text?

 2       A.    There you go.

 3       Q.    Okay.  Did the text --

 4       A.    That came from Joe.

 5       Q.    And do you know where Joe got it?

 6       A.    No.

 7       Q.    Okay.  And --

 8       A.    I'm very impressed he did.

 9             THE COURT REPORTER:  Off the record,

10  please.

11             (Discussion off record.)

12       Q.    (By Ms. Bateman):  And what was your

13  response to that question?

14       A.    Say that again.  I wasn't listening.

15       Q.    Do you know where Joe got it?

16       A.    No, I don't.

17       Q.    And I believe you said you were --

18       A.    I was -- I was very --

19       Q.    -- very impressed?

20       A.    -- impressed.

21       Q.    (As read): And all that was pretty much

22             going to be told by him, hey, you don't

23             resign, we'll let the people hear.

24                 And then you said (as read): And

25             something in closed session has happened to
```

1              shut it down.

2                   Do you recall that being said on the

3    broadcast?

4        A.    I don't remember.

5        Q.    Okay.  So at 2 hours and 52 minutes in,

6    someone on the broadcast says (as read): I might be

7              able to do it for you, so I apologize,

8    guys.  I thought they were going to

9    actually do something on that.  But maybe

10   he's about sometime -- I think -- I'll

11   think about resigning if you give me a few

12   days.

13                  Do you recall the statements being

14   made on your broadcast?

15       A.    I don't remember.

16       Q.    Okay.  Do you recall the statement being

17   made (as read): So, all right, so we didn't get the

18              thing that we wanted.

19                  And then somebody says (as read): No,

20              we didn't.

21                  And then somebody says (as read): And

22              we haven't for a while.

23                  And then somebody says (as read): And

24              we're going to do it ourselves, I guess.

25                  Do you recall those statements being

```
1   made?

2        A.      No, I don't remember.

3        Q.      Okay.

4                   MS. BATEMAN:  That's all I have.

5                   MR. MULLINS:  No questions.

6                   THE COURT REPORTER:  Would you like to

7   order this transcript, ma'am?  Ms. Bateman?

8                   MS. BATEMAN:  Yes.

9                   THE COURT REPORTER:  Would you like a

10  copy, Mr. Mullins?

11                  MR. MULLINS:  Yes.  PDF with exhibits,

12  please.

13                  THE WITNESS:  Yeah.  PDF.

14                      (Discussion off record.)

15                  THE COURT REPORTER:  Sir, would you

16  like to order this transcript?  Do you want a copy of

17  this transcript?

18                  THE WITNESS:  How long is it going to

19  take?

20                  (WHEREUPON, EXHIBIT NUMBER 9

21              WAS MARKED FOR IDENTIFICATION.)

22                  (WHEREUPON, THE DEPOSITION

23              WAS CONCLUDED AT 6:47 P.M.)

24

25
```

```
1    NORTH CAROLINA

2    VANCE COUNTY

3                    C E R T I F I C A T E

4         I, Marta J. Charles, Court Reporter and Notary

5    Public, the officer before whom the foregoing

6    proceeding was conducted, do hereby certify that the

7    witness whose testimony appears in the foregoing

8    proceeding was duly sworn by me; that the testimony

9    of said witness was taken by me to the best of my

10   ability and thereafter transcribed under my

11   supervision; and that the foregoing pages, inclusive,

12   constitute a true and accurate transcription of the

13   testimony of the witness.

14        I do further certify that I am neither counsel

15   for, related to, nor employed by any of the parties

16   to this action in which this proceeding was

17   conducted, and further, that I am not a relative or

18   employee of any attorney or counsel employed by the

19   parties thereof, nor financially or otherwise

20   interested in the outcome of the action.

