IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:23-cv-00349-D-RN

| | |
|---|---|
| RONALD JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOWN OF SMITHFIELD, and DAVID ) <br> MARSHBURN ) <br> ) <br> Defendants. ) | **DEFENDANT TOWN'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

NOW COMES Defendant the Town of Smithfield, by and through counsel, pursuant to Rule 7 of the Federal Rules of Civil Procedure, Local Civil Rules 7.1, 7.2, and 79.2, and Rule V.G.1 of the Electronic Case Filing Administrative Policies and Procedures Manual and hereby moves the Court for leave to file under seal the following:

   1.   Unredacted Defendant Town's Local Rule 56.1 Statement of Material Facts;

   2.   Exhibits 3, 4, 5, 6, 7, 9, 10, 11, 12, 16, and 17 to the Transcript, Deposition of Ronald Johnson (#1(b) – (i) in the Town's Appendix);

   3.   Confidential portion of the Transcript, Deposition of Michael Scott (#2 in the Town's Appendix;

   4.   Exhibit 34 to the Transcript, Deposition of Michael Scott (#2(e) in the Town's Appendix);s

   5.   Confidential portion of the Transcript, Deposition of Keith Powell (#4 in the Town's Appendix;

   6.   Exhibits 61, 62, 64, 71, and 79 to the Transcript, Deposition of Keith Powell (#4(a) – (c) in the Town's Appendix).

In support of Defendant Town's Motion for Summary Judgment, Defendant Town recites and cites to facts in their Local Rule 56.1 Statement of Material Facts that are supported by the above-described materials, which contain confidential information subject to the Consent Proposed Protective Order ("Protective Order") entered in this matter. DE 122. The Protective Order dictates which individuals are allowed access to and use of any such documents and further provides that the information subject to the Protective Order "shall not reveal or discuss such information to or with any person not entitled to receive it, so that the Confidential Information is not further disclosed or used in any manner inconsistent with this Order." DE 122 at ¶ 11.

The designated documents and materials are necessary to facts identified in Defendant Town's Local Rule 56.1 Statement of Material Facts. These documents and materials included in the Appendix to Defendant Town's Local Rule 56.1 Statement of Material Facts also constitute private personnel records made confidential by N.C. Gen. Stat. § 160A-168.

Counsel for Defendant Town have redacted information in Defendant's Local Rule 56.1 Statement of Material Facts, and removed and redacted the confidential portions of deposition materials (which were provided separated out by the court reporting service) submitted for the court's review to allow these documents to be publicly filed, but request that the Court consider the unredacted versions of these documents under seal for a complete understanding of the issues at stake.

Electronically filing these documents and materials in the normal manner,

such that they would be accessible by the public, would violate the provisions and intent of the Protective Order. Moreover, the important public interests served by the entry of the Protective Order may only continue to be preserved by allowing the above-described documents to be filed under seal. Additionally, all of the documents and materials sought to be filed under seal are documents and materials that Defendant are not permitted to disclose to the public pursuant to federal or state law.

WHEREFORE, Defendant Town respectfully requests that the Court enter an Order granting leave to file under seal the above listed documents.

This the 27th day of October, 2025.

        **HARTZOG LAW GROUP LLP**

        */s/ Dan M. Hartzog, Jr.*
        DAN M HARTZOG, JR.
        N.C. State Bar No. 35330
        E-mail: dhartzogjr@hartzoglawgroup.com
        DANIEL N. MULLINS
        N.C. State Bar No. 48227
        E-mail: dmullins@hartzoglawgroup.com
        2626 Glenwood Avenue, Suite 305
        Raleigh, NC 27608
        Telephone: (919) 670-0338
        Facsimile: (919) 714-4635
        *Attorneys for Defendant Town of Smithfield*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send electronic notification to all registered CM/ECF participants.

Valerie Bateman
June K. Allison
valerie@newsouthlawfirm.com
june@newsouthlawfirm.com
*Attorneys for Plaintiff*

David Marshburn
agentmarshburn@gmail.com
*Pro se Defendant*

Respectfully submitted this the 27th day of October, 2025.

**HARTZOG LAW GROUP LLP**

*/s/ Dan M. Hartzog, Jr.*
DAN M HARTZOG, JR.
N.C. State Bar No. 35330
E-mail: dhartzogjr@hartzoglawgroup.com
DANIEL N. MULLINS
N.C. State Bar No. 48227
E-mail: dmullins@hartzoglawgroup.com
2626 Glenwood Avenue, Suite 305
Raleigh, NC 27608
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorneys for Defendant Town of Smithfield*