IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO.: 5:23-cv-00349-D-RN

RONALD JOHNSON, )
)
        Plaintiff, )
) **ORDER**
        v. )
)
TOWN OF SMITHFIELD and )
DAVID MARSHBURN, )
)
        Defendants. )
)

    Upon the motion of Defendant the Town of Smithfield to seal the unredacted version of Defendant Town's Local Rule 56.1 Statement of Material Facts and certain attachments to Defendant's Appendix to Local Rule 56.1 Statement of Material Facts, on the grounds that the documents and materials contain information made confidential by N.C. Gen. Stat. § 160A-168, and/or are required to be filed under seal pursuant to the Protective Order filed in this case (DE 122);

    AND IT APPEARING TO THE COURT that good cause has been shown for the granting of this motion;

    AND IT APPEARING TO THE COURT that Defendant Town has demonstrated the necessity and propriety of sealing the documents at issue;

    AND IT APPEARING TO THE COURT that the request to seal the documents overcomes any common law or First Amendment presumption to access;

AND IT APPEARING TO THE COURT that the specific qualities of the material to be sealed justify that they be sealed taking into account the competing interest in access;

IT IS THEREFORE ORDERED that Defendant Town's Motion to Seal be GRANTED and that the following documents submitted to the Court will be sealed:

1. Unredacted version of Defendant Town's Local Rule 56.1 Statement of Material Facts, and

2. Certain attachments to Defendant Town's Appendix to Local Rule 56.1 Statement of Material Facts including the following:

   a. Unredacted Defendant Town's Local Rule 56.1 Statement of Material Facts;

   b. Exhibits 3, 4, 5, 6, 7, 9, 10, 11, 12, 16, and 17 to the Transcript, Deposition of Ronald Johnson (#1(b) – (i) in the Town's Appendix);

   c. Confidential portion of the Transcript, Deposition of Michael Scott (#2 in the Town's Appendix;

   d. Exhibit 34 to the Transcript, Deposition of Michael Scott (#2(e) in the Town's Appendix);

   e. Confidential portion of the Transcript, Deposition of Keith Powell (#4 in the Town's Appendix;

   f. Exhibits 61, 62, 64, 71, and 79 to the Transcript, Deposition of Keith Powell (#4(a) – (c) in the Town's Appendix).

SO ORDERED, this the ____ day of _____, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE