IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-cv-349-D-RN

| | |
|---|---|
| Ronald Johnson, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Town of Smithfield et al, | ) |
| | ) |
| Defendants. | ) |

This cause coming on Plaintiff Ronald Johnson's Motion for Extension of Time, to which Defendant Town consented, and for good cause shown,

IT IS THEREFORE ORDERED that the motion is GRANTED. Plaintiff is granted an extension of forty-five (45) days, up to and including January 2, 2026, to respond to Defendant Marshburn's summary judgment motion and supporting documents (DE155, DE156, DE157, DE158, and DE158-1 – DE158-11) and the Town's Motion for Summary Judgment and supporting documents (DE-159, DE160, DE161, DE161-1 – DE161-28, DE162, DE162-1 – DE162-20, and Motion to Seal (DE163 and 164).

SO ORDERED, this _3_ day of _December_ 2025.

_J. Dever_