IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-349-D

| | |
|---|---|
| RONALD L. JOHNSON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TOWN OF SMITHFIELD, et al., ) | |
| ) | |
| Defendants. ) | |

On September 3, 2025, Ronald L. Johnson, Jr. ("Johnson" or "plaintiff") moved to reconsider [D.E. 142] this court's order of April 28, 2025, granting movant Richard Hoffman's timely motion to quash a subpoena and filed a memorandum in support. See [D.E. 143]. On September 17, 2025, movant Richard Hoffman moved to quash [D.E. 145] another subpoena Johnson issued to Hoffman and filed a memorandum in support. See [D.E. 146]; Fed. R. Civ. P. 45(d)(3). On October 1, 2025, Johnson responded in opposition to Hoffman's motion to quash. See [D.E. 150].

The court has reviewed the record and the governing law. The court DENIES plaintiff's motion for reconsideration [D.E. 142] as meritless under the governing standard and GRANTS movant Richard Hoffman's motion to quash [D.E. 145] for the reasons stated in Hoffman's memorandum. See [D.E. 146]. The court DENIES as moot plaintiff's motion to strike [D.E. 154] movant's reply [D.E. 153]. The court did not consider the reply.

SO ORDERED. This 4 day of December, 2025.

J—Dever<br>
JAMES C. DEVER III<br>
United States District Judge