IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-349-D

| | |
|---|---|
| RONALD L. JOHNSON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| TOWN OF SMITHFIELD, et al., ) | |
| ) | |
| Defendants. ) | |

On September 27, 2025, Ronald L. Johnson, Jr. ("Johnson" or "plaintiff") moved to extend the time to complete discovery and to amend the scheduling order. See [D.E. 148]. On September 29, 2025, Johnson filed a corrected motion. See [D.E. 149]. On October 11, 2025, defendant Town of Smithfield responded in opposition. See [D.E. 151]. On October 12, 2025, Johnson moved for a hearing on his motion for an extension of time and to amend the scheduling order. See [D.E. 152].

On July 1, 2024, the court entered a scheduling order setting the discovery deadline for March 14, 2025. See [D.E. 118] 1. On March 3, 2025, the court granted in part and denied in part Johnson's motion to amend/correct the scheduling order and set the discovery deadline for April 30, 2025. See [D.E. 131] 1. On April 28, 2025, the court granted the parties' joint motion for an extension of deadlines set forth in the scheduling order and set the discovery deadline for July 29, 2025. See [D.E. 137] 1. On July 16, 2025, the court granted the parties' joint motion for an extension of deadlines set forth in the scheduling order and set the discovery deadline for September 27, 2025. See [D.E. 140] 1.

Johnson has failed to demonstrate good cause to extend time to complete discovery or to amend the scheduling order. See Fed. R. Civ. P. 16(b)(4); Nourison Rug Corp. v. Parvizian, 535 F.3d 295, 298 (4th Cir. 2008); Wooton v. CL, LLC, 504 F. App'x 220, 223–24 (4th Cir. 2013) (unpublished); Page v. Bragg Communities, LLC, No. 5:20-CV-336, 2023 WL 4166454, at *2–3 (E.D.N.C. June 23, 2023) (unpublished); Taveney v. Int'l Paper Co., No. 4:19-CV-103, 2022 WL 909403, at *2–4 (E.D.N.C. Mar. 28, 2022) (unpublished); United States v. $297,638.00 in U.S. Currency, No. 4:16-CV-254, 2018 WL2124088, at *1 (E.D.N.C. May 8, 2018) (unpublished); McMillan v. Cumberland Cnty. Schs., No. 5:14-CV-344, 2016 WL 5660243, at *4 (E.D.N.C. Sept. 29, 2016) (unpublished); Velasquez v. Salsas & Beer Rest., Inc., No. 5:15-CV-146, 2016 WL 3339488, at *2 (E.D.N.C. June 13, 2016) (unpublished); Hexion Specialty Chems., Inc. v. Oak-Bark Corp., No. 7:09-CV-105, 2011 WL 4527382, at *8 (E.D.N.C. Sept. 28, 2011) (unpublished); Farrar & Farrar Dairy, Inc. v. Miller-St. Nazianz, Inc., No. 5:06-CV-160, 2011 WL 1262159, at *1–2 (E.D.N.C. Mar. 31, 2011) (unpublished), aff'd, 477 F. App'x 981 (4th Cir. 2012) (per curiam) (unpublished). Thus, the court DENIES plaintiff's motions to extend the time to complete discovery and to amend the scheduling order [D.E. 148, 149] and DENIES plaintiff's motion for a hearing [D.E. 152].

SO ORDERED. This 16 day of December, 2025.

*Dever*
JAMES C. DEVER III
United States District Judge

2

Case 5:23-cv-00349-D-RN     Document 185     Filed 12/16/25     Page 2 of 2