UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:23-cv-349

| | |
|---|---|
| RONALD JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TOWN OF SMITHFIELD, et al | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO EXTEND TIME**

NOW COME the undersigned counsel on behalf of the Plaintiff and move the Court pursuant to Fed. R. Civ. P. 6(b) and Local Civil Rule 6.1, to enter an Order allowing an extension of time of seven days, up to and including, Wednesday, January 7, 2026, for Plaintiff to reply to Defendants' responses to Plaintiff's Motion to Amend his Amended Complaint and for Reconsideration of DE112, DE186 (BOE Defendants), DE187 (Town Defendants), and DE191 (Doyle, Zellinger and Hoffman). In support of this Motion, Plaintiff shows the Court the following:

1. The time for responding to Defendant's motion has not yet expired.

2. This motion to extend time is not being filed for the purposes of delay.

3. The position of Defendants' counsel is unknown.

4. Good cause for this extension arises from the multiple pleadings that require a response, as well as the pending summary judgment

deadline, a pending state court motion scheduled for January 5, 2026, and the compressed timeframe resulting from the holidays.

WHEREFORE, for good cause shown, Plaintiff respectfully requests an extension of time for seven days, up to and including Wednesday, January 7, 2026, to respond to DE.

Respectfully submitted, this 31st day of December 2025.

/s/ VALERIE L. BATEMAN
Valerie L. Bateman
NC State Bar No. 13417
NEW SOUTH LAW FIRM
209 Lloyd Street, Ste 350
Carrboro, North Carolina 27510
valerie@newsouthlawfirm.com
Tel: 919-810-3139
Fax: 919-823-6383

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that I electronically filed the foregoing **MOTION** using the CM/ECF filing system which will automatically send email notification of such filing to all counsel of record and to the following by via email:

>David Marshburn
>Defendant pro se
>agentmarshburn@gmail.com

This 31st day of December 2025.

>/s/ VALERIE L. BATEMAN
>Valerie L. Bateman
>NEW SOUTH LAW FIRM