FILED

OCT 2 0 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY MM DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-cv-349-D-RN

| | | |
|---|---|---|
| Ronald Johnson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEAL |
| v. | ) | |
| | ) | |
| Town of Smithfield et al, | ) | |
| | ) | |
| Defendants. | ) | |

Notice is hereby given that Plaintiff, Ronald Johnson, appeals to the United States Court of Appeals for the Fourth Circuit from:

1. The ORDER entered on March 28, 2024, granting the motions to dismiss filed by various defendants; and

2. The ORDER and Final Judgment entered on September 21, 2026, granting Defendants' motions for summary judgment.

Plaintiff appeals each and every part of these orders and judgments dismissing his claims against all named defendants in this action.

Respectfully submitted, this 20th day of October 2026.

RONALD JOHNSON, MBA
Plaintiff Pro Se
100 Marianna Place
Garner, NC 27529
ronjon1983@msn.com
984 379 2774

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing document complies with the applicable word limit of 8400 words or less as counted by Microsoft's word-processing software.

This 20th day of October 2026.

RONALD JOHNSON, MBA
Plaintiff Pro Se
100 Marianna Place
Garner, NC 27529
ronjon1983@msn.com
984 379 2774

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 20th day of October, 2026, I filed the foregoing NOTICE OF APPEAL by hand-delivery to the Clerk of Court for the U.S. District Court for the Eastern District of North Carolina, and served a copy upon all counsel of record and the following party via certified mail and email:

David Marshburn
Defendant Pro Se
708 S Robertson Street
Clayton, NC 27520
agentmarshburn@gmail.com

This 20th day of October 2026.

RONALD JOHNSON, MBA
Plaintiff Pro Se
100 Marianna Place
Garner, NC 27529
ronjon1983@msn.com
984 379 2774