# U.S. District Court

## North Carolina Eastern - Raleigh

Receipt Date: Oct 20, 2026 1:23PM

RONALD L. JOHNSON
301 LONGVIEW DR
SMITHFIELS, NC 27577-3016

Rcpt. No: 500025598 Trans. Date: Oct 20, 2026 1:23PM Cashier ID: #MM (7033)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | DNCE523CV000349 /001<br>RONALD L. JOHNSON<br>**FBO:** RONALD L. JOHNSON | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1018 | 10/20/2026 | $605.00 |
| | | | Total Due Prior to Payment: | $605.00 |
| | | | Total Tendered: | $605.00 |
| | | | Total Cash Received: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.