21        This the 31st day of July, 2025.

22                    Marta Charles

23                    Marta J. Charles

24                    Court Reporter and Notary Public

25                    #201026500057
```

Page 362

| 1 | ERRATA SHEET |
|---|---|

2   Case name:          Johnson v Town of Smithfield,

3                      et al.

4   Docket Number:    5:23-CV-349-D

5

6   Deponent:          David Marshburn

7

8   Date:               July 16, 2025

9

| 10 | PAGE | LINE | READS | SHOULD READ |
|---|---|---|---|---|
| 11 | / | / | | / |
| 12 | / | / | | / |
| 13 | / | / | | / |
| 14 | / | / | | / |
| 15 | / | / | | / |
| 16 | / | / | | / |
| 17 | / | / | | / |
| 18 | / | / | | / |
| 19 | / | / | | / |
| 20 | / | / | | / |
| 21 | / | / | | / |
| 22 | / | / | | / |
| 23 | / | / | | / |
| 24 | / | / | | / |
| 25 | / | / | | / |

1    I, David Marshburn, do hereby state

2    under oath that I have read the above and

3    foregoing deposition in its entirety and

4    that the same is a full, true and correct

5    transcript of my testimony.

6

7    Signature is subject to corrections on

8    attached errata sheet, if any.

9

10   David Marshburn

11

12   State of

13

14   County of

15

16   Sworn to and subscribed before me this

17       day of                  , 2025.

18

19   Notary Public

20

21   My commission expires:

22

23

24

25

## Exhibits

**7-16 Marshburn Exhibit 01**
3:9 45:12,15

**7-16 Marshburn Exhibit 02**
3:11 105:5,9 118:16 138:4,5

**7-16 Marshburn Exhibit 03**
3:12 72:25 73:9,20 79:4 118:11
138:5,7 141:4

**7-16 Marshburn Exhibit 04**
3:14 79:3,6 81:4 152:21

**7-16 Marshburn Exhibit 05**
3:16 152:25

**7-16 Marshburn Exhibit 06**
3:17 153:21 161:25 162:8 187:7

**7-16 Marshburn Exhibit 07**
3:19 181:10,11

**7-16 Marshburn Exhibit 08**
3:21 187:8,9

**7-16 Marshburn Exhibit 10**
3:24 248:18

**7-16 Marshburn Exhibit 11**
4:4 259:4,5

**7-16 Marshburn Exhibit 12**
4:6 267:17,18

**7-16 Marshburn Exhibit 13**
4:8 272:4,14

**7-16 Marshburn Exhibit 14**
4:10 287:24 288:2

**7-16 Marshburn Exhibit 15**
4:12 290:17,18

**7-16 Marshburn Exhibit 16**
4:14 291:25 308:7,8

**7-16 Marshburn Exhibit 17**
4:16 291:25 292:1,2

**7-16 Marshburn Exhibit 18**
4:18 312:24 313:5,6,7 327:9

**7-16 Marshburn Exhibit 19**
4:20 324:10,12,13

**7-16 Marshburn Exhibit 20**
4:22 337:14,17,20

**7-16 Marshburn Exhibit 21**
4:24 352:17,22

## $

**$10** 195:22

**$100** 48:7

**$2,000** 277:10

**$20** 146:12 195:22

**$20,000** 43:8

**$20,000-something** 43:4

**$200,000** 41:13

## 0

**01:32** 353:2

## 1

**1** 45:12,15 182:5,16 183:6,10,24
184:11,13 185:1 272:20 338:20
353:2

**10** 56:11,12 61:1 216:8 239:15
248:13,18 315:21

**10/20/2022** 185:20

**10/21/2022** 185:24

**100** 218:25 318:25

**102060** 183:3

**1099** 41:13

**10:04** 216:8

**10:16** 271:23

**10:19** 73:24

**10:24** 216:14

**10:25** 311:25

**10:32** 73:21 75:23

**10:45** 279:21

**10:47** 316:2 324:22

**10th** 288:4

**11** 256:14,16 259:4,5 299:6 349:9

**11:04** 280:9

**11:11** 182:14

**11:15** 246:5

**11:21** 77:21,22

**11:43** 281:6

**11th** 248:21

**12** 256:12,25 267:17,18

**12:02** 77:23

**12:24** 317:14

**13** 272:4,14 281:18 287:22

**131** 354:10 355:7

**13th** 46:8,10 83:4 290:21 308:11

**14** 282:21 287:23,24 288:2 323:1

**142** 355:12

**14:47** 325:8

**14th** 292:5 302:14 329:6

**15** 56:11,12 283:22 285:11
290:17,18

**15th** 214:6 313:10 329:4,6

**16** 49:7,8 256:12 285:9 291:25
292:1 308:7,8 312:9 323:8

**1621** 74:14

**1622** 153:11

**16:16** 256:16

**16:22** 256:15,18

**16:30** 257:1

**16:31** 257:2

**16:37** 257:7

**16th** 5:7 324:13,20

**17** 292:1,2 303:23 323:21 328:22

**17:04** 299:6

**17:56** 222:12,24

**17th** 258:15 337:22

**18** 303:24 312:22,24 313:6,7
327:9 329:8

**18:16** 281:18

**18:58** 224:9

**19** 324:10,13 351:11

**1983** 10:7,8

**19:17** 282:21

**19th** 185:5,14

**1:10** 249:3

**1:15** 269:2

**1:16** 269:4

**1:18** 288:17

**1:27** 270:15

**1:55** 193:18 249:21

---

**2**

**2** 35:25 73:5 105:5,9 118:14,16 138:5 183:5 184:7,15 185:13,19 197:12 250:1 251:17 259:23 273:16 355:12 357:1 359:5

**2-** 43:2

**20** 189:25 228:8 330:18 337:14, 17,20 351:22

**20,000-something** 43:2

**20-** 52:12 234:5

**20-some** 52:13

**200** 173:6

**2000** 41:12

**2008** 12:13 44:7

**2009** 17:16 18:15,16,17 44:7 46:18

**2012** 15:12 17:13 18:14 42:14,20, 21 43:2

**2016** 220:17

**2017** 13:21,22 14:9,11,12,16,18 42:10,21

**2018** 41:3,6

**2019** 20:8 118:25 203:18 220:14

**2020** 151:13

**2021** 95:2

**2022** 46:21 57:13,15 58:8,9 69:5 74:15 94:19,22 97:4 105:10 173:24 184:23 185:5 247:16

**2023** 46:8,11,15 47:3 48:1,3 54:2 247:18

**2024** 40:19 41:3,6 53:25 54:2 57:10 70:9 92:18 248:7,21

**2025** 5:8 53:23 92:16 292:5

**20:03** 283:11

**20:20** 225:3

**20:24** 225:3

**20:30** 284:11

**20:33** 224:23 228:9

**20:41** 284:15

**20:42** 323:2

**20:45** 312:9

**20:53** 225:7

**21** 352:17,22

**21:00** 284:24

**21:04** 227:17

**21:08** 227:16,19

**21:38** 233:13,16,17 234:6,10

**21:47** 285:11

**22:01** 235:2 285:20

**22:07** 235:18

**22:17** 286:3

**22:24** 236:12

**22:38** 236:23

**22:42** 285:9

**22:47** 286:20

**22:51** 237:7

**22nd** 235:1

**23** 138:14

**23:13** 237:17

**23:37** 237:21

**24** 105:10 327:5

**24:33** 323:21

**24:40** 323:22

**24th** 121:5,10

**25** 276:12

**25:53** 328:16,22

**25th** 352:23

**26** 305:1 329:8 351:6,11

**26:38** 238:21

**26th** 187:23 190:10

**27** 351:21

**27th** 74:15 78:14

**28** 189:22 190:1,16 307:23 315:23

**29** 330:18

**29:20** 154:1 162:18 167:22

**29:58** 167:25

**2:00** 288:21

**2:28** 197:12

**2:37** 251:19

**2:38** 354:10

**2:41** 79:24

**2:50** 105:13,16

**2:58** 259:23

---

**3**

**3** 72:25 73:9,20,21 79:4,5 118:11, 13,14,21 138:5,7 141:4 152:24 251:20 260:11

**30** 20:22 33:11 335:16

**300-some** 171:13

**306910** 182:25

**30:14** 169:12

**30:30** 170:20

**30:32** 334:7

**30:42** 170:3

**31** 336:20

**33** 228:7

**34** 267:24

**34:26** 172:15

**35** 182:25

**36** 342:7

**37:52** 173:8

**38** 233:15

**39:42** 307:24

**3:10** 273:16,20

**3:15** 273:23

**3:30** 118:12,22

**3:32** 118:17

**3:39** 80:17

**3:48** 202:6,15

**3:49** 246:15

**3:50** 260:2

---

**4**

**4** 76:10 77:21 79:3,6 81:4 152:21 153:8,25 207:12 274:24

**4-point-** 271:13

**4-point-53** 201:5

**40** 73:20

**416** 5:6

**42** 139:21

**43** 336:21 353:25

**45** 33:11 246:17

**46** 138:16

**46:23** 138:11,15

**4:09** 260:11

**4:19** 260:16

**4:25** 207:13 273:25

**4:48** 274:15

**4:53** 201:6

**4:55** 274:18

**4:56** 274:20

---

**5**

**5** 79:16 152:22,23,25 153:14,16, 19 251:20 253:2 276:10 340:2

**50** 355:13

**50B** 99:25 100:15,19 101:4,8 169:10,14,19 171:15 191:14 214:19 215:6,8,11,14 216:3,21 218:5 303:7,10 304:8,11,15 309:6

**50bs** 304:3

**50C** 78:7,10 85:1 98:23 99:21,24 100:14 169:10,14,19 170:4 171:15 191:13 214:20,24 215:6,8, 11,13 216:3,21 218:6 303:7,10, 15,17,19 304:11,15 309:6

**50cs** 304:4,5

**51** 357:1,2

**52** 359:5

**5:17** 251:20

**5:24** 128:20

**5:29** 324:16

**5:30** 81:7

**5:32** 267:21

**5:33** 81:8

**5:40** 81:8

**5:44** 81:8

**5:48** 132:2

**5:50** 252:22

**5:56** 132:1

**5:58** 81:8,22

---

**6**

**6** 79:23 153:18,20,21 161:25 162:8 181:13 187:7 260:25 315:19 339:11 346:24

**6/27** 138:7,25 140:12,24

**6/30** 153:11

**60** 20:22 33:12

**6:01** 210:16

**6:03** 132:20

**6:10** 83:1 210:9

**6:26** 212:16,23 213:8

**6:36** 253:2

**6:39** 258:24 259:9

**6:47** 360:23

**6:51** 274:24

**6:56** 275:2

**6th** 258:15,24 259:9 267:21 271:9

---

**7**

**7** 80:17 181:10,11 187:7 271:12, 16 279:21 293:18,22 311:25 316:2 324:22 340:2 342:3,7

**7-** 213:17

**7/10** 153:24

**7:26** 253:15 254:21

**7:31** 290:21

**7:42** 213:19

**7th** 184:23

---

**8**

**8** 187:8,9 281:3,4 317:14 346:10 349:9

**8/26/2022** 181:24 182:12

**8/31** 183:14

**8/31/2022** 184:9

**8/31/22** 184:3

**8:04** 272:17

**8:07** 213:22

**8:09** 346:10

**8:16** 313:12

**8:30** 324:14,20

**8:34** 292:5

**8:46** 184:5

**8:55** 288:4

**8th** 48:3,18 83:3

---

**9**

**9** 81:6,7 84:4 248:9 347:22 360:20

**9/19/2022** 185:4

**9159754** 182:25

**9:06** 308:11

**9:08** 214:17

**9:12** 261:1

**9:16** 337:21

**9:26** 5:8

**9:29** 262:4

**9:40** 264:7

**9:48** 271:12,16

**9:51** 266:6

*Legal Media Experts*
800-446-1387

**9th** 48:1 272:17

---

## A

**a.m.** 5:8 258:24 259:9 288:4
290:21

**AAG** 250:1

**ability** 8:7,10 100:10

**absolute** 110:22

**absolutely** 132:19,21

**abused** 330:22 332:20 335:10,12

**abusive** 333:4,11,15

**accept** 56:23

**access** 22:15,20,22 117:25
136:13 173:4

**accordance** 5:3

**account** 43:4,5 45:25 52:25 53:3

**accountability** 52:21 198:11

**accountant** 17:3 42:12

**accountant's** 42:12

**accounted** 317:2

**accurate** 198:17

**accusations** 84:14 110:21
135:2,5 150:20 158:15,17

**accused** 101:24 284:19

**accusing** 103:6 111:5 297:24

**acres** 271:14

**act** 203:10 296:20

**acted** 219:11

**actions** 326:13,14

**active** 320:10

**actively** 13:14

**activities** 22:2,9 34:3 48:17
51:14 81:15 151:18,23

**activity** 26:4 85:13 122:12 136:1,
6

**acts** 109:14

**actual** 85:1 111:25 133:15 176:3
210:7 227:18 229:22 230:19

**add** 349:2

**additional** 298:24

**address** 77:9,16,18 139:22

**addressed** 311:20

**administration** 117:14

**administrative** 112:16,20
117:12

**admission** 80:20

**admit** 78:18 140:17,23 170:21
225:18 310:7 350:11

**admitted** 114:24

**admitting** 133:4

**adopted** 9:17

**advantage** 130:9

**advice** 177:15

**affair** 76:2 85:12 89:4,9 93:6
· 102:1,17 111:4 112:13 122:17,21
128:2 129:4,9 130:3 142:14,18
143:25 147:20,22 148:4,18
190:18 199:24 204:21,22 206:9,
13,18 216:23 217:11,17,20
263:11

**affair's** 142:15

**affairs** 122:11 161:11

**affect** 8:9

**affirmative** 7:20

**Afford-a-** 15:25

**Afford-a-bond** 14:24

**afraid** 228:2 300:17,18,21

**agency** 15:4 35:11 88:9 120:23
134:18

**agent** 133:20 150:2

**agents** 23:12

**agree** 8:21 72:2,6 119:14 168:24
225:6 229:17 230:19 348:13

**agreed** 52:19 266:25 298:22

**agreement** 33:11 39:9 224:24
225:4 229:12,16 233:9 235:5
298:18,20

**ahead** 8:15 83:2 105:2 122:8
186:11 303:25 351:2

**air** 68:4,5 137:18 354:4

**alive** 97:19

**allegation** 25:15 101:22 335:17

**allegations** 147:7 151:22 157:10
190:19 331:4 333:3,10 335:1,18,
20 336:14

**alleged** 25:20 305:15

**allegedly** 116:24 151:23

**allowed** 20:18 22:13 88:6 347:6
349:5

**Allyson** 315:6 323:9

**Alten** 296:8

**amazing** 290:5 308:22

**Amazon** 120:25

**American** 248:25 249:11,16,17

**amnesia** 288:9,24 290:12

**amount** 34:9 277:12

**Andrews** 353:19

**Angela** 187:25

**Angie** 84:25 85:3 86:24 87:8,10,
16 88:2,11 91:1,2,11 92:5 96:24,
25 98:15,22,24 99:1,3,14,15,19
100:17 101:15 102:18 103:17,21
106:8 120:4,16 121:8 122:4,18,21
123:2 125:18,25 126:5,9 127:6
128:1 129:4,9,19,20 134:4,6,7
139:4,5,19 140:7,11,15 141:9,18
142:8 143:6 144:5,11 145:5,7,16,
22 147:7,9,10,16,17,19,25
151:18,22 152:4 168:11 169:22,
23,25 172:18,22,23 180:18,19
186:22 188:4 191:12,18 193:17
194:6,15,16 195:24 198:22,25
200:4,25 201:11 202:8,24 206:9,
14,17 210:8,20 216:23 217:1,2
222:9,11 224:18 225:9 229:19
231:9,13,25 232:21 233:4,7
234:15,17 240:22 241:7,19 245:9,
25 261:16 274:3 280:13 290:25
291:5 309:2 317:21,22 318:11,17
319:6 323:11 339:16 345:14,17

**Angie's** 125:24 216:15,24
231:20,21,23 232:20 240:22

**Anita** 116:10,11,16 269:24 270:1,
3,5,6,10,20 307:25

**Annex** 201:25

**answering** 32:6 75:2 165:8

**answers** 274:13

**Antoine** 199:6 200:18 246:6 252:7,8 314:24

**Antoine's** 315:7

**anymore** 62:19 226:23 291:21

**apologize** 89:7 167:8 359:7

**apologized** 50:20

**apology** 167:10

**apparent** 113:9

**appears** 46:1 80:4 183:14

**apply** 321:24

**approached** 208:2 259:18 288:25 289:1

**approaching** 259:25

**Approximately** 11:9

**April** 253:15,18 255:24

**area** 125:6 155:4

**areas** 117:15

**Arianna** 146:25 147:13,15,20,23 148:4 210:2,19,25 222:13 223:1, 14,21,22

**arrest** 29:11

**arrested** 49:19

**arrived** 208:1

**arrogant** 323:3

**article** 255:22 301:16,17,18,23 302:1

**articles** 300:23 301:1,9,13

**ascertain** 84:19 145:24

**Ashley** 63:9,10

**ass** 253:5 310:21

**assault** 28:6 49:23,25 50:2,3 51:1,2,3 111:7,15 112:4 150:16 320:6 321:1,6,7,25 322:10

**assaulted** 111:20 112:2 133:14, 22 149:14 299:12,25

**assaulting** 111:5 133:25 148:15

**assaults** 49:9,11

**assistant** 91:22 95:10

**associate's** 10:22 100:25

**assume** 46:13 117:16 135:14 250:8 252:16,17 262:21 355:2

**assumed** 113:23,25 129:15 130:10 155:9 240:21 266:16,19

**assuming** 114:1 117:11 131:13, 15 220:15

**assumption** 113:23 268:16

**asterisked** 252:12

**asterisks** 288:18

**attach** 230:20

**attacked** 326:8,11

**attacking** 207:11 292:17

**attending** 8:19

**attention** 28:18 46:4 94:16 203:9 206:5

**attorney** 19:19 32:14,18 37:8,18, 19,21,24,25 38:2,23,24 39:5,7,10 41:20 42:6 45:9 65:15,17 110:6, 10 119:17 171:14 225:10 229:19, 20 233:14,19,21 234:9 235:5,7,8, 11,13 236:18 240:22 241:7,20 261:4,9 262:20 266:21,24 267:2 268:11,21,24 275:5 281:15 283:5 298:15 300:3,6 305:23 306:9 310:12,13,17,18,21 311:3,5,6 329:24 340:9,18,19,20 342:22 347:24 348:2,3,22 355:25

**attorney's** 65:19 233:23 310:1

**attorney-client** 110:6 311:18

**attorneys** 22:12 38:13 261:2 311:10,12 340:11

**audible** 39:14

**audio** 76:15,17 88:6 105:9 111:15,16,18,22 120:18 121:17 134:12,14 187:18 228:3,5,15,19, 22 229:2,6,7,10,14,15,21,23,25 230:1,10 231:7

**August** 187:23 190:10 247:18

**author** 301:11

**authored** 301:9,10

**automatically** 53:7,9 56:24 57:1

**autopsy** 35:9 36:11,21 37:4 38:18 39:18

**avoid** 255:11

**aware** 13:24 16:6,9 21:23 39:21 40:6 46:22,24 150:8 151:12 171:1,23 220:20 304:14,19 305:17,20

**B**

**B-R-A-S-W-E-L-L** 69:19

**baby** 331:25 332:1

**back** 13:23 18:24 20:8,11 23:3,12 24:7 29:5,17,19,21,25 30:1 42:9 43:6 44:7 49:6 54:21 57:21 60:4, 20,23,24 61:23 69:2 73:1,8,24 84:18 88:20 93:9 96:23 97:6 98:12 101:14 118:9,14,24 119:18 134:23 138:5 145:21 146:5 152:24 153:24 156:2 161:21,24 162:6,17 170:5,20 175:4 176:10 181:18 185:5 190:5 198:7 202:5 208:18 212:5 226:15 228:9 230:15 231:17,18 237:10 243:4 253:11 256:13,14 265:14 281:14 282:22 284:16 285:9 286:6,7 287:16 288:25 292:1,16 294:3 308:6 311:20 327:16 328:1 329:1, 25 352:8,19 354:12

**backed** 149:23

**background** 9:1

**backing** 328:6

**backtrack** 105:7 133:19

**backtracked** 90:19 103:13

**bad** 26:10 35:14 53:20 61:9 159:11 244:8 280:24 282:3 309:3 340:10

**bail** 12:16,18,19 13:8,9,12,14 14:14,17,18,19 15:24 17:7,14,20 18:14,15,17,22 23:5,6,9,10,19 24:8,10 25:14 26:10 27:8,13,20 28:3,12 30:15 36:7 47:19,22 49:18,20 63:24 64:1,10 65:2

**Baker** 236:18

**ball** 290:12

**banging** 274:21

**banking** 43:4,5

**bankruptcy** 42:9,17,20 44:8

*Legal Media Experts*
800-446-1387

**Barbour** 84:25 85:3 86:24 87:9 88:2,11 91:1,11 92:6 96:24,25 98:15 99:14 100:17 102:18 103:17,22 106:9 121:8 122:18,21 123:2 125:18 126:5,10 129:5,9, 19,20 134:6,7 139:4,5 140:8 141:9,18 142:8 143:6 145:5,7,17, 22 147:25 151:18,22 152:4 169:22,23,25 172:19,22,23 180:18,19 186:22 187:25 188:4 191:18 194:15,17 198:23,25 200:4,25 202:8 206:9,14,18 210:20 216:23 217:2 224:18 246:1 261:17 279:13,22 280:14 281:6,9 282:22,23 283:12 284:17 286:9 287:18 288:8,23 289:22 290:6,11 291:1,6 309:2 317:21,22 318:11,18 319:6 323:11 324:24 339:16 345:14,17

**Barbour's** 122:4 147:7,10 289:7

**barely** 111:23

**base** 112:3

**based** 106:5,24 112:5,9 121:7 131:10 137:7 161:4 166:10 191:18 205:5 210:20 222:21 225:5 229:16 279:10 280:20 295:11 334:16 356:20

**basically** 162:24 166:4 170:11 175:11 191:22 200:16 214:25 270:17 281:12 286:21

**basis** 108:17,25 111:9 133:8 154:5,11 304:11 326:3,4 328:1

**Bateman** 6:8 8:23,24 19:6,8,14, 15 24:25 25:3 40:1,3 45:14 60:19 61:22 72:19,21 76:11,14 79:10, 12,15 84:11,12 105:2,7 114:15 118:15,19 131:12 132:10,11 150:24 152:20,23 153:2,8,10,13, 17,20,23 161:24 162:3,6,8,17 179:7 181:9 187:11 189:10,13,16, 21,22 209:11 210:11,13 212:11, 14,15 226:3,7,9,11,15,19,20,24 227:4,12,13 228:8,12 230:3,14 243:12 246:14,18,21 248:8,11,13, 20 257:16,20 259:3,7 265:2,10,15 267:12,16,20 272:3,7,16 278:10, 11 287:22 288:1 290:20 291:24 292:4 297:12,13 302:21 308:6,10 312:21 313:4,9 324:6,12 337:19 351:3 352:19,21 358:12 360:4,7,8

**bawling** 344:21 345:8 350:12

**beating** 148:5 351:8

**Beats** 293:14

**beef** 316:11,13,23 319:16,17

**beginning** 5:8 81:7 94:18 122:19 176:24 199:1 204:6 268:12 280:24 294:9

**behalf** 87:20 219:11

**behavior** 320:7 326:16

**behold** 27:12

**belief** 55:15 108:18 109:1 111:9 112:3 118:6 137:11 180:6

**beliefs** 137:8

**believed** 99:18 131:17 135:8 141:6,11,24 219:18 328:14 336:4 344:19

**believing** 133:8

**bell** 20:8

**benefit** 157:14

**benefiting** 157:12

**Bennett** 89:19,20,21,23,25 90:16,23 91:5,6,11,13,14,16 92:1, 3,4 95:20,21,25 96:6,15,18,19 106:9 113:8,11 116:9 117:1,24 120:5 141:18 154:4,9,15 155:12, 13,15,20,21,23,25 156:2,6,10,15, 19,21,23,24 157:16 158:1,6,16, 18,21,23 159:1 160:8 162:18 163:4,5,8,13,16,22,25 164:2,3,16, 24,25 165:2 167:9,12,22 175:6,8 176:4,10 177:21,22 178:1,15 179:21 180:2 191:19,20 219:9,10, 11,24 220:2,6,13 221:12,19,21 232:13 292:19,20 294:3 301:12, 13,21,23 302:2 306:22 307:6

**Benson** 28:7

**Berube** 56:5 62:24

**bet** 161:17 244:12

**big** 32:15 67:10 80:7 94:4,7 122:23 167:18 257:24 261:9 299:13 336:13

**biggest** 316:11,13,15

**bill** 41:17,18 70:15,16,21,23

**bit** 19:3 58:24 199:13 212:5 291:14

**bits** 191:7 192:22 306:20

**Biz** 170:12 323:5

**Bizzell** 56:6 57:22 61:24 134:22 135:18 136:19

**black** 110:11 285:14

**blackmail** 107:14 162:25 170:9 279:22 287:8

**blackmailed** 281:9,12,15 290:7

**blackmailing** 284:20 285:15

**blah** 283:20,21

**Blaine** 116:13

**Blake** 56:6 61:24

**blaming** 316:17

**Bland** 116:10,12,14,15 269:24 270:1,3,5,6,10,21 307:25

**block** 232:24

**blog** 312:4

**blogger/podcaster** 59:6

**blogs** 59:7,8,11

**blue** 238:11 357:9,16,17,20,21,23

**Bo** 58:22 93:11 94:7,10,11,13 95:6 205:14,15,18

**board** 83:5,9,15,20 103:12 105:19,22,24 107:18,22 108:18 110:7,9,13 113:3 130:8 135:3,5 154:15 157:9 158:5 167:5 175:14, 17 178:7,11 220:17,23 221:2,3,8, 9 250:14 251:21,22 252:24 295:24,25 296:3,8 302:2,6 352:24 353:4,23 354:13 356:17

**boards** 109:11 252:10

**Bob** 19:18 38:25

**body** 31:24 39:4

**bogus** 268:2

**bond** 14:17 16:1 28:3,22 29:4 30:15 49:18,20 315:6 323:9

**bonded** 24:3

**bonding** 12:16,18,19 13:8,9,14 14:14,18,20 17:20 18:22 23:5,6,9, 10,20 24:8,10 26:10 27:20 36:7 47:19,22 64:10

**bonds** 13:12,20,22 15:24 24:24

25:6,7,14,24 27:2,13 28:12 65:13

**bondsman** 17:7,14 18:14,15,17 27:8,11 63:24 64:1 65:2

**bondsmen** 27:16

**book** 27:8,10 28:16

**booking** 346:19 347:1

**books** 27:16 36:4

**boom** 125:7

**born** 9:1

**borrow** 84:8

**boss** 253:21

**bosses** 349:23

**bother** 76:3

**bottom** 214:17 222:23 256:15 268:5 285:11 303:23

**bought** 125:20 126:6 127:6 187:24 278:20

**boxed** 186:6

**boxes** 75:12

**boy** 33:24 50:17 105:24 106:6,14, 19 110:20 288:7

**boy's** 31:24 116:21

**Boyette's** 312:5

**boyfriend** 101:7

**Braswell** 58:2 69:14,17,19 70:17

**breach** 190:24

**breadwinner** 18:8

**break** 7:7 8:18 60:17 61:21 105:3,4 141:6 162:5 187:6 230:15 246:17,19,20 247:10 267:13 313:3 354:4

**breaking** 81:20

**breaks** 8:19

**bribe** 291:6

**briefed** 128:18

**briefly** 97:12

**bring** 52:8 156:2 244:2 335:17 356:4

**bringing** 275:8

**broad** 292:24

**broadcast** 51:22 52:3,4,25 67:7 68:14 71:5,8 73:6 74:15,16 76:5,8 78:1,14,18 80:11 94:19 97:11 138:8 141:8 143:2 172:17 219:15 248:21 254:22 260:22 262:11 271:6 279:10 281:8,19,20 282:17 283:9 284:22 285:2,6,18 286:1,12 288:3 290:21,23 291:3,11 292:8, 25 293:2,11 294:8,21 299:1,21 302:14 303:8,12 306:12 319:11 324:13 327:12,15 336:3,8,20 337:21 338:21 339:22 341:17 350:1 351:22 357:24 359:3,6,14

**broadcasting** 56:15 58:14 319:10

**broadcasts** 136:22,25 141:13 246:22 248:6 258:16 291:13

**broke** 82:22 293:4

**brother** 31:13,17 32:22

**brought** 28:17 104:20 169:23 229:3

**BS** 196:17

**buddy** 56:5 62:24 196:11

**Buffalo** 9:2

**bug** 168:3

**build** 343:9

**builder** 63:11

**building** 26:13,15,16,18 139:24 230:2

**bull** 292:16

**bullshit** 225:12

**bunch** 48:25 49:13,14 110:21 268:2,8,11,14,19,22 288:18

**burden** 334:10,17

**Burgett** 338:18,23,24,25

**burner** 304:24

**burnt** 31:11

**bus** 110:2

**business** 11:12,19 12:1,2,6,15, 23,24 13:8,10 14:15,16,17,18 15:11 26:8,9 27:6,17,18,21 28:15, 17 30:16 41:14 49:20 51:10,13 139:25 300:14

**businesses** 13:4 15:14 27:20

**bust** 349:21

**busy** 20:1 32:4 204:3

**button** 56:18

**buy** 103:24,25 196:3

**C**

**C-A-A-G** 198:8,9

**C-A-G** 198:8

**CAAG** 52:9,11,18,20 58:3 93:9 139:11 140:16 199:5 200:16 254:6 257:23 261:13,16 264:9 340:13,15,16 341:15

**CAAG's** 345:21

**CAG** 198:7

**cahoots** 200:12,13

**call** 27:8,11 41:20 48:15 51:13,14 60:24 101:21 102:5,24 103:11 106:5,7,18 126:9 163:11 188:8 193:23 196:5,8,16 197:6 204:14, 18 229:20 232:2 238:24 288:7 298:7 308:17 330:13 349:23 350:5,13,15

**called** 13:6 14:23 15:3 42:5 53:12 68:8 98:21 99:3 102:2,8,11,21,22 104:6,8,12 127:21 134:11 146:19 152:15 193:20 196:7,10 204:12, 15,16,17 208:6 249:15 289:18 330:25 350:15

**calling** 101:24 103:14 157:13 350:4

**calls** 285:5 298:10 330:9

**calm** 343:18,19 347:5 348:4

**cameras** 132:17

**campaign** 130:23 137:16 286:5, 8

**campaigning** 94:7,9 201:16

**campaigns** 252:9 339:2

**Candace** 331:3 333:2,7,9,16,17, 19 334:25 335:9

**candidate** 137:1

**candidates** 94:12 205:16

**Captain** 185:20,24

**caption** 144:9

**car** 85:13 122:4 127:9 128:10 129:25 130:1 145:3

**card** 251:23 278:3,5,16,17

**care** 17:20 117:7 122:10 136:24 172:6,9,10 196:17 204:5,19,20 231:15 245:8 286:25 289:19 320:9 343:5

**cared** 137:3 231:14

**career** 155:10,11 219:6 287:4 291:8 316:16,17

**careful** 24:15

**Carolina** 5:3,6,7 9:4,13,19 10:4,5 32:25 36:22 37:14 44:4,13,14,22 109:3,9

**Carolyn** 111:4,19 112:4,13,14,24 113:13,16,24 117:11,20,24 118:4, 7 133:21,24 149:14,21 151:8 297:20,24 298:5,8,13 299:1,11,24 300:11 302:22 315:5 336:4,9

**carried** 89:17 167:19

**Carroll** 221:1,2,4,5 253:3

**carry** 322:6,7

**cars** 60:18,19

**Cary** 11:22

**Casanave** 115:12,16,17

**case** 27:19 34:15 36:1 37:23 38:5,19 39:19,20 50:13 107:9 109:9 131:22 157:3 173:5 182:22 242:14 245:21 257:4 268:5 278:21 279:22 288:9 290:12 292:11 303:2 306:15 312:12 321:3 323:19 339:20 343:7

**cases** 38:10,13,14,15 134:11,13

**Cassette** 193:22

**catch** 7:20

**caught** 90:16 133:18 320:23

**caused** 88:23 89:11

**CD** 38:20,21 193:20,21,23,24 194:1,7,14,18,25 195:2,4,12 197:6

**Cecelia** 279:17 280:21 318:3 319:9 338:17

**Cecilia** 269:11,15 270:20 310:5

**cell** 125:17 194:14,16 195:21 238:3 289:10 297:11 327:23

**censure** 178:13

**center** 25:6

**certification** 18:20

**certified** 73:15 74:4 81:2,5 106:4 140:25 154:8 168:19 217:7

**chain** 125:21 181:23 182:2 183:12 238:4

**chance** 127:17 227:10 294:4

**chances** 136:23

**change** 20:10 316:3

**changed** 122:12 146:9 156:22

**changing** 165:15

**character** 319:23

**charge** 28:6,22 49:23 50:21 186:19 285:21 322:8,10

**charged** 30:8 48:22,25 49:9 50:5,6 171:20 284:19

**charges** 49:2,4,12 171:14,16

**Charles** 5:4

**Charlotte** 41:20

**cheat** 99:8 196:19

**cheated** 316:4,5,7

**cheating** 49:24 196:12,14 320:21

**check** 13:23 331:7,8,16

**cheese** 349:15 352:2

**cherish** 315:12

**chicken** 31:11

**chief** 28:7 124:2,8 242:20 243:24

**child** 33:6 70:2

**children** 10:1,2 53:2 335:9

**Chill** 311:21

**chime** 19:2

**choice** 244:16

**Chris** 24:1 28:3 29:16 63:23 148:21,22 312:18

**Christian** 315:11

**Christine** 58:21 59:3,5 66:9,11 92:10,11,13 93:5,12,23 94:5,20 106:16 197:15 201:10 269:11,14 270:8,20 279:17 280:21 312:4 318:3 338:14,15

**Christine's** 93:25

**circle** 114:3,4,16,19,22 115:3,7 116:12 204:15,16,17 339:3

**Citizens** 52:21

**civil** 5:4 22:12 32:1 214:25 261:2 310:11,13,17,18,20 311:3,5,6,10, 12 316:19 339:19,20 340:11,20 347:23 348:2,3

**civilly** 30:3,25

**claimed** 84:16,18 294:19,22

**claims** 82:15 84:16 343:8

**Clair** 278:13

**clarification** 44:5 61:18 124:1 302:20 347:13

**clarify** 107:4 216:2

**classes** 20:18

**Clayton** 9:22,23 10:3,6,11,14,16 11:18 13:2 90:9,10 154:14,19 155:4 156:21 157:1 163:22,23 167:8 218:12,19 219:22 221:13 280:1,10 297:15 305:14,15,22 306:6 307:15 329:20 346:13

**clear** 16:7 189:19 227:2 254:15 255:13,15 279:23 297:19 326:6, 11 339:17 342:19

**cleared** 27:24 28:7 171:2

**clerk** 276:17

**clerk's** 28:25 29:2,6

**Cleveland** 90:6,11 154:14,17,21, 22,23 155:6 157:4 218:18,21,22 219:4 221:13

**click** 56:18,22

**clicked** 54:16

**client's** 289:24

**clients** 28:10

**clip** 230:10

**close** 54:12 164:18 166:8,10 239:4

**closed** 27:19 74:5 108:18 109:11,13,20,24 110:5,9 165:5 294:16,18 353:15 354:12 357:11 358:25

**closed-session** 109:23 110:13 354:14,15

**cloud** 35:17

**coach** 90:6,9,11,22 116:7 154:18,19,24 155:6 157:2,4 163:22,23 164:17 165:3,14 166:4, 23 167:2,6,8 218:13,21,23 219:4, 8 307:15

**code** 183:3

**codes** 293:6

**coerce** 291:7

**coffee** 208:12

**collaborate** 52:18

**collaborated** 52:7 58:13,16

**collaborating** 58:6

**collaboration** 51:24

**colleagues** 134:8

**collect** 43:16 87:18 160:5

**collected** 44:19

**collecting** 28:15

**college** 10:21 98:11

**color** 182:20

**comingled** 160:25

**command** 125:21

**comment** 74:6,21 75:3 79:17 80:1,8,10,12,13,14,22,24 106:8 118:19 120:3 132:15 139:14 154:9 167:7 178:15 179:24 192:15 295:18,22 299:18 341:25 343:16

**comments** 78:2 80:4 82:1,3,5,7, 13 106:11 119:7,12,13,15 133:13 140:4 257:25 343:14 357:9,13

**commercial** 137:23

**commercials** 137:15

**commissioner** 57:23,24 69:21, 22,23 70:1,24

**commissioners** 70:12

**commit** 99:21 107:13

**committed** 78:19 99:23 109:5 325:13

**committing** 100:5

**common** 273:4

**communicating** 304:5

**communication** 100:15 110:13 215:13

**communications** 143:7 284:18

**community** 10:21 96:11 156:1

**companies** 14:25 53:10

**company** 14:19,21,23 28:4 40:23 53:10 129:16

**complain** 23:2

**complaint** 24:4 28:21,22 33:8,14 34:1 65:13,14 332:1

**complaints** 22:23 23:18 24:6 26:21,22 30:12,16,18,19,20 32:23 64:19,23 65:9,11 305:14

**complete** 7:24 198:14 215:23

**completely** 160:19 171:2

**complicated** 90:5

**Complies** 272:10

**compounded** 302:23

**computer** 117:25 128:10 129:17, 23 130:18,21 131:1 171:21,22,25 189:15

**concede** 118:5

**conceding** 118:2

**concerned** 179:8

**concluded** 71:25 360:23

**conclusion** 218:2 329:25

**conclusions** 218:8

**conduct** 164:6 171:3

**conducted** 34:2 151:19

**confident** 121:11 170:16

**confidential** 295:15 296:4

**confirmed** 147:10 203:7

**confirming** 147:8

**confronted** 285:13

**confused** 77:1 216:4,5

**confusing** 223:18

**confusion** 288:9

**Congress** 94:13 206:1,2

**conjured** 26:25

**connected** 97:1,2 199:5 200:17

**conservative** 315:11

**conspiracy** 67:11 205:4

**construction** 11:7,8,10 139:25

**contact** 100:15 146:3,4,10 211:7 214:25

**contacted** 103:9 211:16 214:13 223:14

**container** 352:2

**content** 67:2,5

**contention** 127:25

**contents** 67:6

**context** 39:1 234:22,24 254:1 255:18 271:19 281:17 294:1

**continuance** 48:6

**continuation** 235:18

**continue** 19:21,22 20:14 164:13 257:23 290:25

**continued** 20:11 47:25 143:2

**continuing** 18:23 20:14

**continuously** 18:13,16

**contrary** 331:21

**conversation** 7:14 112:5 113:8 147:16 156:12,15,16 202:8,13,24 203:3 206:16 213:3,7,15 214:1 217:9,10 239:1 332:6

**conversations** 113:9 157:17 165:1 173:25 174:2,3,10,13,25 276:7 285:4 287:12 353:9,12,13

**converse** 115:12

**conversing** 57:21

**convicted** 49:21,22 50:7 70:2 319:25 320:4 321:1,14,21,23 329:3,6 338:2,4

**conviction** 50:24

**convictions** 49:3

**cooking** 197:24

**copies** 300:25

**copy** 21:22 35:3 45:21,24 73:15
75:12 76:23 78:7 81:3 103:3,6
126:4 138:6 143:16,17,18 144:6,
8,9,11,13 169:20,24 172:3,4,16,
19 176:13,16 178:2,6,7,8,11,17
181:4 186:22 187:3,18 188:3,15,
17,19 189:4,8 194:17 195:2,4
197:7 198:14 216:21 217:2,5,15,
22 218:5 220:12 225:6,9 227:22
228:22 229:18,19 230:8 231:9,10,
12 232:5 234:16,17,21 235:5,7,19
236:15,24 276:14 277:7 278:12,
15,16 298:6,9,12 302:1 306:14
360:10,16

**copyright** 273:11

**corner** 149:24

**coroner's** 36:23

**corporation** 16:3

**corporations** 15:23 16:5,8,11

**correct** 25:18 26:23 27:25 44:24
48:9 53:16 64:17,20,21,24,25
66:6 78:3,12,17 81:3,5 87:7 91:15
94:6,20,21 121:6,10 123:10
124:15,17 130:19 138:25 140:2
141:9,15,20,25 142:5 143:4
145:10,13,25 148:8 150:24
158:12 168:14,17 173:16 175:17,
18 178:21 179:8,9 182:21 183:15,
25 184:1,3,4,5,13,14,16,17,21,23
185:2,3,8,17,22 188:3,4 189:23
190:7 195:15 203:1 204:17
205:14 206:10,13,18 211:1
212:21 214:7 215:6 220:17
221:20 224:15 253:16 256:2,5
258:16 273:21 277:5,23 278:14
279:3,12,19 280:7 329:1 332:16,
22 335:21 338:7,12 348:14

**correctly** 116:5

**corrupt** 81:15,21 82:22

**corrupted** 126:3

**corruption** 81:12

**cost** 32:2 276:20,23

**cottage** 349:14 352:2

**could've** 150:4 203:21 296:16
319:2

**country** 163:14

**county** 14:24 16:1 31:8 54:16
65:17,19 69:22,23,24 70:11,24
95:11 112:20 119:2 155:2 170:10
220:22 249:24 315:14

**couple** 81:23 239:14

**court** 5:4 6:17,19 7:2,15 19:2,5,7
22:14 23:14,15 28:19 39:12 50:21
73:2,12 78:24 100:3,8 112:12
114:11,13 123:7 132:7 153:9
157:21 179:2,5 190:14 194:21
209:10 212:10,12 226:13,17
228:10,13,17,24 229:8 230:5,11
243:10 244:20 245:4 246:16
248:10,12,14 257:14,18 265:6,11,
13 268:1 271:5,8 272:10 276:18,
19 277:14,24 278:2 285:23 294:4
306:17 307:3 317:13,24,25 318:2,
6 321:4,5 324:4 326:9 338:7
350:22,25 358:9 360:6,9,15

**courthouse** 345:3,6

**courtroom** 260:18 268:21 269:9,
21 279:6,15,16 280:5,7 282:14
310:22 337:2 338:8 349:11,19,23
350:12

**courts** 50:20 109:7 123:6

**COVID** 20:16

**CPA** 43:18

**crap** 252:23 292:17 313:21
345:21

**create** 57:2

**created** 11:12 12:2

**credentials** 88:10 134:19

**credible** 61:11 284:8

**credit** 40:9,11 242:4

**credits** 68:7

**crime** 88:7 149:17 319:25 320:5

**crimes** 325:13

**criminal** 22:12 28:5 37:3 49:12
81:11 106:25 107:9 122:11,24
123:3 129:5,10 131:22 136:1,6
137:13 171:16 242:15 243:1
257:4 258:4 275:23 313:23,25
322:25 334:10,18

**criminally** 30:8 48:21 49:21

**criminology** 10:23 101:1

**criticism** 165:21,24

**cross** 309:2

**cry** 345:5

**crying** 29:8 344:21 345:3,6
349:21 351:9

**cussed** 29:5

**custody** 181:23 182:3 183:12
238:5

**customer** 102:25

**cut-off** 82:11

---

## D

**D-I-C-K-I-E** 69:15

**DA** 336:10

**DA's** 149:21

**dad** 62:19

**dadgum** 264:6

**Dag** 91:18

**Dale** 52:13 139:11,12 140:1,2
198:11 199:6 200:17 246:7
257:22

**Dale's** 204:16

**dammit** 91:18

**damn** 54:1 281:22 310:20 335:25

**damned** 304:23

**Dang** 165:11 281:4

**Daniel** 131:8

**Daniels** 24:1 28:13 65:1 148:23

**Danny** 131:6

**darn** 351:24 352:1

**Darrell** 246:8

**data** 183:6 184:15

**databases** 22:15,19

**date** 21:8 46:7,24 47:12,14,15,16,
24 53:20 60:13 90:3 92:7,15 95:4,
6 96:20 97:5,7,9 141:3 156:4
159:4,9 174:23 181:21 182:12
190:9 203:19 206:8 213:20

214:14 248:22 258:25 259:16
267:22 272:18 288:5 290:22
292:6 308:13 313:11,13 319:11
324:15 337:23,24 338:3

**dated** 121:5 138:25 153:11
215:14

**dates** 20:10 46:3 53:20 57:7 61:5,
12 94:22 159:17 161:19 190:11
205:23 213:16 220:18 280:23,25

**dating** 263:10

**Dave** 57:2 60:8,9 232:25

**Davenport** 71:2 115:4,9

**David** 5:1 6:4 46:5 56:22 96:14
111:21 172:3 182:10 183:11
185:2 238:24 339:18

**dawn** 24:1 28:13 148:23 346:16

**day** 5:7 53:19 104:24 163:8
187:23 188:2 204:24 259:12
268:1 271:5 279:7 291:11 294:21
298:20 303:8,9 338:1

**days** 20:22 33:11,12 34:9,11
98:12 260:12 359:12

**dazed** 39:16

**dead** 58:1 186:25 234:17 356:25

**deal** 28:21 32:15 60:18,19 67:11
80:7 89:19,24 99:17 101:10
120:17 125:23 137:7 155:22
186:12 188:2 227:21 232:4
282:11 309:14,18,22 310:6,8

**dealings** 41:8

**dealt** 356:16

**dear** 249:22

**death** 55:6

**decide** 267:4 287:19

**decided** 166:5 300:15 354:3

**decides** 38:2

**deed** 45:6,10

**deeds** 85:18

**deep** 289:17

**defamation** 263:9

**defamatory** 262:25 263:14
343:4,15

**defendant** 32:19 134:11

**defendant's** 242:15

**defense** 275:5 281:13,15 283:5
289:23 290:13 294:10

**Define** 251:7

**defined** 81:16

**definition** 81:12 120:3

**degree** 100:25

**degrees** 10:22

**deleted** 126:3 242:9

**delivering** 155:17

**demanding** 231:6

**denied** 333:3,10 357:8

**Denise** 278:13

**Denning** 19:18 38:25

**deny** 76:7 77:11,25 80:10 221:6
225:13 259:11 342:15,17

**denying** 133:3 259:15 341:21

**department** 36:2,5,8,23 44:13,
23 62:4 63:2,6,13,18 65:15 71:10,
12,22 72:9 86:1 101:20 124:4,16,
18 125:12 131:1 133:24 134:9,13
138:19 139:3 140:19 181:20
187:16 190:4 191:2 194:8 195:18
217:23 254:2 296:24 305:22
306:4,7 325:10 329:20

**department's** 171:17 304:15

**departmental** 190:20

**depends** 68:23 148:12 247:9
320:2

**deposition** 5:1 6:11,15 8:12
72:13,22 230:20 247:7 352:10
360:22

**Deputy** 303:16

**describe** 208:24 252:13 345:8

**deserving** 320:1

**design** 351:25

**desire** 52:4 353:22

**desk** 102:25 103:1

**destroy** 149:9

**detail** 199:13,19

**details** 63:20 85:14,15 91:5
99:12

**detained** 25:17

**detective** 73:25 74:4,19 75:20
85:25 86:3,25 123:19 124:3

**detectives** 304:10

**detention** 25:5

**determine** 298:5

**determined** 142:4

**Devan** 246:1 279:13,22 280:13
281:6,9 282:22,23 283:12 284:17
286:9,21 287:18 288:8,23,24
289:7,21 290:6,11 324:24

**Devan's** 325:3 346:15

**devastated** 186:24

**device** 120:18

**devices** 88:4

**Dickerhoff** 236:19

**Dickie** 69:14,15 70:17

**die** 53:18 320:14,16,17

**died** 53:16 54:23 58:1 60:11,22
125:24 143:4 247:4

**diehard** 222:16,18 223:15

**difference** 108:5 216:2

**difficult** 20:17

**digging** 96:9 192:12 207:10
327:3

**digress** 161:21

**direct** 6:8 46:4 191:15

**directly** 139:12 141:23 172:24
218:25 280:19 333:8

**dirt** 113:5 280:13

**dirty** 30:16 113:10 209:9

**disagree** 190:13

**disc** 193:22

**disclose** 221:24

**disclosed** 221:25

**disclosures** 176:25

**discontinued** 167:1

discovered 131:1

discovery 37:11,12 74:13 76:16,
23 77:5,9 86:12,16 105:10 131:5,
8,10 159:21,23 160:12 161:2,5
171:8 176:14,18,20 177:6,11
180:16 187:19 188:23 195:7
223:6 346:9

discredit 295:1

Discrimination 109:18

discuss 62:3 73:8 115:10 230:16
271:12

discussed 91:25 110:5 151:17,
21 162:19 178:24 179:6,8 205:1,
13 206:21 231:19 285:21 296:4

discussing 95:20 154:6 198:5
206:14,20 217:8 309:10 352:15

discussion 25:2 40:2 69:13
76:13 105:1 134:22 228:14,21
229:1 230:7,13 248:17 272:13
324:9 337:16 352:16 358:11
360:14

discussions 152:3 294:17

disgruntled 63:3

disguise 189:4

dismiss 32:13

dismissed 33:15

displayed 285:23

disseminated 74:16 158:12

dissolve 15:15 16:17 17:3

dissolved 15:18 17:5

district 65:15,17,19 171:14 206:4
310:1

districted 175:21

DNA 28:12

doc 152:10

document 45:15,19 74:12 77:24
116:17,20 152:14 153:3,5,9
181:14 187:8,12 259:7 267:8
272:4

documents 37:7 107:21,23
152:12 179:20

DOI 30:19

dollars 31:19 32:6 41:19 42:15

43:2 218:16

domestic 101:10

Donovan 199:7 200:18 246:7
309:17 310:7 338:12

Donovan's 309:10

door 229:4 298:11

doors 109:20

double-check 84:22

download 104:3,4,16 127:15
225:8,16,20 229:18 230:24

downloaded 233:11

downloads 127:14

downstairs 351:8,13,14

Doyle 151:13 242:21,23

dozen 159:20 180:13,14

dragging 193:4,13

drank 97:22,24

drawer 104:18

dress 238:11 351:24 357:10,16,
18,20,21,23

drill 323:5

drink 97:23 98:1,2

drive 35:25

driving 28:6,22

drop 32:14

dropped 31:4 157:23

drug 134:10,13

drugs 97:21 98:13

DSS 330:25

dude 192:9 287:3

dude's 52:15

due 28:11

duly 6:5

dumb 323:3 326:12

dumpster 11:12 12:1,2,23

duplicate 145:18

dust 306:13

duty 85:12 175:16 190:19

## E

E-N-V-I-S-T-A 183:22

ear 168:4

earlier 95:16 148:6 176:19 190:3
197:14 212:20 215:21 255:25
262:8 320:25 322:16 329:23
340:13 357:15

earned 51:6

easily 165:22

eat 319:20

eavesdropping 204:9

ecourts 173:1,4

Eddie 91:18,19,20,21,23,25 92:2
95:9 96:13,14 106:9 113:8,11
120:6 156:16

education 10:18,24 18:23 19:21,
23 20:15 83:9,16,20 105:20,22,24
334:17 352:24 354:13

Edward 312:4

effect 208:14 261:7 280:23

elect- 35:1

elected 118:25 130:23

election 59:17,18,19 94:24 95:1
136:23 203:14 205:19 220:21
221:8,9,10 249:22 250:10,12
264:9,16,21 317:4

elections 52:10

electronic 35:2,4

electronically 34:25

elementary 10:10

Ellis's 119:18

else's 216:16

email 77:8,9,11,16,18 103:4
133:11 357:16,25

emails 77:12 171:21 357:19,21,
22

embarrassed 29:7

emotions 282:11

employee 63:3 111:15 133:22

employees 13:16,25 14:5,8 15:8

16:23 261:2 268:17

**employment** 109:25

**encounter** 101:5

**end** 40:18 46:21 81:23 312:14
333:24 354:2

**ended** 354:3

**enforce** 175:16

**enforced** 175:17

**enforcement** 32:8 35:11 36:10
88:9 104:3,5 119:21 120:22
173:12 330:5

**engage** 48:17

**engaged** 302:7,10 326:17

**enhance** 136:23

**enjoy** 314:3,8

**enjoyed** 314:14

**enter** 275:3

**entire** 235:24

**entry** 39:3

**Envista** 183:17,21

**episode** 308:1

**equipment** 87:23,24 128:5
133:24 190:21

**escalating** 41:18

**escorting** 190:5

**estimate** 9:6

**ethical** 136:1 137:13

**ethics** 108:9

**euphemism** 253:5

**evening** 201:21

**event** 49:20 153:25

**eventually** 166:12

**everybody's** 165:20 316:20

**evidence** 22:13,14 109:7 121:22
126:13,18 147:7 156:11 162:19
177:8,9,13 194:13 231:11 232:11,
14,16 243:3 289:25 311:17
328:17 329:15 330:4,7 331:21
335:8,11 336:12 341:18 342:21
343:4,12 344:6 345:22

**ex-** 50:13

**exact** 21:8 56:10 63:20 70:3
82:15,16 90:14,20 91:23 95:12
125:13 126:22 139:22 144:22
174:23 193:11 240:4 260:24

**EXAMINATION** 6:8

**examined** 6:6

**examiner** 309:3

**examples** 107:3 110:17 113:18,
21

**exciting** 313:19 354:18,21 355:8

**excuse** 54:19 295:4 308:10
317:9 331:17 337:7

**exhibit** 45:12,15 72:24,25 73:9,
16,19,20 74:11 79:3,4,6 81:3,4
105:5,9 118:11,16 138:4,5,7
141:4 152:21,25 153:10,21
161:25 162:8 181:10,11 185:18
187:7,8,9 230:17,19 248:9,18
259:4,5 267:17,18 272:4,8,14
287:24 288:2 290:17,18 291:25
292:2 293:20 308:7,8 312:24
313:5,7 323:8 324:10,12 327:9
337:14,17,20 352:17,22 360:20

**exhibits** 360:11

**exit** 39:4

**exonerated** 167:6

**expect** 99:20

**expiration** 47:16

**expired** 46:21

**explain** 213:23 255:1,4,14
260:15 274:11 291:14,17 355:14

**explained** 137:5 217:13 294:23
321:2

**explaining** 217:12 218:1

**explains** 295:3,4

**explanation** 295:2

**explicit** 145:12

**explicities** 144:4

**expose** 135:24,25 136:6,19

**exposed** 119:1

**exposing** 134:22 135:8,17

**expressions** 281:22

**extension** 43:1,17,18

**external** 35:6,25

**extortion** 107:14

**extra** 18:24 357:11

**extracted** 188:11

**extraction** 181:1,5 183:6 184:16
185:14,19 186:22 187:4 188:3,15,
17,19 226:10 227:9,10

**extremely** 240:7

**eye** 132:5,12 137:14

**eyes** 312:3,12 343:22 344:21
345:9 349:24 350:12

---

**F**

**F2lyl0sgkxlj** 182:22

**fabricate** 299:24

**fabricated** 102:6 325:25 326:5

**fabrication** 332:7

**face** 45:22 343:4

**Facebook** 52:25 53:1,5 56:23
59:10,11 94:19 144:21 146:8
172:18 192:2 211:14,15 219:15
224:10 232:24,25 246:22 248:6,
21 288:3 334:21 335:1 352:23

**facial** 281:21

**fact** 19:25 45:9 96:13 145:24
149:19 255:22 314:23 316:3
330:3 340:22 344:19

**facts** 97:17 328:6

**factual** 326:4 328:1 344:18

**FAFO** 208:25 209:1

**fail** 276:24

**failed** 23:13 41:14,15

**failure** 55:7

**fair** 57:9 79:1 161:13

**Faith** 39:21

**fall** 203:18 305:8

**false** 84:14,16 136:12 158:15
192:18

falsified 157:2 164:8

families 38:14

family 31:12,13,14,15,18 32:2,
20,21 33:5 35:11 38:9,10 119:17
142:14 300:14

familyhood 149:10

fan 192:9 222:16,18 223:11,15

farce 89:20 95:24

farm 31:14

fast 24:7 132:8 222:6

faster 189:20

fault 212:9 316:20

favor 89:15

fear 333:18

fed 163:24

federal 88:7 120:21 121:1 299:2

fee 20:13

feed 56:23 167:21 312:6

feedback 80:2

feeding 56:21 95:24 96:3,5

feeds 56:19

feel 112:9 120:11 156:23 163:16
217:16 255:7 315:9

feels 106:25

fellow 257:22 258:1

felon 258:1 319:21 321:14,21

felonies 52:13

felony 321:23,25

felt 218:14 219:19 261:10

female 50:1,3 51:1,2 60:1
143:11,24 144:24 145:2,5,8,15,21
146:3 201:24 207:21 210:2
264:12 265:23 303:14,18 321:1,7,
25 322:10 344:25 349:2

females 144:16 224:2

fence 154:13

FERPA 90:24 113:23 116:3,17,
19 117:23 179:11,19,22 297:2,7,
14,25 298:6,9,13

Festival 54:19,20

fight 29:23 248:25 321:3

figure 21:3,4 41:21 42:20 52:14
88:14 108:8 137:10 157:24 158:2,
3,5 192:25 197:3 199:8 205:22
212:20 316:25 343:11 347:21

figuring 32:13

file 19:23 24:5 35:7,12 41:1,14,15
43:16 44:19 99:21,24,25 100:19
101:4 105:9 130:24 171:14
213:24 268:2,11,22 306:15

filed 22:23 26:20 30:12 40:19
41:15 42:9,23 43:1,17,23 44:4,14,
23 45:4 99:5,19 103:15 169:7
196:25 214:2,5,13 268:8,14,20
305:14 330:2

files 35:21 40:23 76:19 126:2

fill 100:3,8 101:7 304:11,15

filled 78:7 91:5

final 131:21

finally 30:20

finance 26:17 58:4

find 32:22 33:6 73:7 81:9,12
149:5 163:6 164:17 170:6 209:2
273:3 313:23,25 330:5

finding 31:23

fine 18:24 20:13 48:7 75:16
160:18 255:3 267:6

finish 118:8 212:17

finished 122:13 138:4 212:5

firearm 322:6,7

fired 64:13 262:7,23 263:3 342:4,
12,21

firm 348:22 356:14

fist 30:4

Fitness 280:2,10

fits 199:9

fix 289:20

fixing 116:8 166:8

flipping 114:10

floor 29:20 59:20

Florida 53:11

flowed 356:24

fob 85:20 87:4,18 88:16,19
120:16 128:9 130:2,3 134:9,12,14

fobs 134:10

FOIA 71:15,18 90:12,13 142:25

follow 315:22

follower 315:6,7,8

foolish 232:19

football 90:22 116:5,6 154:18,19
164:8 221:13 307:15

for-profit 15:13 16:8,11

forced 244:15

forensic 127:15

forensics 10:22

forever 37:1 120:7 319:25

forget 18:23 20:2 199:17 257:19

forgot 232:2

form 90:18 100:3,8 135:13
150:23 188:20 217:13 218:3
247:8 304:17

formally 17:1

fortunate 320:20

Forty-five 9:7,8

forward 216:13 305:23 356:4

fought 107:9

found 24:10 26:12 27:17 31:9,10
33:24 49:23 101:24 102:2 154:12
155:18 157:21 164:23 165:4
199:4,23 200:1 219:9 317:13
320:21 325:11 338:10

Foundation 16:15

frame 60:7

fraud 319:22

free 17:23 31:13 32:2,21 33:5
38:14

friend 62:25 65:7 66:10 67:18
71:3,4 95:13 119:25 140:11
299:11 316:7

friends 24:14 54:13 99:9 115:1
116:12 119:6,22 120:4,5,8 196:19
238:19 308:22

**friendship** 314:25

**front** 6:17 29:6 59:1 72:12,24
73:17,19 84:23 85:1 145:20
181:19 225:8,16,20 229:18
230:24 261:3 283:7

**fuck** 209:2

**fucking** 345:15

**fun** 93:22 137:22,23 205:18

**function** 54:18 59:3

**funeral** 55:1

**funny** 261:1 313:21,23 314:1

**furnish** 237:10

**G**

**gain** 81:18 129:11,14 136:13
218:20 219:23 220:8

**gang** 200:19 204:12,16

**gangs** 204:18

**Garner** 155:4

**gather** 22:12 178:22 269:13
281:10

**gathered** 163:20 262:6

**gave** 14:15 31:23 89:18 101:19
103:5,19 127:20 134:9 143:22
156:25 162:14 172:23 177:20,22
178:2,7,10,11,17,23 180:2 187:3,
24 189:7 194:4,13,16,17 195:14,
25 196:5 211:4,15,18 221:19,21
227:9 231:18 265:15 266:18
278:3,5,6,15,17 298:5,8 349:20

**GDMFFS** 281:24

**general** 7:14 24:12 81:14 88:5
92:21 348:10

**general's** 42:6 261:5,10 262:20
266:22,24 267:2 305:23 306:10
329:25 340:9,18,19 342:22

**generally** 268:10

**generate** 27:16

**gentleman's** 66:2

**get all** 22:20

**get-together** 58:20 94:7 205:15

**gift** 196:2

**girl** 201:22 208:11,13 223:1,2,5,7
316:5

**girl's** 208:19 223:6

**girlfriend** 101:7

**girls** 201:1,2,8,12,13,14,15
207:18 209:15,19,21

**gist** 191:3

**give** 7:24 36:12 38:3,6 42:3 50:22
57:7 73:2 103:17,20 104:20
107:2,6 110:8,17,23 112:25
113:18 126:4,16 127:1 143:6
161:1 176:13,19,21 177:18 178:6
186:14,15,22 188:3,17 194:1,7
195:8,9,24 216:13 218:9 224:24
225:6,8,9,11 227:22 228:23
229:12,17,18,20 230:9 231:13
232:5 234:20,21 237:1 244:15
251:11 265:4,5 269:22 278:8
328:19 343:2 346:9 359:11

**giving** 7:3 32:6 118:5 126:7
140:7 177:15 270:16

**glad** 161:1,2 176:21 177:11

**goal** 83:8,11,12,17,18

**God** 57:25 137:12 228:1 349:1

**golden** 105:24 106:6,14,18
110:19

**good** 6:9,10 7:1 50:23 54:13
99:11 119:25 130:22 147:5 163:5
205:7 223:10 224:12 238:19
268:11,21,24 312:11 356:24

**Goodness** 345:18

**google** 60:14,20

**GOP** 85:21 86:25 87:9,19 88:12
207:24 339:1

**gosh** 56:7 106:16 121:20 122:5
137:17

**gotta** 89:1 246:5

**government** 17:4 52:21 120:11,
21 121:13 128:5,15,23 129:1,4,8,
11,13,23 130:17,18,21 135:1
136:2,7 170:22 171:2,19 191:17

**GPS** 122:2,13 127:9

**grab** 21:15 30:1

**gracious** 345:18

**grade** 224:5

**grades** 116:8,21 117:4 118:3
157:2 164:7 165:15 218:19

**Grady** 185:20,24

**grandmother** 31:19

**grandstanding** 128:23 132:5,12
133:13 134:25

**granted** 321:11 322:12,16,18,20

**great** 54:14 137:7 284:12 289:20

**Greenville** 24:11,12,14,18

**grounds** 25:14

**group** 23:23 24:2 52:9,11,12,18
93:9,16,20 114:17 140:10 198:6
200:16 212:21,25 249:24 254:6
257:23 340:14,16,17

**guarantee** 208:21 236:14 324:17

**guess** 8:17 54:6 88:20 140:11
147:5 150:12 180:3 207:5 209:14,
22 213:21 221:5 251:19 264:12
269:3 274:7,10 281:14 291:21
322:5 340:1 343:16,20 346:14
347:23 359:24

**guessed** 274:9

**guessing** 274:8 346:21

**guest** 59:24

**guests** 59:22,25

**guilty** 19:11 30:11 157:21 317:13
321:13 338:9,10 349:23

**guy** 31:18 124:7 197:18 315:13

**guy's** 250:18

**guys** 226:14 260:14,17 274:1
292:15 312:1,2 350:22 354:6,7
359:8

**gym** 324:25

**H**

**H-E-L-M-E-S** 269:16

**H-E-L-M-S** 269:17

**half** 30:22 102:15 266:4

**Hall** 236:18

**Ham** 54:18,19,20

**hand** 48:20 79:2 105:8 127:4
137:20 236:25 255:23 345:21

handcuff 30:3

handcuffs 30:6

handed 145:7

handing 264:9,16,23 265:21

handle 29:9 157:12 211:5

handling 62:7

hands 59:1 89:5 153:9 156:14

hang 205:17

hanging 319:21

Hannah 147:12,13 238:10

happen 156:3 225:22 269:5,7 353:5

happened 14:12 31:10,24 32:22 44:8 50:10 80:21 88:15,18 98:19, 20 145:24 161:20 162:23 163:19 166:20,21 171:5 219:17 220:14 245:3 262:8 271:4,8 279:16 286:7,18 287:17 314:17 340:17 358:25

happening 305:11

happy 278:8 282:13 325:1 351:7, 17

harassed 151:8 255:8

harassing 169:8 300:11 303:14

harassment 335:17 336:10,14

hard 21:22 35:3,25 58:24 59:2 170:8 213:9

hardware 11:3

hate 243:13 245:9

hates 243:13

HD 53:13 248:2,3

He'll 63:15

head 6:16 9:9,14 41:7 54:21 60:3 84:7 89:2 139:8 155:23 157:4 180:25 195:13 197:20 211:22,24 218:23 219:4 258:9 304:18 352:7

heads 7:15

hear 92:3 111:19,22,23,24 122:16 204:7 225:24 228:17,18 261:12 280:3,15,18 282:10 292:15 293:3 294:20 311:11 317:16 338:8 358:23

heard 95:21 103:10 105:21 111:14,15,16,21,25 152:19 175:6 206:14 216:17 217:20 222:3 230:22,25 231:7 266:15 280:21 292:9,10 310:4 331:13 333:9

hearing 58:24 112:1 294:14 326:6,11 331:10

hearsay 104:10 117:19

heart 219:1

heated 296:9

heck 90:5

Hedgepeth 39:22

hell 49:17 237:22

Helms 269:11,15,16 270:20 279:17

helped 28:4 32:2 219:5,6 297:20

helping 154:18 155:6 219:11 287:6 317:5 345:21 353:18

helps 302:17

hey 104:6 110:10 192:6 204:9 260:14 279:25 289:23 311:17,21 339:17 357:4 358:22

hidden 132:17

hide 169:4,5 203:11 349:15

hideable 120:18

high 10:14,16 90:1,6,9,10,11 95:13 154:22,24 167:8 218:12,18,19 219:23 221:13 228:16 229:5 282:11 297:15

high-priced 31:20

higher 137:14

hindering 50:14

Hines 58:22 93:12 94:8,10,11,13 95:6 205:14,15,18

HIPAA 90:13

hire 37:19 38:15

hired 37:21 42:11 295:10,21

history 119:17

hit 41:17 42:14 50:15 302:23 321:9

hitting 351:9

Hm 229:25

Hm-mm 253:25

ho 323:10

hobby 51:11,18,19,20

Hobson 210:10,12 228:7 262:17 264:13,20 265:21 266:13,17,20 267:1 342:21 344:20 350:4

Hoffman 185:15,20 211:18,20,21

Hogan 273:5,7

Holcombe 256:17 319:11,16,17

Holcombe's 319:15

hold 22:13 34:23 45:23 70:15 96:14 126:14 186:17 194:5 261:20,21,23

holding 163:2 186:19 289:24

hollering 343:19 347:2

home 9:25 10:2 34:15 175:4 298:11

homes 41:23 42:2

Hometown 26:14

honestly 237:19 242:20

honesty 237:9

hope 58:18 312:1,2

hoping 323:3

host 53:14 56:19,22

hosts 53:15

hour 97:15 246:17 282:24,25

hours 267:9,15 275:9 352:10,11, 13 355:12 357:1 359:5

house 58:21 59:4 93:5 94:5,20, 22 186:9 346:6

HR 109:25 296:24 343:2

Hulk 273:5,7

Hulu 57:1

hundred 117:22 168:13,16 169:23 187:5 207:7

hundred-and-some 41:19

hundred-dollar 18:24 20:13

hung 257:21

**Hunter** 218:13 306:23 307:11,14

**hurt** 50:17 160:15,16

**husband** 93:13,25 197:15 232:20

**husband's** 93:14

**I**

**ID'D** 265:23 266:1

**idea** 159:13 284:13 293:25

**ideas** 54:14

**IDENTIFICATION** 45:13 73:10 79:7 105:6 153:1,22 181:12 187:10 248:19 259:6 267:19 272:15 287:25 290:19 292:3 308:9 312:25 313:8 324:11 337:18 352:18 360:21

**identified** 182:16,18 266:20

**identify** 152:20 209:13

**illegal** 26:3 98:4 108:19,22 109:14,18 121:1 127:25 142:8,11, 16 151:18,23 170:23

**image** 68:7,13

**IMEI** 182:25

**immature** 320:21

**immoral** 136:6

**implement** 110:11

**import** 117:6

**important** 240:3,7 241:24

**impressed** 358:8,19,20

**improper** 25:9,10 108:19,20 157:8,11 294:17

**in-depth** 116:10

**incident** 92:1 207:21

**incinerator** 31:11

**include** 16:19 215:17 230:16

**included** 42:16,20 179:1

**including** 106:9 191:19

**incorporated** 15:22

**increase** 272:1

**independent** 142:2 147:6 176:1

177:5,7,10 219:16 318:9 327:1 335:7,11 342:25

**independently** 169:18 192:5 200:5

**individual** 21:11

**individually** 40:14

**individuals** 24:11 52:12 300:24 308:21

**industry** 26:10 36:7

**infidelity** 80:6 204:6

**information** 22:20 31:23 76:24 84:23,24 90:8 97:18 99:12 104:9 112:18,19,23 113:1,4,5,13,15,20, 21,24 115:2,25 116:3 117:4,7,17 118:2 121:9 125:25 140:15 141:8 146:11 147:8,11 155:17 157:1,6 158:12 167:19 178:20 179:10,20, 23 192:12,18 194:9 211:7,9 217:14 231:14 233:8,11 245:5 257:9 268:16 269:22 275:6 289:6 295:16 296:6,23 297:14 298:6,9, 13 308:20 311:19 330:21 332:19 341:9 343:2 353:15 355:1 356:5, 9,11,15

**informationist** 112:15

**informed** 271:1

**initial** 176:24

**initialed** 183:25

**initials** 183:7

**innocent** 260:4

**insane** 225:21

**inside** 115:2 139:10

**instance** 222:15

**instances** 89:18

**Insurance** 36:2,5 65:16

**intentionally** 100:5

**interacted** 14:7

**interest** 55:23,24

**interesting** 226:1 310:20

**interfere** 8:7

**internet** 21:16 227:23 230:9 232:5,7,9,12 233:2

**interrupt** 39:17

**interrupted** 36:16,18

**intervened** 29:17

**interview** 22:11 65:22 68:17 124:21 187:15 191:8,10 226:25 254:2 310:1

**interviewed** 65:25 104:24,25 123:15 212:2

**interviewing** 66:14 125:17

**interviews** 111:14

**intimate** 348:5,18

**intro** 272:22

**introduced** 92:4 123:16 124:5,6 125:13 319:3

**introduction** 272:20

**inves-** 86:7

**investigate** 30:23

**investigated** 27:4 89:21 299:4 325:20

**investigating** 325:10

**investigation** 12:25 13:7 15:4 17:11,22 27:23,24 28:2 38:5 65:20,23 86:4,9,11 142:2 145:23 146:1 155:19 157:9,13 163:21 164:7,9,12,18,23,24 165:4 166:7, 12 167:2 171:17 193:4 232:18 263:2,5,16 289:23 298:4,7,25 299:15,19 305:17 327:1 343:1

**investigations** 28:1 34:20 47:7 171:4 237:24 238:3

**investigator** 22:2,10 32:24 34:3 35:21,22 37:6 46:15 48:17 88:10 120:24 123:24 125:12 134:19 173:11 211:4 241:8,11,15,16,17, 21 270:18 310:2 331:25

**investigators** 36:10

**involved** 13:14 16:5,8,10 155:24, 25 218:25 292:20

**iphone** 182:18 183:14

**IRS** 41:9 42:11,19,22 43:7,11,14, 23

**issue** 41:24 42:1 47:12,14,15,16 52:1,8 58:15 76:2 77:14 85:16 111:3 125:18 156:6 165:17

178:12 205:2 218:19 297:7
298:16 316:15 356:3

**issued** 47:1,24,25

**issues** 19:22 52:7 57:5 58:3,4,16
59:19 62:3,5,18,20 66:16 84:10
95:20 353:17 356:2

**Item** 182:5,16 183:5,6,24 184:7,
11,13,15

---

## J

**J-E-A-N** 115:22

**J-O-C-O** 301:3

**Jackie** 139:19 140:6,9

**jail** 23:3,12 25:14 30:6 127:24
186:18 320:10 343:17

**jailers** 24:18,19,21,22,24 25:4,
16,24 27:2,5,19 65:13

**Jamie** 56:5 115:6

**January** 46:7,10 47:3 48:1,3,17
151:13 247:18 258:15,24 259:9
267:21 271:9 272:17 288:3
290:21 292:5 302:14 308:11
313:10 314:17 324:13,20 337:21

**JCC** 100:25 143:11,25 201:21,24,
25

**jealous** 147:18

**Jean** 115:12,20,21

**Jeff** 250:17

**Jenks** 306:23 307:11,14

**jerked** 29:5

**Jesus** 70:13

**Jim** 68:8,9,12,13 69:7 71:2 93:7,
24 97:1,2 111:1 115:8,19 197:14
200:2,3 202:2,6,18 204:25 205:4
206:11 265:16,20 341:12

**Jimmy** 111:5,6,20 112:4 119:16,
17 133:25 148:15,19 151:8 205:2
238:11,19 299:8,12,25 300:2
302:24 307:17,20 335:18 339:5

**job** 11:2 29:13 63:14 112:25
137:21 149:16 239:10 274:21
295:9,12,21 304:15 340:8 342:21

**Joco** 301:2 312:3

**Joe** 51:15,21 52:15 53:15,16 54:7
56:2,22 57:2 58:12 60:8,9,21
66:14 67:4,8,14,17 68:8,9,10
93:24 96:7 97:3,16,19,21 114:18
115:4 116:2 118:20 119:7 120:3,
9,10 132:4,24 138:10 142:18,19
143:3 167:19 169:24 172:15,19,
24 197:14 202:2 217:1 229:2
232:25 238:14,15 247:1 354:24
356:16,18 357:24 358:4,5,15

**John** 52:15 246:7

**Johnson** 24:1 28:3 52:1,4 57:22
58:11,14 63:23 74:5 78:8 82:15,
24 83:15,19 84:13 85:24 87:14,20
88:24 89:10 90:6 93:9 95:18,24
96:4,5 97:11 98:17 101:16 102:7,
9,10,17 103:11 106:3,6 107:13
108:6 110:18 111:3 112:13,15
113:10,12,16 114:25 117:8,10
118:3 121:19 122:17 123:24
126:19 127:11 135:7 136:3
137:23 138:22 140:3,4 141:7,12,
19,22,25 142:9 143:3,13 148:21,
22 149:2,7 151:7,12,19 154:12
155:5 156:10,18 157:1 158:4,15,
17 161:18 163:12,16 165:17
166:11 169:7 171:15 175:5,7
176:4 196:11 199:5,10,23 200:17
201:23 204:21 206:10 207:4
208:16 210:19 213:11 218:15
220:4,16 221:6,7 222:18 223:10
224:12,21 232:19 246:6 250:17
252:13,20 257:21 259:21 260:4
261:8,12 263:10 264:10,25
266:13 275:7 276:8 279:24
284:18 286:10 287:6,19 290:6
291:8 292:18 294:16 295:23
296:8 299:7,24 300:13,17,20,21
301:8,15,24 302:15 304:22
314:25 316:4,11 318:10,14,16,18
319:7 324:23 326:4 327:6 328:18
329:15 330:20 331:3,6,10,14
332:7,18 333:17 334:24 336:5,13,
17 338:2,5 340:8,16 343:18
353:22

**Johnson's** 57:4 58:15 80:18
122:4 127:8 128:12 151:23 158:2
175:13 220:21 257:4,9 258:4
259:19 264:16 265:21 267:25
277:8 278:25 279:1 311:6 334:20
337:2

**Johnston** 10:21 14:24 16:1
54:15 65:17,19 69:24 95:11
112:20 119:2 155:2 220:22

249:24

**joined** 219:8

**Jones** 89:19,20,21,23,25 90:16,
23 91:5,6,12,13,14,17 92:1,3,4
95:20,21,22 96:1,2,6,16,18,19
106:9 113:8,11 116:10 117:1,24
120:6 141:18 154:4,9 155:12,13,
15,20 156:6,11,15,19,21,23,24
157:16 158:1,6,16,18,21,23 159:1
160:8 163:4,16 164:25 165:2
167:9,13,23 175:6,8 176:4,10
177:21,22 178:1,15 180:2 191:19
219:9,12,24 220:6,13 221:12,19,
21 292:20 294:6 295:8,9,20
296:21,23 301:12,13,21,24
306:22 307:6

**Jones'** 154:16 220:2 232:13

**Jones's** 179:21 219:11

**judge** 32:13 50:12,13 216:7
267:4 319:11,14,16,17,20

**judges** 119:21

**judgment** 31:8 32:5,9 40:10
43:10

**judgments** 31:5

**July** 5:7 83:3,4 247:16

**jumbled** 213:8 215:22

**jumped** 110:2 219:10

**June** 57:10,15 58:8,9 74:15 78:14
105:10 121:5,10 173:24 213:17

**junior** 10:13

**jury** 275:4 284:7 310:22 312:11
323:19,25 328:25

**justice** 107:15

**justify** 168:20

---

## K

**Kansas** 33:23,24

**Kay** 221:1,4,5 253:3

**keeping** 140:6 163:5 175:12
192:1 292:8

**Keith** 122:15,16 123:6,8,11,16,18
124:2 125:3,7,8,10,22 150:18
151:9 172:2 190:5,6

**Kelly** 303:16

**Kent** 66:2,3

**Kevin** 199:6 200:18 246:7 309:10,17 310:7 338:11

**key** 85:20 87:4,18 88:16,18 120:16 128:9 130:2,3 134:9,10, 12,14

**kicked** 270:5,10

**kicking** 51:24

**kid** 320:21,22

**kids** 110:11,12 130:22 175:1,12, 19 176:11 224:10,11 317:5 330:16,21 331:8,15 332:3,12,20 335:12

**kids'** 333:18

**kind** 22:9 37:14 62:20 65:11 77:17 99:8 108:12 112:23 113:21 117:13 124:8 125:6 139:23 143:9 211:6,9 216:13 266:6,8 282:10 295:23 298:20 317:10

**kindergarten** 9:25

**kinks** 68:24 69:1

**knew** 24:19 30:20 50:14 54:22 89:16 91:23 95:12 97:22,23,24,25 104:3,9 112:10 113:15 114:21 115:1 120:6,17 126:14 134:14,15 139:9 147:13 150:8 169:14,17,19 191:23 192:14 194:9 197:3,23 202:7,23 206:5,12 210:1 257:8 279:18 287:6,7,11 296:10,11 331:7

**Knowing** 99:11

**knowledge** 44:13 97:20 98:5 100:10 141:14,21 150:17,21 156:5 175:24 177:25 191:15 300:4 310:19 318:10 333:2 334:17 341:17 350:3,14 356:2

**Kyle** 183:15,20 184:2,8

---

**L**

---

**lacy-racy** 349:14

**ladies** 261:16,18

**lady** 139:18 350:7

**lady's** 66:1 261:15

**Lamb** 301:5

**lands** 52:14 139:11,12 140:1,2 198:11 200:17 246:7 257:22 349:12

**landscape** 41:13

**lapse** 19:20 48:7

**lapsed** 20:4,7,9,21 21:3,24 22:3 48:8,13

**lapses** 18:19 19:16

**late** 19:24 21:11,12 201:21 298:19 316:5

**laughing** 265:9

**law** 32:7 35:10 36:10 81:16,18,20 82:22 88:9 104:2,5 109:3,4 119:20,21 120:22 157:21 173:12 190:24 259:20 299:2 302:11 317:13 330:5

**Lawrence** 111:1,5,6,20 112:4 119:16,17 133:25 148:15,19 151:9 205:2 238:11,19 299:8,12, 25 300:2 302:24 307:17,20 335:18 339:6

**lawsuit** 31:3 33:25 160:23

**lawyer** 31:9 179:24 216:6 231:20, 21,23 232:1 236:15 324:17,18 339:25

**lawyer's** 173:5

**lawyers** 31:20 119:21

**lay** 29:19

**laying** 232:22

**lead** 166:7

**leans** 345:15

**learn** 146:6

**learned** 100:23

**leave** 50:21 126:1 138:24 140:20, 21 166:5 229:4 321:4

**leaving** 212:25

**led** 52:12 156:17 200:16

**Lee** 139:19 140:6,9 253:15,18 255:24

**left** 15:17 29:7 62:18 125:14 182:1 200:24 208:1,10 222:7 239:16

**legal** 47:6 78:6 177:15

**legally** 134:16

**legitimate** 26:22,24 27:18

**leisure** 227:14

**lesson** 50:23

**letter** 21:19 31:21 43:13 128:12

**letters** 346:20

**letting** 87:23

**level** 257:22

**LEXIS-NEXIS** 22:18

**liar** 357:6

**liberal** 253:19

**license** 12:20 17:11,12,15 18:20 20:4,7,11,21 21:3,18,24 22:2,10, 22 33:9,10 34:5,7 45:21 46:21 47:1,7,17,19,22,24,25 48:12,20 49:18 127:24 317:6

**licensed** 17:6 18:13,17 23:19 46:15 47:8,9 48:3,5,9,10,13 120:23 173:11

**licenses** 17:10 18:10 20:9 21:6, 9,10 46:18

**licensure** 19:16

**lie** 96:15 100:5,6 126:25 127:22 133:18 317:3 332:7 344:11,13,14

**lied** 97:7 315:10 317:1,4

**lien** 43:10,15,23 44:4,15,23,25 45:1

**liens** 40:4 42:23

**lies** 302:23 316:16

**Lieutenant** 182:7

**life** 239:22 240:13,16 300:14

**light** 323:25

**liking** 85:17

**limbo** 42:18,25 48:11

**lined** 224:19

**lines** 249:4 255:19

**link** 77:4,8,17 227:6

**links** 77:13

**lips** 59:2

**list** 349:3

**listed** 314:6

**listen** 66:19 75:10 157:15 204:8
220:10 227:13 234:22 235:23
289:19 342:18

**listened** 159:7,10,11 187:19
234:23 260:18

**listening** 203:8 216:19 358:14

**litigation** 176:23,24

**live** 53:1 94:19 352:23 353:3
354:4

**lived** 9:3 175:21

**livelihood** 349:12

**lives** 149:9 260:13

**living** 18:3

**Livingston** 58:21 59:5 66:9,11
93:12,24 106:16 114:6,16 115:5
197:15,21 269:11,14 270:8,20
279:17 318:4 338:14,15

**Livingston's** 59:4 92:10,11,14
93:5 94:5,20 312:4

**LLC** 13:3,7 14:24 15:6 16:1

**LLCS** 15:17

**Lo** 27:11

**located** 11:17 146:16

**location** 12:3 127:7 146:9

**locked** 339:14

**logistics** 234:19

**long** 9:3 11:8,15 15:10 20:20
27:10 52:22 54:7 58:1 60:9 84:9
92:8 97:13 180:1 239:13 247:1
277:12,14 360:18

**long-distance** 304:23

**longer** 16:2 27:21 34:14 63:5,12
64:15 70:1 192:13

**looked** 45:6 107:23 126:8 144:21
185:11 281:11 352:1

**lose** 35:22 127:24 170:7

**lost** 35:17,21 136:24 145:19
238:23 268:23,25 346:19

**lot** 21:16 27:6 35:2,4,13,17,19,23
49:17 53:9 56:8 57:21 77:12

89:15 91:2,8 112:7 119:1 120:8
137:11 140:14 144:3 159:15
170:9,14,15,19 186:24 192:12,13,
16,17 199:18 201:24 203:9 217:3
218:22 221:11 269:22 314:20
323:15 342:2 347:17 355:2
356:18

**lots** 232:16

**love** 42:3

**low** 232:22

**luck** 130:23

**lying** 127:24 135:10 324:18

**Lynn** 353:19

---

# M

**M-C-I-N-V-A-I-L-L-E** 184:21

**M-I-L-L-A-R-D-O** 147:3

**m-s** 269:16

**mad** 50:16,18

**made** 23:18 24:21 27:1 33:8,14
42:25 64:19,23 68:17 76:5,7
77:25 78:2,19 80:10,12 83:3
84:14,17,20 89:12 98:21 99:3
101:15 102:14,15 106:9,11
110:21 119:13 125:23 137:5,17,
22,23 139:13 140:4,17 141:7,12,
16,17 142:3,7 148:7,21 149:1
151:22 154:8 156:12,13 167:7,10
178:15 224:11 261:9 263:17
264:5 275:7 281:12,15 295:11,22
299:16 309:15,17 331:4 333:3
334:25 335:4,20 339:12,17
340:16,23,25 341:16,23 342:11
343:3 349:10 350:13,15 357:9
359:14,17 360:1

**magistrate** 312:19

**magistrate's** 28:23 29:15,24
30:9

**mail** 189:4,8

**mailed** 189:5

**main** 83:17

**majority** 131:24 132:24

**make** 18:2 24:4,18 27:1 29:12
36:1,22 39:14 40:17,24 43:19
52:18 65:9,14 78:22 80:13,14,24

82:3,12 89:15 99:6 126:4 135:5
137:13,22 147:17 148:18 158:20
159:5 174:1 179:22 203:20,24
253:25 259:3 263:25 274:3,16
285:5 295:18 299:20 304:25
306:19 309:3 326:1 343:12
346:12 349:16 350:5

**makes** 18:9 31:16 59:2 254:12
266:7 317:9

**making** 34:1 67:25 82:15,23
119:12,15 133:13 135:2 150:19
158:15,17 160:22 248:21 281:19
283:16,19 284:3,9 288:3 299:17
304:21 323:18,24 330:19 332:1,
16 340:5 341:19 348:9 349:6,25
351:10 354:8 355:13,16 357:12

**male** 60:1 111:15,23 210:3

**mama** 125:24 332:1

**mamas** 332:1

**man** 31:14 249:1 279:25

**man's** 12:11 31:15

**manager** 24:12

**maneuver** 67:12 157:12

**maneuvering** 157:14

**manipulate** 170:9

**mark** 73:22 79:3,24 80:17 81:7
83:1 105:14,16 118:12,17 128:19
132:1 153:10,13 167:25 170:3
181:8,9 187:8 189:22 190:1,16
197:12 202:6 207:13 230:19
248:8 267:8 272:3 308:7 312:22
325:8

**marked** 45:13,15 72:25 73:10,20
79:7 105:6,8 153:1,22,24 181:12
187:10 248:19 259:6 267:19
272:15 287:25 288:2 290:16,19
292:3 308:9 312:25 313:5,8
324:3,11,12 337:14,18,20 352:18,
22 360:21

**marker** 138:11 154:1 307:24

**marking** 153:16

**married** 320:22

**Marshburn** 5:2 6:4,9 40:4 46:5
61:11,22 76:14 182:10 183:11
185:2 210:14 227:1,14 228:15,19,
22 229:2,7,10,15,23 230:1,8,14
236:1 238:24 246:21 313:4

Legal Media Experts
800-446-1387

**Marshburn's** 15:4

**Marta** 5:4

**Mary** 303:12

**match** 127:8

**material** 67:9

**matter** 19:25 45:9 81:20 82:21
127:16 186:16 221:12 222:8
314:23 340:22

**matters** 84:3 109:12 221:13
315:18

**Mcinvaille** 184:19

**Meadow** 346:14

**means** 25:12 119:20 121:8
123:20 213:1 345:13

**meant** 200:19 346:21

**media** 45:25 51:17,22 52:3,25
53:9 56:15 59:9 101:21 102:4

**medical** 29:18

**medication** 8:3,6,9

**medium** 325:1

**meet** 54:17 81:13 85:12,19 87:3
92:5 96:24,25 97:10 121:16,19
205:18 206:6 279:25 280:1

**meeting** 85:21 86:1 87:1,9,19
88:12 92:10,13 93:4,10,16,23
97:13 103:12 109:23 110:14
190:6,9 195:17 197:13 198:13
199:4 200:1,2 201:24 205:13
222:1 246:8 261:4,13,16 294:12
295:25 352:24 353:4,10 354:14,
15

**meetings** 108:19 140:5,16
159:2,3,6 201:17 207:22,23,24
296:8 341:15

**Mellardo** 147:2,13,15,20,23
148:4 210:3,19,25 223:1,2

**Mellarno** 147:15

**member** 113:3 140:10 157:9
158:5 353:23

**members** 135:3 295:24 296:4
339:1

**memory** 219:3

**mention** 106:14 191:20

**mentioned** 63:7,19 191:14,20
256:7 261:24 262:1 267:7 296:11
297:5 318:6 319:14,19

**mentioning** 259:25

**mess** 137:12

**mess-up** 150:16

**message** 126:1 132:14 143:12,
14 147:17,24 210:8,20 233:24
286:22 318:22,23 319:1,2,3
334:21

**messages** 66:15,17 127:10
328:20 329:11,12,21,24 330:4

**messaging** 201:5

**messed** 35:14

**Messenger** 335:1

**messing** 202:22

**met** 86:25 87:2 92:9 98:15,24
99:1 120:4 125:3 195:19 211:19,
21 324:24 329:10

**MHM** 210:9,13

**MIA** 15:5

**Michael** 50:13 321:4

**Michelle** 199:6 200:18 201:9
246:6 252:8 315:7

**microphones** 132:17

**middle** 10:13 22:4

**midnight** 280:10

**midpoint** 346:13

**might've** 13:21 140:20 203:15

**Millardo** 147:3

**millions** 31:19

**mind** 94:15 135:15 170:5 269:13
324:7

**mine** 56:17 82:19 83:22,24 120:4
147:5 161:6 234:15

**minute** 33:13 77:22 87:13 105:15
118:12,21 128:19 129:6 132:1
138:11 154:1 162:18 172:14,15
173:7 187:7 207:13 224:22 228:7
235:2 269:13 307:24 310:11
353:25

**minutes** 61:2 138:16 180:4,6,9
222:24 246:17 256:13 315:23

327:5 329:9 330:18 335:16
336:21 338:20 339:12 340:3
342:3,7 346:10 347:22 349:9
351:6,11,21 354:10 355:13 357:1,
2 359:5

**mirror** 283:7

**mis** 140:20

**misdemeanor** 322:2,3

**misquote** 341:13

**missing** 31:9,18 33:6 38:14
39:20 53:2 198:15 217:4 226:4
232:1 238:4 242:14

**missing-person** 39:19

**misspoke** 223:24

**misstate** 341:13

**misstated** 280:22

**mistaken** 101:13 206:1 223:22

**misunderstanding** 236:2

**Mitchell** 246:8

**mixed** 162:15

**mixer** 53:13 248:2,3

**mm-hm** 25:8,23,25 27:22 34:4,18
38:1 39:6,8,11 41:3 45:19 46:9
50:4 51:9 55:12,25 56:13 64:18,
20 70:10 79:25 83:13 86:17 87:25
92:12 93:2 98:3 103:23 115:18
121:14 124:25 135:19 138:12,17,
21 139:6 140:22 145:6 146:18,20
148:9 155:7 168:10 170:25 173:9
175:15 177:1,4 182:13,15 183:4
184:6,10 185:6 188:1 202:17
210:10,11,12,13 214:21,23 215:4
216:9 225:2 227:15 229:14
231:22 235:3 246:24 248:4 249:2,
14,18 317:23 328:10 341:2 346:2

**modifications** 41:23 42:1

**mole** 93:8 114:21 115:1 197:3
198:6 212:21

**molestation** 70:2

**Mom** 125:25

**mom's** 126:5

**moment** 247:13

**momentum** 16:16

**monetary** 195:23,25 196:1,5

**money** 18:9 32:2 42:4 43:6 44:20 252:7,9 316:25

**month** 54:5 173:6 202:21 208:18

**months** 45:7 51:25 54:8,9,22,25 202:21 251:8,9 270:23

**moral** 76:2 135:25

**morale** 76:2

**Morgan** 50:13 321:4

**morning** 6:9,10 268:2 278:7,16

**Morson** 5:6

**mother** 234:16

**mother's** 186:23,25 231:13

**mother-in-** 259:19

**mother-in-law** 259:25

**motion** 43:17 50:8,10 321:10 322:11,15,22,23

**motions** 268:3,9,12,14,19,22,25 310:24

**motivated** 52:3

**mouth** 59:2 216:18 217:20

**mouth-type** 282:11

**mouthing** 220:5,6,9

**move** 10:5 89:5 156:14 253:13 274:14

**moved** 146:4,6 208:19 331:15

**moving** 145:20

**Mullins** 8:13,21 19:1,10 39:12, 17,24 60:16,18 61:19 79:8,11,13 84:9 118:13,18 123:20 131:6,9 135:13 150:23 152:22 153:12,15, 18 161:23 162:1,4 189:3,7,12,14, 17 226:2,5,8,10,18,20,22 227:2,5 228:18 247:8 248:16 265:8 267:11 272:11 278:6,15 287:23 301:3 304:17 312:23 313:1 326:22 360:5,10,11

**Mullins'** 131:8

**multiple** 89:17 258:16 301:17

**murder** 35:8 38:15,16 39:20 109:6

**must've** 106:11

**mutual** 140:11 353:22

## N

**N-I-C-K-Y** 65:5

**nailed** 58:17

**naked** 283:7

**name's** 223:22

**named** 223:21 249:25 337:8

**names** 56:7 262:2

**narcissist** 165:20 166:2

**narcissistic** 165:25 323:4

**narrow** 103:13

**NCAA** 166:21

**necessarily** 81:13 165:25

**needed** 31:22 39:3 62:3 64:16 154:19 189:20 216:10 273:15

**newly** 47:1

**news** 51:16 156:8 204:7 308:21 312:3,12

**newspaper** 300:22,23 301:9

**nice** 197:18,23 282:10

**nickname** 69:16

**Nicky** 301:5

**night** 50:15 346:12

**Niki** 24:1 28:12 65:1 148:22

**nitpicking** 254:9

**no-contact** 28:24 29:4 78:11

**no-no** 28:16

**nod** 7:14

**nodded** 9:9 41:7 139:8 258:9

**non-** 304:5

**non-profit** 16:12,13,22,23 58:5

**non-relationship** 304:6

**nonpartisan** 250:20,21

**North** 5:3,5,7 9:3,13,18 10:4,5 32:25 36:22 37:14 44:4,13,14,22 109:2,9

**not-** 16:10

**Notary** 5:5

**notes** 37:5 159:5 173:5 174:1,12 203:20,24

**notice** 5:2 43:23 44:3 253:3

**noticed** 339:15

**notified** 43:12

**notify** 133:20

**November** 248:6,21

**number** 33:12 45:12 56:10 65:12 72:25 73:5,9 79:5,6 80:5 81:4 84:4 105:5,9 138:5,7 152:24,25 153:8,21 172:14 181:11 182:5,16, 22,25 183:5,6,10,24 184:7,11,13, 15,25 185:13,19 187:7,9 211:5, 13,15 248:18 259:5 267:18 271:15 272:14 287:24 288:2 290:18 292:2 308:8 312:24 313:5, 7 324:10 328:18 337:17,20 352:17 360:20

**numbered** 83:21,24 105:12 222:24 251:14

**numbering** 84:1

**numbers** 27:15 43:19 173:5

## O

**Obama** 120:19

**object** 8:13 135:13 304:17

**Objection** 150:23 161:23 247:8 326:22

**objections** 310:24

**obligation** 161:4 176:23 177:5,7, 10

**Observer** 308:21 312:3,13

**obstruct** 107:15

**obtain** 22:13 120:17 179:18

**occasion** 99:2 327:20

**occasions** 173:21

**occur** 70:19 90:2 159:3

**occurred** 150:22 159:14

**occurring** 151:10

**October** 185:14 352:23

**odd** 208:9

**offhand** 262:3

**office** 23:16 26:15 28:10,23,25 29:2,6,8,10,15,24 30:9 36:23 42:6 52:19 62:7,8,15 65:20 95:7 108:13 112:16,20 117:13 125:5 139:24 149:21 168:20 205:16 207:2 261:5,10 262:21 266:22,24 267:2 282:5 305:24 306:10 329:25 340:9,18,19 342:22

**officer** 85:19 86:2 87:3,5,18,19, 22 88:9 134:18 149:15 150:4 190:4 224:4 304:13 329:10

**officers** 207:11 326:1,5,12,16,20

**officers'** 326:13

**offices** 132:6,13

**official** 316:16,17

**officials** 136:2,7

**online** 20:19 146:12,14,17

**open** 27:10 76:20 77:13,18 164:14 296:1,6

**opened** 77:16 104:17 180:23,24 188:13 352:1

**opening** 68:7 77:14 291:4

**operate** 11:15 14:19 16:2

**operated** 11:25

**operating** 11:19

**operation** 11:23

**opinion** 72:1,2 179:20 219:18 220:3

**opportunity** 149:16

**oral** 85:13

**ordeal** 168:1 287:12

**order** 13:3 28:24 29:4 61:11 78:11 81:18,19 98:17,19,20 100:8 101:16 168:12 169:21 172:17 217:15,23 234:14 244:21 285:14 360:7,16

**orders** 189:18 304:6,7

**organ** 55:7

**original** 50:12 161:4

**originate** 52:25

**outcome** 30:10 31:2 33:7

**outed** 218:15

**outlawed** 120:21

**outlets** 101:22

**overhear** 202:12 203:2

**overheard** 202:8,23 203:6

**oversaw** 67:9

**owe** 42:15 43:8,19

**owed** 43:2

**Owen** 173:14,18,19,21 175:1,8, 19,25 176:11 177:18 201:1,7 207:17 330:16,21 331:22,23,24 332:6,11,19 333:3,5,6,10,14,15, 18,20 335:9,12,13

**Owen's** 330:24

**Owens** 335:8

**owned** 14:16 45:1 207:1

**owner** 13:8,9 26:17

**owns** 14:22

---

**P**

---

**P-A-R-R-I-S-H** 66:5

**p.m.** 267:21 272:17 292:5 308:12 313:12 324:14,20 337:21 360:23

**pages** 73:20 83:21,24 105:12 171:12,13 222:23 251:14

**paid** 23:15 32:9 103:20 253:21 276:15 277:4,10,17 295:10

**panties** 351:25

**paper** 21:21 34:24 35:3 90:15 99:5 103:15 118:10 119:9 139:1 176:14 181:18,19 191:5 231:6,7 301:7

**papers** 98:22 99:4 156:7 166:16 169:7,9 196:25 213:24 214:3,6,13

**paperwork** 90:14,18 99:19 100:11 101:12 103:16 117:23 150:12 216:25 218:9 304:11,16

**pardon** 12:17 18:5 46:23 63:25 82:6 83:23 151:15 186:4 261:22 264:18 265:7 311:9 318:1 320:15 321:19 322:19 327:8 345:24 352:4

**parent** 110:1

**parentheses** 183:19

**park** 320:23

**parked** 201:22

**parking** 8:20 201:24

**parody** 137:24,25 138:2

**Parrish** 66:2,3

**part** 17:22 38:4 65:22 68:6 82:10 86:12 87:8 93:18 164:24 178:14 212:22 217:4 292:21 314:3,5 322:25 339:3

**parties** 5:2 109:4

**partnership** 304:6

**parts** 101:23 192:25 221:25 314:2

**party** 93:19,21,22 94:5,20,21 96:24 97:1 115:7 302:11

**Pass** 183:3

**password** 173:4

**past** 10:24 13:20,21 44:18,24 103:25 256:19 317:4

**Paul** 256:17

**pause** 19:12 74:1,20 75:21 162:16

**pay** 18:24 20:12 23:13 25:20 40:13,14 41:22 43:20 48:7 53:8 94:16 146:14 195:20 206:5 237:18 277:7,12,14 294:12,18 316:20

**paying** 24:18,19,21,22,23,24 25:3,5,15,22 27:2,5,19 39:7 42:4, 9 65:13 203:9 218:16

**Payton** 294:6 295:8,9,20 296:21, 22

**PD** 85:20 87:6,14,21,24 104:6,24 134:5 143:20,22 145:16 186:13 222:2 268:17 305:14

**PDF** 360:11,13

**Peggy** 202:25 206:15,17,21,23, 25 207:16,19,20 208:8,12,14,17, 22,24

**pen** 84:8

**Pennsylvania** 33:6

**people** 23:2,23 24:5 25:5,16
26:20 52:19 56:1,8,9,11,12 60:2
61:23 68:15,16 76:3 80:5 85:21
87:19 91:2,10 93:21 96:11 110:22
113:10 115:9 117:14 119:1,20
121:15 130:7,9,24 135:3,9,10
136:25 142:3 149:5 150:4 163:5
165:19 170:9 201:23 202:1
204:15,16,17 218:22 223:20
224:16 249:23 252:8 260:5
261:25 262:1 268:18 280:7
287:13 291:7 296:16 300:16
302:6,10 305:7 315:9 316:12
317:1,3 319:22 327:24 343:13,14
344:11,13 355:2 356:18 357:5,6
358:23

**people's** 53:4 129:2 149:9
316:25

**percent** 117:23 168:14,16 169:23
187:5 218:25 318:25

**perception** 165:16

**perfectly** 255:3

**period** 20:20 95:20 117:14
328:24

**periodically** 29:18

**periods** 20:3,6

**perjured** 100:13

**perjury** 78:15,16,20,23 99:22,23
100:2,5

**permission** 22:7 126:7,10
175:22 273:13

**permitted** 22:1 48:16

**person** 13:12 23:21 24:3 31:10
39:20 55:24 75:4 88:5 92:9 99:9
101:6 109:6 112:18 117:20
134:15 196:20 225:5 229:17
254:5,6,7,10 265:19,23,25 266:1,
2 268:20 269:8,19 331:4 343:17
350:18

**person's** 58:21 242:14

**personal** 81:18 128:6,15 129:11,
14,17,21 130:8 141:14,21 156:5
171:22,24 175:24 257:22 266:8
286:22 316:24 341:17 350:3,14

**personally** 113:12 119:23
141:16 257:8 280:4 309:20

**personally-** 119:23

**personnel** 295:16 296:6

**persons** 238:4 339:1

**pertaining** 126:19

**Phillips** 173:14,18,19,22 175:8
177:18 201:1 333:4,5,6,10,14,15,
18 335:8,9,13

**Phillips'** 175:1,19 176:11 330:16,
21 331:15 332:12,19 335:12

**phone** 27:7,10,12,15,16 35:13,
14,16,24 39:18 103:19,22,24
104:4,16 121:23,25 122:1,13
125:17,21,25 126:4,6,7 127:3
128:10 129:16,21,22,23 143:22
145:17 180:21,23,24 181:2,5,20,
22 184:13 185:5,9 186:1,15,16,23
187:24 188:6,7 193:23 194:6,15,
16 195:21 211:4,13,15 213:2,15
225:11 227:8,9,18,25 229:22
231:12,16,17 232:2 233:5,7
234:15 235:19 237:11 238:3,22
240:3,21 241:24 242:9,15 245:12
246:11 270:18 285:5 288:14
289:11 297:11 298:14 304:24
305:16 327:23 328:19 350:5,13,
15

**phones** 89:17 122:5 327:18

**phonetic** 147:4 294:6 296:9

**photo** 35:10 143:17 144:20
264:17,19,20 265:7,15 345:23,25
346:1,3,5,7

**photocopy** 145:2

**photos** 35:8,9,23 36:11,21 37:2,
4,16,20,23,25 38:18,22 39:2,18
143:7,9,10 285:22

**physical** 112:1 126:13 148:17
194:13 227:9

**physically** 12:21 21:15

**PI** 18:22 19:16 21:16 22:5 23:6,
17,19 36:10

**pick** 7:15 27:8

**picked** 35:19 310:22

**picture** 60:3 143:23 144:6,7,8,13,
15,23 145:4,7,21 148:1 210:21
265:22 283:6 317:12

**pictures** 35:8 127:12 152:5

**piece** 252:18,23 271:13

**pieces** 191:8 192:23 219:3
306:20

**pilots** 317:5

**pin** 92:19

**pissed** 155:21 170:1

**place** 120:19 127:15 139:21,23
203:13 208:18

**places** 203:5

**plan** 24:16 26:4 27:1

**planning** 177:3

**platter** 127:2,5 224:25 229:13

**play** 79:17 164:8 190:25 215:25
228:5,9,12 239:21 273:13 281:23
288:24 306:16,17,20 307:3 314:5

**played** 81:22 82:10,14,18 160:7
163:12,17 168:23 178:3,8,11,16
197:11 230:10 249:9 307:2 314:4

**playing** 116:5 157:2 164:1 178:5
249:10 272:21 290:12 292:24

**plays** 280:11,12

**plea** 309:14,17,22 310:6,8

**PLLC** 5:6

**pocket** 224:25 229:13 278:8

**pod** 348:11

**podcast** 51:8,13,14 52:24 53:14
56:2 58:10,11 59:14,16,20 66:15,
19,21,25 67:3,19,21,23,24 68:16
69:8 92:25 94:19 95:15 96:22
101:18 105:14 106:12 116:1
121:5 137:5 140:24 145:20
156:10 157:22 160:6,9 167:20
172:13,17 197:11 217:24,25
231:11 232:21 248:5,24 249:9
256:1,5,10 258:23 259:8,11,15,24
260:9 262:22 267:20,23 271:9
272:17,24 273:14,16 275:6,8
276:4 279:3 283:17 284:4,11
289:14 292:5 293:21 296:19
297:9 299:5 304:2,22 305:3
306:23,24 307:4,7,12 308:11,14
309:8,11,24 310:10 311:1,23
313:10,16 314:20,23 315:4
319:12,19 323:1,2,19 324:21,22
325:9 328:24 329:7 330:16
332:16 335:5 337:5,24 339:12,13
341:22,25 342:19,20 344:1 348:8,
10,11,12 349:7 352:25

podcasting 56:15

podcasts 59:10 60:25 68:2,19
93:1 172:11 247:11,20 253:11
264:6 298:2 302:19 314:8,10
319:15 342:1 348:13 354:23,24,
25 355:5

poem 249:4

point 8:18 20:19 90:21 94:16
97:20 114:23 172:7 200:25 206:6
223:8 232:23

pointed 76:15

points 8:12

poison 55:10,20

poisoned 55:11,13,16,18,22

police 28:7 86:1 101:20 124:2,3,
16,18 125:12 130:25 133:24
134:9,13,18 138:19 139:3 140:18
149:15 150:3 171:17 181:20
187:16 190:4 191:2 194:8 195:18
217:23 254:2 304:10,13 305:21,
22 306:4,7 325:10 329:20

policies 71:11,25 171:24

policy 62:6 63:21 71:9,16 109:17
110:11

policy's 175:17

political 54:15 67:11 130:9
139:25 155:11 218:20 219:5,23
220:8 282:5 287:4 291:8

politician 136:13 155:10

politicians 85:11

politics 52:8 66:15 69:11,12
200:19

poll 259:18

polling 203:5,13

polls 345:20

popular 155:13

popularity 219:7

position 137:6,7,8,9 157:12
191:1 319:24 353:22

possession 49:10 90:17 104:13
126:13 185:9 186:2,5 346:3

possibility 6:14

possibly 264:5

post 45:24 53:3,4,6 352:23

post-high 10:18

posting 46:10,12

postpone 268:3,4

potential 271:2 279:19

potty- 282:10

Powell 122:15,16 123:6,8,11
124:2,6,8,11 125:3,7,8,10,22
150:18 151:9 172:2 190:5,6

power 216:13

powwow 295:23

practice 26:10 47:7 166:19,20

practicing 12:21

preceding 95:2

premiums 23:13,15 28:15

presence 29:11

present 66:21 67:14 234:12
340:23,25

pressure 164:5,14,21 165:18

pressured 163:20

Preston 51:16,21 53:15,16 54:7
56:2 58:13 60:21 66:14 67:4,9,14
93:24 96:8 97:3,16,19,21 114:18
115:4 116:2 118:20 119:8 132:4,
24 138:10 142:18,19 143:3
167:19 169:24 172:16,19,24
197:14 202:2 217:1 229:2 238:14,
15 247:1 356:16,18

pretending 254:10

pretty 24:2 30:21 39:21 90:8
121:11 142:6,17 159:11,12
162:25 164:12 170:16 191:23
197:18 205:7 210:1 218:7 239:10
249:23 251:24 272:19 289:22
297:19 332:2 358:21

previous 327:15

previously 266:21 267:1 350:9

Price 91:19,20,21,23,25 92:2
95:9 96:13,14 106:10 113:8,12
120:6 156:16

primary 18:7 203:15 221:10
250:11,15,19 286:9

principal 90:1 158:7 218:12

219:22

print-up 297:14

prior 47:8 57:4 58:13 73:6 94:18,
24 95:1,19 96:22 98:16 101:5
106:12,13 123:14 212:16 215:17,
18 298:25 310:19

private 12:25 17:11 22:2,10
32:24 34:2 35:21,22 36:10 37:6
46:15 47:7 48:17 88:10 107:18,20
108:2 109:12 120:23 134:15,19
171:21 173:11 270:17

privately 6:19,20

privilege 110:6

privileged 311:18

pro 242:6

problem 90:10 116:7

procedure 5:4 62:6 63:21 71:16

procedures 71:9,12 108:9

produce 145:14 176:18 334:21

produced 74:13 76:16 105:10
145:15

producing 177:6

products 121:1

profanity 252:20

professional 17:9 349:11

program 53:8 242:14 247:23,25
248:1 353:18,20

prohibit 107:20

promise 243:18

promised 299:13

pronounce 291:18

proof 110:22 121:18 148:17
217:10,16,19 305:10,13 317:9
334:4,8,10,18

proper 109:22 164:9

property 45:1,5 104:1 120:12
121:13 128:15,24 129:1,2,4,9,11,
14 133:12 134:5 135:1,2,4 170:23
171:3,19 191:17 207:1 271:13

prosecution 288:22

protect 149:12,13

**protected** 110:12 179:10 273:11

**protecting** 296:21

**protective** 101:16 189:18 304:6

**protects** 179:20

**Protege** 208:5

**proteges** 208:3

**prove** 216:22 217:14 219:22

**proven** 130:13

**provide** 152:4,6,8,12

**provided** 131:11 152:5 227:6

**Ps** 137:10

**public** 5:5 22:20 36:3,8 67:25 71:19 74:17 78:9 88:5 108:8 112:22 132:5,12 137:9,10,14 139:14 148:16 149:8 155:10 157:24 158:2,3,5,8,12 165:16,21, 23,24 167:7,10 216:11 218:15 289:8 316:15,16,17,25

**publicity** 132:6,13

**publicly** 149:4

**published** 173:1 357:23

**publishing** 298:25

**pull** 21:10,13 83:2 223:23 355:17 357:3

**pulled** 24:7

**punished** 298:21

**purchase** 53:8 88:8 134:16,18, 20 276:16,23

**purchased** 27:15 104:18 188:6 194:15 276:17 278:12

**purchasing** 26:16

**purports** 74:15 187:15

**purpose** 86:23,24 93:3 109:23 124:19 148:8 164:9

**purposes** 74:10 158:11

**pursuant** 5:2

**pursue** 122:25 123:1

**pushing** 166:11

**put** 28:4 30:5,6 35:7,9,11 40:25 51:16 52:18 57:8 72:12,24 73:16, 19 74:1,20 75:21 77:17 104:18

109:2 114:12 120:19 162:13 172:17 188:23 193:23 214:14 219:13,14 231:3 250:3 252:8 278:7 300:22 301:6 330:8

**puts** 158:4 319:23

**putting** 164:5 168:3 219:2 281:19 283:1 305:3 339:22

---

## Q

**Qs** 137:10

**quarterly** 173:1

**question** 8:15 44:21 64:10 73:13 74:23 75:10,11 108:15 111:12 161:10,12,14 165:7 201:18 230:21,22 236:2 241:12 247:9 265:9 287:20 319:23 328:4 329:18 335:10 336:1,19 342:6 358:13

**questionable** 46:2

**questioned** 282:23 294:10

**questioning** 104:7 133:17

**questionnaire** 133:17

**questions** 7:8 8:25 74:11 96:11 105:11 224:7 246:22 256:9 327:9 336:22 360:5

**quick** 54:13 108:15 134:25 150:2

**quickly** 90:17

**quiet** 75:24 170:7 203:12

**quit** 14:13,14 261:4,9 265:2 340:8,18,19

**quote** 74:4,5

**quotes** 182:20

**quoting** 255:2,12,14,15,19,21 256:6 262:14

---

## R

**race** 251:21,22

**Raleigh** 5:7 324:25 325:3,4 346:12,14,17 348:23

**ran** 24:13 94:13 190:5 208:13 220:16 250:11

**raw** 133:15,16

**re-** 129:7

**re-watched** 298:2

**reaches** 30:4

**reaction** 197:2

**read** 45:22 46:3 59:2 73:25 74:18 75:20,24 77:22 78:23 79:17 80:2, 18 81:9,22 83:2 105:18,23 118:24 119:3,5 120:10 128:18,22,25 132:4,11,16,18,20 138:18 150:13 154:3 156:7 168:1 169:6 170:4,20 171:13 173:10 181:23 184:8 190:17,23 193:19 200:14 201:6 202:18 207:16 209:12,19 210:1,6, 21,22,24 212:4,8,17,24 213:9 214:4,18,24 215:10 216:10,14 224:9,23 225:4,7 227:17,19 233:1,13,18,20 234:8 235:4,19 236:13,23 237:2,7,18,22,25 238:2,22 239:3,10,13,20 240:2,7, 11,15,21 241:2,5,18,23 242:3,18, 24 243:13,17,24 244:2,7,11,15, 19,23 245:3,7,11,15,19,25 246:4, 11 248:24 249:21 251:21 252:6, 22 253:3,18,20 255:16,17 256:16, 18 257:2,7,20 259:17 260:3,12,16 261:1 262:5 264:7 265:14 266:6 267:24 269:2,4 270:15 271:24 273:17,25 274:16,18,20,24 275:2, 10,12,24 279:21,24 280:9 281:20 282:2,9,22 283:4,12,19,24 284:7, 12,16,24 285:12,20 286:3,17,20, 24 287:3,15 288:6,11,22 289:4,16 290:4,10,24 291:3 292:8,14 293:3 294:2,9 295:6 296:20 297:1,9,13, 18 299:7,10 302:14,22 303:12 304:22 305:4 306:13 307:16,19, 24 308:15 309:1,13,25 310:10,18 311:17 312:1,10 313:17 314:23 315:5 316:3 317:15,25 318:2,7 319:8 323:2,9 324:17,23 325:2,9, 20,24 327:15,22 328:17 329:9 330:2,19 332:18 334:3,7,24 335:19 336:21 337:1,7,10 339:5, 14,19,24 340:7 342:4,12 345:20 346:11 347:22 348:20 349:1,10, 18 351:7,23 353:3 354:1,11,17 355:8,14,17,23 357:2 358:21,24 359:6,17,19,21,23

**reading** 5:9 132:8 152:14 254:16 293:22 307:24

**ready** 213:24

**real** 9:24 54:13 90:16 134:25

201:21 248:25 249:11,16,17

**reality** 27:3 296:22

**realize** 32:19 263:8,14

**realized** 27:18 208:17

**realm** 110:15

**Realty** 26:14

**reason** 7:23 8:1 63:12 72:6 73:22 75:24 80:6 117:16 141:6,11 167:3 190:12 218:18 256:19 302:15 322:9 324:24 333:25

**reasonable** 171:24

**reasons** 218:14

**rebuttal** 284:17 287:17

**recall** 6:12,13,17,25 8:10 9:15,16 10:8 12:11,12 19:17 20:3,6,20,25 21:1 44:17 46:10,12,20 54:3 57:6 59:23,25 60:4 66:8,25 67:15,22 74:18 75:11,19,22,23 76:4 77:4, 20 79:21 82:21 85:8 86:3,23 99:1 104:23 107:25 119:12 128:14 144:19 152:1,14 159:8,9 161:18, 19 171:11 172:16,20 174:18 191:5,7,9,25 192:5,6,10 193:3,8, 10,12,19 194:12 197:16 198:12, 20 202:9 203:16 213:4,5,10 214:9,11,16 216:2 221:14 235:10, 17,20 236:4,10,20,22,23 237:3, 12,17 238:7,25 239:6,9,12,17,19, 24 240:2,5,9,11,19,20,24 241:1,3, 4,9,10,23 242:2,10,13,17 243:5,8, 12,14,16,21,23 244:1,4,6,10,14, 18,23 245:2,7,11,14,18,22,24 246:4 247:3,5 248:20 252:2,4,5, 25 253:1 256:23,24 258:23 259:17 260:2,8,21 267:2 268:6 271:4,18,21,22,23 272:16 273:17 277:17 281:18,25 282:1,2,7,9,16 283:1,6,8,10,11,13,14,16 284:3,9, 12,15,21 285:1,5,17,25 286:11, 14,17,20 287:1,9,15 288:3,6,11, 15,21 289:2,4,13,16 290:2,4,8,10, 20,23 291:3 292:4,7,14,22,24 293:2,10 294:2,8,14 295:6,13 296:19 297:1,4,16,17,22,24 299:6,10,23 302:13,21 303:7,11 304:21 305:3 306:12,25 307:16, 19,23 308:3,14 309:1,6,10,13,24 310:9,15,17,25 311:16,22,25 312:7,10,16 313:9,13,16 314:22 315:4,15,19,24 316:2,9 318:23 319:10 323:6,8,18,24 324:13,15,

16,21 325:6,8,16,19,22 327:3,4,5, 11,19 329:9 330:14,15,19,23,24 331:1,2,6 337:4,7,10,21 338:1 339:21 340:14 342:3 346:25 348:7,9,24 349:6,25 351:3,6,10, 22 352:22 353:3,7 354:8,13,19 355:13,16,20 359:2,13,16,25

**receipt** 28:16

**receive** 71:21 181:4

**received** 43:13,23 44:3 71:24 77:3,12 181:24 182:7,10 184:8,18 185:1,19,23 330:20 332:19

**receiving** 77:11 327:24

**recently** 38:19 251:6,7 346:17

**reciprocal** 33:10 34:7

**recollect** 268:7 318:20,21

**recollection** 58:19 61:12 108:12 159:12 161:18 259:8 293:23 354:22

**recommend** 22:6 25:16

**Reconstruction** 11:22

**record** 7:20 8:22 13:23 25:1,2 28:5 32:16 39:24 40:2 61:20 68:22 76:11,13 85:10,20 86:25 87:9,19 88:12 102:13 105:1 108:1 109:3 121:15,16 130:7 133:25 149:22 151:16 162:4,7 171:3 174:9 179:14,15,16 193:22 216:11 228:11,13,14,21,24 229:1 230:4,7,11,13,15 231:2,3 248:15, 16,17 258:2 265:18 267:5 272:12, 13 302:6,10,11 313:1 324:9 337:16 352:11,14,15,16,20 358:9, 11 360:14

**recorded** 101:19 108:3 109:5 157:16 197:6 294:16 309:25

**recorder** 120:17,18

**recorders** 72:17

**recording** 32:7 72:13,21 74:12 87:11,12 88:4 107:17,20 108:6,18 109:6 130:8 134:3,7 164:2 175:6, 7 176:3,7,16 177:17 178:9,21,24 179:6,7,21 180:1 187:21 190:20 194:17 215:25 225:19,24 226:3,6 227:4,14 230:17,19,22 235:24 280:11,12 302:16

**recordings** 31:22 89:14,16 103:18 130:23 152:6 157:16

159:11,13,16,19 160:2,8 171:22 178:23 180:18,19 190:22 191:17 220:1,4 221:19,22 222:3 232:13 275:7 292:9,24 293:4 306:16 307:2 357:9,11

**records** 34:16,19 45:6 71:19,21, 25 116:22,23 118:1 121:23,25 122:1,2 172:25 179:18

**recount** 276:4

**recounted** 276:5

**recounting** 271:4,8 275:18

**recovered** 289:11

**reduction** 295:11

**reference** 74:4 168:5 207:16

**referred** 252:20

**referring** 78:13 82:24 86:10 89:24 99:14 106:2 107:11 173:14 193:7 202:4 209:14,16 227:25 235:22 250:13 251:25 256:16 262:17,18,19 264:11,12 266:12 293:15 311:3,13 317:15 327:14 334:22

**refresh** 259:8 293:22

**refused** 292:20

**refusing** 276:25 277:3

**registered** 250:21,23,25 251:3

**regulate** 36:6,9

**rehabilitation** 320:3

**reiterated** 319:9

**related** 64:9

**relationship** 100:16 101:3,6 170:22 215:1 304:9 314:24 348:21

**relationship's** 266:8

**relationships** 215:17,19

**relay** 167:20

**relayed** 164:20

**relaying** 233:24

**reliable** 342:24

**relief** 50:9,11 321:10 322:11,15, 22,24

**relocate** 144:21

**rely** 177:8

**relying** 177:3

**remark** 77:21 201:6 324:22

**remarks** 299:1

**remember** 9:24 22:8 23:20 33:20,21,25 38:20 41:12,24 49:16 52:15,16 53:19 56:7 60:21 62:23 63:22 66:1,18 67:12,24 68:1,5 69:6 70:6,13,14,22 75:15 76:9 80:16,25 82:16,22 84:5 85:6,7,23 88:22 90:3,14 91:23 92:7,15,20 93:11,12 94:3,14 95:3,12,16 96:7, 12,20 97:5,7,8,9 98:13,14 99:17 106:5 116:4 118:24 126:22 128:8, 16 129:1 143:15 144:4,22 152:13, 16 155:23 156:4 157:20 159:4 162:23 163:1 173:20 174:17 175:11 176:4,9,12 188:5 190:8,11 191:12 192:4,20,21 193:1,14 194:3,19,23 195:1 197:19 200:22 203:19 205:3,11,20 206:19,22 214:12 221:17 222:2,4 223:6 235:14,15 236:8,11 237:6,14,16, 20 238:8 240:4,17 241:22 242:1, 12,16 243:7,15,22,25 244:5,9,13, 17,22 245:1,6,10,13,17,23 246:3, 9,10,12 247:19 248:22 249:20 250:18 251:5 252:14 253:10,12 256:9,10 258:17,20,25 259:24 260:23 261:25 264:6 266:3,4,11 267:22 269:19,21 270:24 271:7 272:18 273:1 274:6,14,23 275:17 276:9 280:8,16,18 282:19 283:13, 14,18,19,25 284:5,10,14,23 285:3,7,8,19 286:2,7,13,16,19,23 287:2,10,11,14,21 288:5,10,16 289:3,15 290:1,7,9,15,22 291:2,9, 10,12,13,20,22 292:6,13,23 293:1,12,17,19,24 294:1,7,13 295:14,17 296:7,15,25 297:7,21, 23 298:1,17,19,20 299:3,5,9,14, 17,22 300:1 301:16,25 302:4,18 303:1,3,4,6,21 304:1,2 305:2,9, 12,13 307:1,18,22 308:4,11,13,25 309:5,9,12,16 310:14 311:15 313:11,22 314:10,11,16 315:3,16 318:3,24,25 323:7,12,17,20 324:1,19 325:18,23 326:18 327:13,21 328:3,14,21,23,24 329:14,17 331:5,9,10 332:5 333:1 334:23 335:6,22,24 336:1,7,11, 15,16,20,24,25 337:6,9,12,23,24 338:4,15,19,22 339:9,23 340:4,5 341:4,5,6,7,11,14,19,20,24,25

342:1,14,16,17 344:2 346:11,23 347:4,9,16 348:10,11,12,19,25 349:8,17 350:16,25 351:12,20 352:3,5,6,25 353:24 354:9,16,20, 23 355:4,10,15,21 356:7,10 357:14 359:4,15 360:2

**remembered** 192:22

**remembers** 301:18

**remind** 21:25 214:19 215:10,16

**reminding** 215:5

**remotely** 325:16

**renew** 19:24 47:9

**renewal** 20:14

**Renfrow** 155:21 156:12 162:21, 22,24 163:5,9,13,16,21 164:6,16, 20,22 165:3 166:6 167:12,24 292:18,19

**repeat** 101:17 240:14

**repeated** 254:22 344:16

**repeating** 271:10 330:24 343:15

**repetitious** 30:24

**rephrase** 7:9

**replaced** 70:11,17

**reply** 119:3

**report** 26:7 37:4 40:9,11 86:4,9 149:16 150:3,7,20 301:2 343:25 344:3

**reported** 149:17,25 150:4,15 151:7,12 280:6 329:11 336:9,14

**reporter** 5:5 6:18 7:15 19:2,5,7 61:18 73:2,12 114:11,13 124:1 132:7 149:23 153:9 179:2,5 190:14 194:21 209:10 212:10,12 226:13,17 228:10,13,17,24 229:8 230:5,11 243:10 246:16 248:10, 12,14 257:14,18 265:6,11,13 272:10 276:18,19 277:15 278:2 302:20 324:4 326:9 347:13 350:22,25 358:9 360:6,9,15

**reporter's** 39:13

**reporters** 133:18

**reporting** 15:18 150:17,21

**reports** 58:5 131:20 149:17 330:2

**represent** 8:14

**reprimands** 110:1

**Republican** 250:19,24 251:1,4 323:10

**Republicans** 315:12

**reputation** 239:22,25

**request** 36:14,15,22 37:2,4,5,17, 20,24 71:16,18,19 87:8,10,11 146:12,14,15 161:3 175:23 176:20 177:6,12 180:16

**requested** 37:13 186:21 265:14

**requests** 143:1

**resend** 161:2

**reserved** 5:10

**residency** 331:7

**resign** 83:8,15,19 166:9,23 300:2,15 353:22 357:4 358:23

**resigned** 163:24 165:14 166:24 167:2 300:5 356:1

**resigning** 83:4 359:11

**response** 177:6 307:9 358:13

**responses** 131:10

**responsibility** 334:21

**responsible** 67:2,4 89:21 256:1

**rest** 247:6

**Restate** 129:6

**restraining** 98:17,19,20 168:11 169:21

**result** 131:21

**retainer** 39:9

**retaliating** 175:7

**retired** 172:3

**retirement** 239:21

**retrieve** 288:12

**return** 40:24 41:1,16 42:4

**returned** 44:20

**returns** 40:20,24 42:10,13

**Revenue** 44:14,23

**reversed** 50:25

**review** 86:15 171:8 181:1

**reviewed** 76:17,19 188:15

**reviewing** 45:19 77:24

**revisit** 230:23

**revolved** 167:15

**rework** 89:14

**Richard** 69:16 185:15,20

**Richards** 183:15,20 184:2,9

**Rick** 93:24 98:20,21 99:2,7,18
101:15 103:14 114:20,21,24
168:6,8,9 193:20 194:18 196:7,8,
10,15,18 197:14 204:24 211:20,
21 212:9,18,24 213:7,13,23
214:2,5,12 315:8 347:6,23

**right-out** 78:24

**rights** 248:25

**Riley** 297:2,10,13 298:5,9,12

**ringing** 297:11

**rings** 20:8 27:12

**ripped** 197:4

**risk** 239:21

**road** 155:1 302:23 312:14

**rolled** 237:23

**Ron** 58:14,15 85:24 110:18
121:19 122:17 128:1 135:7 136:3
141:19,22 149:2 151:7,12 163:16
164:5 169:7 171:2 176:9 199:5,10
204:21 206:10 207:4,10 210:7
213:2 216:22 239:13 242:9 246:6
257:3,9 277:7 278:24 279:24
287:6 292:16 294:16 314:25
316:4,11 329:15 331:6,10 332:18

**Ron's** 202:21

**Ronald** 51:25 52:4 57:4,21 58:11
78:7 79:9 82:15 83:15 85:10,11,
25 87:2,11,15,16 89:4,10,20 90:6,
12,15,19 93:6,9 95:17,24 96:2,4,5
97:11 98:23 99:4,7,15,19,20
101:24 102:6,9,10,17 103:11
106:2,5 107:13 108:6 111:3
112:13,15 113:9,12,16 114:25
117:8,10,17 118:3 122:4,10
123:24 126:19 127:7,11 128:11
137:23 138:22 139:13 140:3,4,11,
15 141:7,12,25 142:8 143:3,13,24
147:17,19 149:7,23 150:15

151:19,22 154:9,12 155:5,18,20
156:10,18,20,25 157:18 158:2,4,
15,17 162:24 163:2,6,12,19,20
164:1,2,13,15,19,21 165:17
166:10 167:16 171:15 174:4,7
175:1,5,7,13 176:3 196:11,14
199:6,23 200:17 201:20,23
207:22 208:16 209:4,6 210:8,19
213:11,25 214:5 218:11,15 219:3,
22 220:4,16,20 221:6,7 222:16,18
223:10,15 224:20 229:4,11
232:19 237:18 250:17 252:13,20
257:21 258:4 259:19,20 260:3
261:8,12 263:10 264:9,16,25
265:21 266:13 267:25 275:7
276:8 279:1 280:11,12,13 284:18
285:13 286:4,10 287:19 288:25
289:4,9 290:6 291:7 292:16,18
295:23 296:8,20 298:17,18 299:7,
13,23 300:13,17,18,21 301:8,15,
24 302:15 304:22 310:10 317:16,
19 318:10,14,16,18 319:6 324:23
325:2 326:24 327:6 328:18
330:20 331:3,14 332:1,7 333:17
334:20,24 336:5,12,16 337:2
338:2,5 339:14,15 340:8,16
343:18 346:13,19 348:1 349:20
351:7,13 353:15 357:4,8

**Ronald's** 290:13

**room** 6:22 7:3 27:12 124:9 125:8,
9 132:16 145:20 186:9

**Ross** 156:12 162:21,22,24
163:15 164:5,22 165:2 166:6
167:12,23 292:17,19

**Roton** 336:9

**Rotondaro** 111:4,20 112:5,14,24
113:14,17,24 117:12,21 118:4,7
133:21,24 149:14,21 151:8
297:20,24 298:5,8,13 299:1,11,24
300:12 302:22 315:6 336:4,9

**rough** 23:2,11

**route** 244:25

**routine** 304:11

**row** 306:18

**ruin** 289:9

**rule** 108:23

**rules** 5:3 107:17,19 108:9 166:21

**rumor** 95:21 196:12

**run** 15:19 35:15 102:4 124:8
137:15,18 198:11 205:19,25
212:6 220:22 250:9,15 321:17,20,
24

**rundown** 270:16

**running** 14:21 95:7,22 125:4
136:15,20 205:16 282:4

**runs** 310:12

**ruse** 24:18,21

**S**

**safety** 36:3,9 333:18

**sake** 292:11

**Salmon** 182:20

**Saluto** 246:7

**sat** 159:10 211:23 260:18

**save** 247:23,25

**saved** 68:19 247:20

**SBI** 27:4 65:24,25 133:20 149:24
150:1

**scam** 42:5,7

**scan** 35:7

**scene** 29:12 35:8 54:15

**school** 9:18,21 10:10,14,16,18
90:1,6,9,11 91:24 95:13 100:22,
23,24 107:18,21 110:2,7,9,13
115:24 116:22,23 117:15 130:8
133:12 135:2,5 154:15,22,24
157:1,9 158:5,7 167:5,8 175:4,14,
17,20 178:7,11 179:17 218:12,19,
21,23 219:23 220:16,22 221:2,3,
8,9,13 228:16 229:5 250:14
251:21,22 252:10 295:24 296:3,7
297:15 300:2,5 332:11 353:4,23
356:17,19

**schools** 91:22 95:11 112:20,22

**scope** 166:20

**scoring** 257:24

**Scott** 293:5,13 297:2,10,13
298:5,9,12

**scratch** 93:20

**screaming** 343:18

**screen** 67:25

**screenshots** 143:10

**Search** 16:15

**seat** 83:9,16,20

**secondary** 142:17

**seconds** 233:15 284:11 315:23 342:9 353:25

**secret** 268:11 275:7

**secretary** 15:20 340:1

**secretly** 109:5,6 134:2 203:11

**sees** 268:20

**self-explain** 157:17

**sell** 11:21 12:8,10 120:25

**selling** 88:6

**Senate** 94:13

**send** 21:19 77:13 104:19 127:14 161:6,7 176:14 177:11 180:16

**sense** 31:16 306:19 346:12

**sentence** 50:22 74:2 201:10 215:9 252:1 335:2,3

**sentences** 215:23

**sentencing** 338:9,10

**separate** 77:2 161:3

**separated** 163:6

**separately** 6:24 160:21 176:20

**September** 184:23 185:5

**sequester** 337:3

**sequestered** 271:2 279:19

**Serial** 182:22

**serve** 22:11 320:10

**served** 19:19 256:20 257:3 258:3,6

**service** 102:25 146:17

**services** 64:15

**session** 107:18 109:11,14 110:5, 9 294:17,18 296:1,6 353:15 354:12 358:25

**sessions** 107:20 108:2,18 109:24 357:11

**set** 24:16 188:10 221:22,23 315:25

**settled** 23:16

**settlement** 299:13 336:13

**settles** 306:13

**sex** 28:9 85:13,14,18 100:18,20 210:7,19,23 224:3 316:12 335:17

**sexual** 85:13,18 100:15 101:3,5 144:3 150:15 170:21 215:14 335:17 336:10,14

**sexually** 101:7 111:5,7 112:4 133:14,22,25 145:12 148:15 149:14 151:8 299:12,25 300:11

**shady** 170:14,15

**shamed** 322:10

**shaming** 320:1,8

**share** 78:8 176:15 227:22 228:23 230:9 232:5,6,8,11,20 233:1,5,7 292:12

**shared** 147:17 178:1 180:19 232:13,14 240:12,15

**sharing** 149:4

**she'd** 186:24 263:3

**shenanigans** 163:12

**sheriff** 71:17 134:22 136:15,20, 23 137:1 142:21,23,24,25 170:11 303:16 321:18,21,24

**sheriff's** 29:10 61:25 62:1,4,7,8, 15 63:2,6,13,18 71:9,12,22 72:8 304:15

**ship** 219:10

**shit** 170:15,17 250:3 252:18 346:21 347:17

**shook** 6:16 9:14 54:21 180:25 195:13 197:20 211:22,24 304:18 352:7

**shoot** 165:9 207:7

**shop** 208:12

**short** 15:5 33:20 61:21 105:4 162:5 246:20 313:3

**shortly** 92:9,10

**should've** 224:17 245:15

**show** 45:14 56:22 57:2 60:8,10 62:2 63:1 64:4,5 66:12,13 68:18 72:11 81:24 82:4,13 87:4 116:24 166:13 181:7 192:1,7 217:24 232:25 255:22 272:22,23,24 278:23 283:15 284:7 288:1 290:16 313:5 317:6,9 324:2 337:13,19 352:21 357:5

**showed** 59:7 90:15 131:20,21 133:16 143:23 144:5,12 145:8 147:25 166:19 207:21 208:9 318:22 328:17 330:8

**showing** 327:23

**shows** 68:6 278:24 322:25

**shunned** 322:9

**shunning** 320:1,8

**shut** 16:16,25 17:1 170:6 359:1

**sic** 96:2 123:16 135:25 136:1 213:23 335:8

**side** 6:16 9:14 119:18 154:14,15, 16,17 180:25 183:8 188:10 195:13 197:20 204:25 211:22,24 304:18 333:23 337:3 352:7

**sideline** 90:8,9

**sides** 154:13

**sign** 125:22

**signature** 185:1

**signed** 126:7

**signing** 5:9

**silver** 127:2,5 224:25 229:13

**simple** 50:3 51:3 321:7

**simply** 335:24

**singing** 273:8

**single** 47:15 75:16 160:7,17

**sir** 19:5 360:15

**sit** 124:20 254:3 255:17 282:15, 19 338:8 356:19

**site** 21:16,17 264:21

**sites** 21:17 264:9,16

**sitting** 39:16 56:21 94:1 144:17, 18 243:17 269:8 281:21 338:11, 16,17 339:6 345:1,14 350:7

**situation** 8:20 38:17 122:10 222:11

**sixth** 224:5

**skip** 291:24 355:12

**skipped** 73:5

**skirt** 81:17

**skirts** 349:13

**sleep** 245:25

**sleeping** 158:16,18 336:5

**slow** 19:3 212:13 243:11 257:15

**slowly** 19:9

**smaller** 94:12

**Smith** 147:12,13 203:17 238:10 331:3 333:2,7,10,16,19 334:25 335:9 356:1

**Smithfield** 23:24 54:18 76:25 85:20 86:11 87:6,14,21,24 101:20 104:6,24 125:12 127:20,21 130:25 133:23 134:3,9,13 143:20, 22 145:16 160:21 176:21 181:20 186:13 187:16 188:7 194:1,8 203:5,6,17 222:2 268:17 304:10, 13 305:15,21 306:4

**Smithfield's** 171:24

**snap** 148:1

**Snapchat** 127:13

**snapped** 320:24

**snapshot** 148:1

**social** 45:25 51:22 52:3,24 56:15 59:9

**software** 53:10

**sold** 11:20 12:12,14 103:22 194:6

**solicit** 25:13

**solid** 176:12

**solved** 34:15

**someone's** 39:13 294:12,18

**son** 32:22 61:25 62:1

**song** 249:7,12,13 272:21,25 273:3,4,5,7

**sore** 89:8

**Soros** 253:21

**sort** 80:20 119:24 200:18

**sound** 323:13

**sounds** 80:19 137:20 168:14 209:17 216:20 262:10 317:10 323:9,15

**source** 219:4

**sources** 330:11,12

**spanked** 253:3

**speak** 19:9 109:12,14 146:21 318:16 348:1,14

**speaking** 189:23

**special** 22:15 354:5,6

**specific** 20:3,6 107:2 159:12

**specifics** 200:23

**speculate** 55:14 174:8 238:16 276:11,13 277:9,11 288:19,20 296:18 301:20 323:16 330:6

**speculating** 295:19

**speech** 261:9

**spell** 69:18 115:13 146:24

**spells** 65:6

**Spencer** 184:19

**spend** 352:15

**spent** 221:11 252:6

**spoke** 57:20 237:8 302:15

**spoofed** 328:18 330:4,8,13

**sport** 308:2

**spotted** 201:23

**squashed** 166:25

**SRO** 224:4

**St** 278:13

**stake** 239:25

**stalked** 173:13

**stalking** 169:9 303:14

**stance** 130:9

**stand** 193:21 261:8 274:25 275:4 291:1 323:5

**standard** 137:14

**standby** 355:24

**standing** 133:12 135:2 144:17 203:4 264:8,15,21 350:19

**stands** 52:20 209:3

**Starr** 28:24,25 29:1 41:13 259:25

**Starr's** 43:5

**start** 8:25 26:6 42:4 51:21 52:3 56:14 82:11 84:1 96:8 122:24 158:24 164:1 190:17 199:1,3,15, 16 207:10 232:22 326:9

**started** 24:8,10 27:17 28:8,9,14 51:23,25 57:11,12 58:8,9 69:4 96:9,10 97:10 122:24 132:22 155:15 156:22 164:2 165:17 199:22 204:20 239:14 255:10 292:16,17 299:7 354:1

**starting** 29:22 258:14

**starts** 238:21 248:24 255:10

**state** 5:5 15:20 33:8,9,11 34:14 35:10 36:12 37:13 43:3 44:4,14, 22 78:5 108:15 116:6 137:25 141:10 146:4,7 214:2 217:24 265:18 274:15 279:21 281:22 282:24 284:16 285:12 287:16 289:21 294:6 309:15,18 311:19 328:5 334:19 336:8

**stated** 82:10 100:14 101:18 102:21 106:17 111:21,24 117:25 138:24 148:5 213:13 218:14 222:17 261:7,11 262:13,22 263:7 265:22 266:14,19,25 267:5 281:11 299:17 300:9 302:12,19 314:11 325:24 328:7 331:24 332:6,18 334:24 336:3 341:10 342:23 344:17,19 349:1

**statement** 76:4 78:19,22 82:23 83:6 100:12 101:14,17 128:22 140:17 154:5 171:11 193:11 241:18 253:25 254:12 281:19 282:18 284:1,6,9 304:21 335:4,13 340:16,23,25 341:23 342:12 343:3 349:16,17 351:10 355:13, 16,19,22 359:16

**statements** 77:25 80:18 83:3 84:19,25 85:3,9 88:24 89:11 141:7,12,14,16,17,24 142:1,3,7 143:3 148:7,14,20,21 263:17 264:1,5 273:22 283:2,16 284:3 291:5 299:16,18,20 323:18,24 328:2 330:19 332:16,17 339:13 340:5 341:16 343:12,13 346:24

348:9 349:6,10,25 354:8 359:13,
25

**states** 18:11 32:24 33:18 34:3,6,
8,17 100:9,11 108:1 255:23
259:10

**stating** 31:21 101:25 260:23
263:10,18,23 268:15 273:17
277:1 292:7 299:3 302:13 325:19
328:3 336:15,16 344:22 353:3

**statute** 81:14 101:11

**stay** 34:14 269:23 312:5

**stays** 28:17

**step** 17:19 322:5

**Stephanie** 264:13,20 265:20
266:12,16,20 267:1 342:21
344:20 350:4

**stepped** 13:20 204:25

**Steve** 57:22 135:18 136:19

**stick** 193:25 194:2,14

**sticker** 162:10,11,13

**stickers** 272:9 324:5

**stolen** 49:10

**Stoltz** 56:6 115:6

**stood** 261:3 286:9

**stop** 11:19 85:2 89:22 126:17
165:6,9,13 196:24 232:23 332:15

**stopped** 63:17

**storage** 121:17

**store** 11:3 35:6

**stored** 36:1

**stories** 325:25 326:5

**story** 95:24,25 96:3,5,8,9 98:22
157:24 199:17 217:13 218:3,7
303:13 333:23

**Stovall** 70:15,16,21,23

**straight** 92:3 260:17

**straighten** 28:5 29:20,22

**strange** 339:16

**stream** 353:4

**Street** 5:6

**strengthen** 155:9

**stress** 166:5

**strike** 30:4 247:16 335:10

**struck** 186:13 188:2

**struggle** 112:1

**student** 90:15,18 116:4,5 143:11,
24 157:2 224:4 229:5 297:15

**student's** 117:4 164:7 165:15

**students** 178:21 179:8 224:15,
20 353:18

**students'** 118:3

**stuff** 17:24 23:17 28:6 35:2,5,17,
23 37:3 42:2 44:8 51:24 53:1
59:19 78:6 91:4 97:17 100:23
115:2 122:13,25 123:3 128:8
131:5 139:15,25 142:11,16,18,21,
23,24 145:19 157:20 160:25
162:24 167:14,18 171:22 197:24
205:3 207:12 211:5,6 215:23
217:4 220:13 242:15 264:10
265:21 266:5 289:7,12 293:6,7,9
310:19 312:5,11 318:2 339:2
344:18 356:17,19

**stuff's** 313:20

**subpoena** 256:20 257:3 258:3,5,
6,7,8,10 270:6

**subpoenaed** 308:16,18

**subpoenas** 19:19 22:11

**subscribe** 312:2

**substances** 98:4

**sudden** 99:21 156:1 290:11

**sue** 30:25

**sued** 31:18 64:17

**sues** 30:7

**suffered** 84:13,16

**suing** 31:14

**suit** 21:20 316:19

**Sullivan** 250:17 312:18

**super-duper** 223:11

**superintendent** 91:22 95:11
164:6

**supervisor** 26:2 27:1

**support** 219:10 300:10,11,16

**supporting** 259:20

**supposed** 90:17 99:24,25
108:23 117:8 137:2 213:1 250:3
281:1

**supposedly** 133:11 289:10

**surprise** 77:7

**Susan** 151:13 242:21,22,23

**suspected** 93:8 267:25

**suspend** 167:12

**suspended** 48:14 89:25 90:4
156:1,6

**suspending** 163:21

**suspension** 138:19 139:3
140:18

**suspicion** 38:15

**Sutton** 111:10,11,13,14 167:7
275:1,3,15 276:8 294:10 353:9,
12,13,21 356:12,14

**Sutton's** 112:5 279:4

**sworn** 6:5 319:2

**system** 68:23 78:24 104:5 135:6

---

**T**

**T.W.** 184:8 185:4,15,23

**tabs** 140:7

**tactic** 156:22

**takes** 137:7

**taking** 23:3,4 28:24 80:2 201:16
230:15 254:1 283:6 316:25

**talk** 44:10 59:15 69:10 71:7 85:17
91:16 95:14 96:15,19 97:17
110:25 115:10 123:6,8 142:12
146:22 163:9,14,17 173:19,21
192:11 196:16 205:10 206:7,23
207:3 211:2 213:11 218:10
222:13 227:17 236:9 244:2
253:15 255:7 287:17 293:7
303:12 316:1 329:19 330:12
333:19 353:21 356:22

**talked** 32:14 62:14 63:19 85:19
89:1,19 91:13 96:17 98:12 111:11
123:11 124:11 125:15 133:20

142:13 147:12 149:24 150:1
158:10 162:21,22 167:22,23
172:2 191:13 200:9 204:23
206:21,25 207:9 210:25 211:23
214:5 219:24 231:23,25 233:9
269:20 279:13 289:18 303:9
306:3,6,9 331:22 333:8 353:17,19
356:18

**talking** 38:10,11 41:22 44:6
47:12 78:10 81:24 82:11 93:15,18
95:17 111:23,24 115:6,8,25
120:13 121:12 140:1 141:6
142:10 165:10 193:24 197:13
198:24,25 199:3,17,19 200:15
201:12 202:14 204:9 221:2,11,17
222:6,12 223:7 224:12 226:8,12,
23,24 228:1 229:21 231:2 232:17,
18 235:8 238:21 240:22 242:13
255:9,11,24 265:1 267:6 271:25
275:1 289:1 295:7 296:10,12,13,
17 303:7 309:6 323:11 330:15
344:25 350:17,20

**tangible** 126:13,24

**tase** 30:2,5

**taser** 29:25 30:1

**tasing** 30:8

**taught** 50:23 91:24 95:13

**tax** 40:19,23,24 41:1,16 42:4,10,
13 44:14,23,25 218:15 272:1
316:25

**taxes** 40:13 41:22 271:25

**teacher** 158:6

**teachers** 89:1,3

**team** 154:19

**telling** 26:3 30:15 73:16 89:3
90:25 93:9 94:22 99:7 103:14
131:16,17,19 139:19 140:15
142:4 163:15 168:6 176:4 191:12,
25 192:11 193:3,12,15,19 198:12,
13,21 199:25 202:9 209:18
210:16 212:17 213:10 214:11,12
216:20 218:8 219:13 220:8,18
222:2,16 223:10,19 233:23
235:10 238:7 239:6,9,12,17,24
240:2,5,11 244:7 246:4 258:22
268:18 269:9 282:12 287:3 296:3
316:16 328:7,9,13 331:2 341:14
343:14 347:1,14

**tells** 212:25 251:23 301:21

**temporarily** 48:14

**ten** 11:9

**tend** 7:14

**Tennessee** 33:3,4,8,16,17,19,
21,22

**terabytes** 35:25

**term** 48:11,15

**terminated** 128:15 326:21

**termination** 128:12

**terminology** 70:3

**terms** 119:25

**Terry** 104:22 123:20,22,23 124:3,
6,10,23,24 125:9,11,14,20 126:9
150:18 151:9 171:1 183:9,25
184:18 187:24 189:23 190:6,17
191:5,25 192:10 193:3 195:14,19
198:21 199:9,25 200:20 202:9,24
206:15 207:8 208:8 209:11,18,19
210:5,18 211:19 213:10,16,23
214:1,7,24 215:5 216:20 217:8
218:1,10 219:14 221:12 222:12,
16 223:14 224:6,14 227:16,17
233:13 234:1,3,6 235:10,15,20
236:5,10,21 237:5,7,12,18 238:7,
21 239:1,3,6,9,12,19 240:2,5,11,
20 241:1,4,18,24 242:2,10,17
243:5,8,13,16,24 244:1,6,10,14,
18,23 245:2,14,18,24 246:4

**testified** 6:6 50:15 148:6 190:3
197:13 212:19 215:21 255:25
279:14 317:24 321:9 322:11,16
324:23 329:23 331:3 357:15,17

**testify** 50:18 109:19 168:22
314:7 319:6 340:12

**testifying** 70:16 131:9 143:21
281:6,7 331:6

**testimony** 6:18 7:2,3,24 21:2
26:21 35:20 42:22 46:25 48:2,12
52:2 54:23 58:12 94:4 100:4
101:2 102:10,16 103:21 129:3,8
137:3 144:5 145:9,11 155:5
164:22 172:20 176:8 188:14
198:2 218:17,24 230:23 231:19
260:19 265:14 267:3 275:18,24
276:2 277:8 278:11 279:5 280:3,
17,19 301:6 309:11 320:25 326:7
330:25 340:13 357:22

**text** 127:10 144:14 147:24 201:5

210:24 283:19 304:22 305:6
318:22 319:1,2,3 327:17 329:11,
20,24 358:1,3

**texted** 103:5 279:24 327:6

**texting** 305:7 329:13,16

**texts** 145:8,11,14 238:10 305:18
306:7,10

**Tharrington** 355:25

**that'll** 153:18

**theorist** 205:4

**thing** 7:3 26:5 28:20 29:18 30:24
32:1 33:5 41:16 55:3 61:10 77:17
91:14,17 94:23 100:7 114:10
121:2 128:9,18 130:2 131:19
148:10 166:19 193:16 199:15
204:22 208:17 209:20 222:9
241:6 242:4,7 245:20 253:13
261:25 262:4 265:4,5 268:18,19
274:2 283:5 288:13 289:9 297:2
314:21 325:12 327:10 334:23
335:25 349:22 354:2 359:18

**things** 8:10 19:18 22:21 32:4
35:7 36:1 37:22 38:12 54:15 81:9
89:13 91:6 102:15 112:7 115:10
120:9 128:1 130:15,25 133:4,5,6,
7,9 137:13 142:8 143:1 145:1
155:15 159:17 177:6 193:5 198:6
199:18 204:4,23 205:7,11,23
217:14 219:14,15 224:20 231:5
232:16 238:3 242:8 260:21 269:9
291:17,19 314:20 326:20 343:7,
14 355:1,3 357:10

**think's** 217:4

**thinking** 132:16 203:25 222:7

**thinks** 106:20,22 107:3,7 110:18,
19 135:15 302:16

**thong** 349:14 351:25

**thought** 27:5 32:20 134:7 135:16
208:9 295:7 347:6 349:4 357:2
359:8

**thousand** 32:6 41:19 53:4

**thousands** 149:5

**threaten** 327:18

**threatened** 304:25 305:6

**threatening** 305:4,16 327:25
328:19 329:12

**threats** 327:24

**threesome** 317:17,21 318:11,15, 19 319:7

**throw** 116:11

**throw-** 304:23 327:17

**tickets** 49:11

**tight** 349:13 351:24

**till** 49:7 123:6,8 247:4 313:19

**time** 7:6 15:20 17:18 19:25 20:1, 3,6,16,19,20 22:7 26:2,13 28:23 29:21 35:14 41:21 43:1,17,18,21 44:5 47:15 49:23 50:8 51:15 54:8 57:18 59:23 60:7 67:12,14 68:1,5, 23 94:16 95:23 98:16 103:10 104:19,25 107:9 114:14,20,24 117:24 118:1 123:12,13,15 125:16 127:7,12 129:15 130:10 131:14,17 139:16,17 141:10 150:19, 22 151:10 152:2,3,9,11 153:24 155:14 159:9,18 166:21 167:6,17 168:3 170:4 173:20 182:14 195:19 204:1 206:6,25 216:19 221:11 222:1 226:14 232:23 236:16 237:22 239:14 246:14 247:13 252:7,19 253:22 255:16 256:11 259:1,14,16 266:15 267:22 269:23 272:18 273:2 274:10,11 279:5 283:24 288:5 290:22 292:6 301:18 308:13 309:14 313:11,15 318:7 320:11 321:3 324:15 326:16 329:10 337:23,25 347:5 352:8,15 353:1 356:21

**time's** 54:1

**times** 37:21 49:19 58:18 61:5,13 81:23 98:25 106:15 190:11 206:23 207:3,7 221:22 261:24 269:21 280:23,25

**timestamps** 84:10

**Tippett** 206:15,17,21,24,25 207:16,19 208:8

**Tippett's** 202:9,25 206:15

**tired** 335:25

**title** 91:23 95:12 295:12

**today** 7:25 8:7 76:22 148:6 151:21 161:18 266:14 271:5 274:25 281:7 290:24 309:1 357:18

**Todd** 111:10,11,13,14,19 112:5 167:7 275:1,3,15 276:8 279:4 294:10 353:9,12,13,21 356:12,13, 14

**told** 24:12 25:21,22 27:7 29:14 50:20 57:17 64:15 74:9 76:23 88:2,3,21 90:9 91:1,2,3,6 95:16 96:2 98:10 99:18 104:10 111:12 114:2 117:1,3 122:7,9,14,16,19 129:18,20 139:5,10,12,13 143:24 147:19 149:20 150:25 151:1,18 156:18 158:23 162:24 164:23,25 165:2,3 166:6 167:24 168:2 169:11 172:21 173:18 175:25 176:19 186:14 191:11,13,18,23 193:17 196:14,15 198:23 200:7 201:1,7,23 202:6 206:17,18 207:8,17,20 210:22 213:6,23 214:7 218:14 219:14 221:18,21 223:14 224:14,16,17,18 225:23 227:23 232:6,23,24 233:2,10 251:22 260:14,15 262:7,16,24 263:20 264:2,15 268:16 270:3,5, 14,21 271:3,10 274:1,22 279:11, 12 280:24 281:8 291:12,21 295:20 298:1 301:22 303:13,15, 16,17,19 305:23 309:21,25 310:5 317:5,19,22 318:3,4 319:1,9 321:2 327:16 330:14 331:24 333:13,15,21 335:22 336:13 340:14,22 341:3,11 344:18 346:8 347:3,15,16 348:5,17,19 350:16 351:1,3,18,19 358:22

**Tom** 252:7

**tomfoolery** 315:2

**tomorrow** 313:19

**tonight** 282:3 286:22 292:10 313:18 357:3

**Tony** 58:2

**tooth** 89:8

**top** 46:5 79:16 105:9 155:22 214:18 220:21,25 221:7 255:10 260:11 281:5 282:21 283:22 285:10 303:23 305:1 329:8 343:24

**totality** 160:8

**totally** 37:14 198:17

**touch** 321:9

**Town** 76:25 86:15 160:21 171:9, 23 176:20 194:1 268:17

**Town's** 86:16

**track** 34:11,12 147:15 205:5 212:8

**Tracy** 293:8,25 294:6 295:7,9,20 296:21,22

**traffic** 49:11

**trail** 21:21

**traits** 166:1

**trans-** 275:22

**transactions** 134:10

**transcribed** 75:3 78:3 168:18

**transcript** 5:10 73:6,11,14 74:16, 22 75:3 76:16 116:21,24 134:21 153:17 168:20 187:15 226:25 227:3 230:17 275:23 276:14 277:6,7 278:12 306:14 318:8 319:8 360:7,16,17

**transcript's** 278:23

**transcripts** 76:17 117:5 179:17 217:6

**transfer** 35:24 331:18

**transferred** 116:6 332:3

**transferring** 175:2,3,12

**transfers** 35:16 175:9 176:5,9

**transition** 117:13

**transpired** 167:11 168:2

**trash** 274:17

**trashed** 287:5

**treat** 354:6

**treating** 110:11

**trial** 37:3 106:25 111:11 123:7,9, 14 124:13,14 149:20 172:1 258:4, 11 260:7,20 268:12 270:4,13 273:18 275:23 278:12,21 279:5 312:2 313:17,23 314:1,9 319:4,7 330:8,10 332:21 333:24 334:11, 18 338:6

**trials** 22:12 126:15

**trick** 254:14

**trigger** 355:18 357:3

**trip** 61:15 254:13,16

**tripled** 271:24

**trouble** 154:20 298:16,23

**truck** 145:3

**true** 84:20,21 88:25 89:12 96:15
100:9 118:6 130:13,14,15,16
131:18 135:16 136:12 147:7,11,
22 148:7 162:21 175:19 219:19,
20 223:15 278:25 279:2,3 299:16
301:22 325:4 328:15 331:25
336:6 343:20

**Trump** 260:7

**truth** 8:2,7 61:17 100:10 141:11
142:4 152:15 153:19 192:17
317:12 344:1

**truthful** 7:24

**truthfully** 104:15

**tune** 122:12

**tuned** 312:5

**turn** 73:21 76:10 79:16 159:25
160:4,11,13 173:7 177:2,7 180:15
260:25 274:12 287:18 310:10

**turned** 23:14 86:13 159:21,23
171:8 185:15 187:18 243:4
325:25

**Turner** 63:9,10

**turns** 30:7

**TV** 111:14 133:16 148:16

**Twelve** 11:5

**twenty-something-thousand**
42:15

**two-month** 95:19

**Tyndall** 324:18

**type** 26:8 67:11 102:4 196:20

**types** 159:17

**U**

**U.S.** 206:2

**Uh-huh** 66:4 183:13,23

**Uhm** 160:10

**uncovering** 122:24

**underneath** 46:7 183:19 185:13

**understand** 7:4,8,9,12,13,18,19,
21 15:21 19:10 25:11 35:18 84:13
100:2 132:8 163:9 178:10 213:9
217:5 234:10,13,24 235:23,24
281:17 314:18 326:19 342:6,10
346:18 352:9

**understanding** 92:23 109:10
120:14 233:12

**understood** 234:14

**unethical** 81:10,19,25 82:16

**unforeseen** 193:5

**union** 253:20

**unpaid** 138:18,24 139:3,7
140:18,20,21

**Unresponsive** 72:3

**unsanctioned** 171:3

**updates** 73:25 74:19 75:20

**upfront** 244:24

**upstairs** 351:15

**usage** 128:5 129:17

**USB** 193:25 194:2,18

**V**

**vague** 193:14

**vaguely** 291:13

**Valerie** 278:9

**Van** 289:7 290:5

**vehicle** 29:24 49:10 121:16,19
127:8 129:16

**vendetta** 30:21

**verbatim** 144:4

**verification** 176:2 219:16

**verify** 89:3 228:20 229:11

**version** 91:4 251:15 270:16
280:6

**video** 79:18,21 82:10,14,18 88:6
120:18 133:12,15,16 134:12,14
168:23,25 169:1 208:25 209:2
223:5,10,24 224:11,19 285:22

**videos** 59:12,13 119:4 130:21

**view** 323:19

**violate** 107:17 109:4

**violated** 29:13 299:2

**violating** 297:25

**violation** 29:4 90:24 109:17
117:23

**violence** 101:10

**visitation** 55:2

**visited** 208:12

**voice** 126:5 186:23

**volunteers** 339:2

**vote** 137:1

**vote-getter** 220:21,25 221:7

**voters** 156:21

**votes** 219:6

**voting** 155:10

**W**

**wait** 49:22 98:11 114:14 129:6
144:20 178:2 226:13 248:12
310:11 354:11

**waited** 104:19

**waiting** 125:6

**walk** 290:13

**walked** 123:17,22,25 124:7
125:8,17 190:6 229:3

**Walker** 93:25 98:20,21 99:3,7,18
101:15 103:14 114:20,21,24
168:8,9 193:20 194:18 196:7,8,
10,15,18 197:15 204:24 212:9,18,
24 213:7,13,23,24 214:12 347:7,
23

**Walker's** 114:22 315:8

**wall** 351:9

**wanted** 19:3 26:11 52:8 53:5
62:3 69:9 76:23 87:12 90:7 96:8
103:3,6 104:16 111:12,17 113:5
125:20 126:11 143:12 144:1
158:24 164:13 192:11,14 196:2,
15 205:18 206:6 207:9 213:11
216:21 231:12,17 234:15,16,17
245:25 289:19 294:10 317:16,19
318:10,14,18 319:7 337:3 359:18

**wanting** 117:17 132:25 164:15 195:5 263:19 274:16

**warrants** 320:8

**Washburn** 210:14

**washy** 243:20

**watch** 24:13 192:6 253:12 258:12

**watched** 138:3 256:11 296:7 349:24

**watching** 232:21 355:2

**watered-down** 91:4

**Wayne** 31:8

**wear** 349:13

**website** 21:4,6

**weed** 192:18

**week** 34:15 256:20 312:14,15

**weeks** 57:3,4 58:6,10,13 95:17

**wellness** 331:16

**Wells** 303:13

**West** 104:22 123:16,18,21,22,23 124:3,10,23,24 125:9,11,14,20 126:9 150:18 151:9 171:1 182:8 183:9,25 184:8,18 185:4,15,23 187:24 189:23 190:7,17 191:6,25 192:10 193:3 195:14,19 198:13, 21 199:10,25 200:20 202:10 207:9 209:11,18,19 210:5,18 211:18,19 213:11,16 214:1,24 215:5 216:21 217:8 218:1,10 219:14 221:12 222:12,16 223:14 224:6,14 227:17 229:6,14,21,25 233:13 234:1,3,6 235:10,15,16,21 236:5,10,21 237:5,7,12,18 238:7, 21 239:1,3,6,9,12,19 240:2,5,11, 20 241:1,4,18,25 242:2,11,17 243:5,9,13,16,24 244:1,7,10,14, 18,23 245:2,14,18,24 246:4

**West's** 226:25

**Wetsch** 5:6

**whatever's** 168:24

**white** 110:12

**Wiesner** 67:17 68:11,12,13 69:7 93:7,24 97:1,2 114:8,16 115:4 197:14 200:2,3 202:2,6,18 205:1, 4 206:11 265:16,20 341:12

**wife** 13:11 18:4,6,7 21:25 27:13 28:4 29:2,17 30:2 40:15 49:23,24 50:14 55:5,19 60:24 93:7 95:22 99:8 102:1 148:5 158:16 163:23 165:18 166:4 196:13,15,20 199:24 202:9,22,25 206:15 259:17 260:1 316:4,5 320:21 347:6 349:4,5

**wife's** 207:2

**willingly** 100:6

**Wilmington** 12:5 13:1

**win** 94:17

**winds** 212:9,24

**winning** 136:23 137:4

**Winslow** 5:6

**wishing** 130:22

**wishy-** 243:19

**withdrew** 43:3

**witnessed** 113:12 202:1 343:17

**witnesses** 22:11 260:19 294:5 337:3,8

**woman** 111:23 169:8 316:5,6,8 349:2 351:23

**woman's** 316:7

**women** 28:10 209:15,18,21

**won** 136:24

**wondering** 267:14

**word** 85:6,8 162:25 176:12,13 208:14 209:9 216:15,17,24 250:2 285:8 332:5 341:9,10

**wording** 82:16 90:20 143:19 268:7

**words** 75:5,9 81:24 82:19 104:11 125:13 126:22 163:2 194:22 236:4,10,20 237:3 240:4 252:12 254:22,24,25 255:2 256:4 260:24 274:5 282:3 288:19 301:6

**work** 11:8 13:18 23:20 28:3,12 34:8 35:16 62:8,10,15 63:9 64:13 72:8 89:15 113:10 119:20 128:10 129:17,22,23 131:1 150:5 171:21 196:17 239:15 340:11,20

**worked** 11:3,7,10 40:19 63:2,5 68:24 69:1 142:19 170:8 208:11

262:20 267:1 285:15 296:23 340:17

**working** 25:5 28:8,14 31:15 32:19,20 37:8,22 39:5 42:12 43:18 45:9 63:17 154:13,14,15 230:12 274:17

**works** 63:12 348:2

**worm** 332:7

**worried** 245:8 289:8

**worries** 265:12

**worry** 29:9

**worse** 110:12 315:13 326:20

**worship** 315:13

**worth** 191:24 250:1

**would've** 157:3 168:15 195:12 225:14 233:4 303:15 356:13

**wound** 24:16 31:13 32:12 33:3,4 39:3 41:18 42:9 90:12 125:4 168:3 219:20 223:9,11 298:15

**wounds** 39:4

**Wow** 289:16

**WRAL** 101:24 102:2,5,8,11,16, 21,24 103:9,11 133:10,11

**write** 249:7 253:9 301:11,18

**write-in** 137:1

**writing** 34:12 223:4 233:12 280:20

**written** 13:22 108:10 119:11 273:22 291:18

**wrong** 21:19 30:17 106:20,23 107:3,7 110:4 155:16 164:17 166:21 167:13 212:6,25 261:11 262:5 287:7 295:4 306:21 340:21

**wrongdoing** 135:8 302:7,10

**wrongdoings** 257:10

**wrote** 147:24 152:14,16,19 168:21 190:15 250:6 253:6 272:25 300:23 301:13,14,16,24

**WWE** 273:7

---

**X**

---

**XR** 182:18

## Y

**y'all** 39:21 124:9 126:7 189:1
205:13 260:14 285:5,20

**ya** 286:6

**yada** 286:6

**Yam** 54:19,20

**year** 13:20 40:14,18,19 41:2,12
44:6,18,24 57:11 66:7 70:7,8,19,
20,22 95:2 166:21 205:20 251:10
258:18 267:21

**yearly** 53:8

**years** 9:7,8,24 11:9,16 34:23
40:20 42:8 47:10,16 57:12 167:6
239:14,15,16 242:7 251:11 262:8
283:21 321:8 342:4,12

**yelling** 351:9

**Yesterday** 277:16

**York** 9:2

**you-all** 13:16 198:5 199:4

**young** 9:16,25 201:2,12,13,14,
15,22,24 207:18,21 209:14,15,18
224:3 320:20,22

**younger** 201:20

**Youtube** 53:5,6 56:25 224:12
296:2

## Z

**zoom** 45:23