FILED

OCT 21 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY MM DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-cv-349-D-RN

| | |
|---|---|
| Ronald Johnson, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| **v.** | ) |
| | ) |
| Town of Smithfield et al, | ) |
| | ) |
| Defendants. | ) |

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Ronald Johnson hereby appeals to the United States Court of Appeals for the Fourth Circuit from the following:

1. Order (DE112) filed March 28, 2024, granting certain defendants' motions to dismiss certain claims for the reasons stated therein;
2. Order (DE185) filed December 16, 2025, denying the Plaintiff's motion to extend the discovery period and to allow oral argument on the same;
3. Order (DE227) filed January 9, 2026, denying as meritless in a one-sentence order Plaintiff's Motion to Reconsider the Court's Order (DE112) dismissing Plaintiff's section 1983 and 1985 claims against Defendants Benjamin Zellinger, Susan Doyle, David Marshburn, Todd Sutton, Richard Hoffman, Terry West, Keith Powell, Michael Scott, and Angela McLeod Barbour.
4. Order (DE237) denying Plaintiff's motion for leave to amend his Complaint;

5. Order (DE257) granting summary judgment and Judgment (DE258) filed on September 21, 2026; and

6. all interlocutory orders, rulings, determinations, and dispositions that merge into the final judgment, including all express and implicit rulings concerning discovery requests, motions to compel, motions to seal, motions for reconsideration, and related procedural and evidentiary rulings.

Respectfully submitted, this 21st day of October 2026.

RONALD JOHNSON, MBA
Plaintiff Pro Se
100 Marianna Place
Garner, NC 27529
ronjon1983@msn.com
984 379 2774

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing document complies with the applicable word limit of 8400 words or less as counted by Microsoft's word-processing software.

This 21st day of October 2026.

RONALD JOHNSON, MBA
Plaintiff Pro Se
100 Marianna Place
Garner, NC 27529
ronjon1983@msn.com
984 379 2774

## CERTIFICATE OF SERVICE

I hereby certify that I mailed the foregoing **AMENDED NOTICE OF APPEAL** to the following counsel of record:

Dan M. Hartzog, Jr.
(dhartzogjr@hartzoglawgroup.com)
Hartzog Law Group LLP
2626 Glenwood Avenue, Suite 305
Raleigh, NC 27608

*Counsel for Defendant Town of Smithfield*

Michele A. Ledo (mledo@ledolaw.com)
227 Elm Street
Raleigh, NC 27601

*Counsel for Defendant Jimmy (James R.) Lawrence (Jr.)*

Michelle A. Liguori (mliguori@ncdoj.gov)
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629

*Counsel for Defendants Susan Doyle, Richard Hoffman and Benjamin O. Zellinger*

David T. Marshburn
(agentmarshburn@gmail.com)
207 N. Third Street
Smithfield, NC 27577

*Defendant Pro Se*

James C. Adams II (jadams@brookspierce.com)
Elizabeth L. Troutman (etroutman@brookspierce.com)
William O. Walker IV (wwalker@brookspierce.com)
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
Renaissance Plaza
230 N. Elm Street, Suite 1900
Greensboro, NC 27401

*Counsel for Defendants Johnston County Board of Education, Sutton, Sessoms, Tippett, Wooten, Andrews, Carroll and Donovan*

This 21st day of October 2026

RONALD JOHNSON, MBA
Plaintiff Pro Se
100 Marianna Place
Garner, NC 27529
ronjon1983@msn.com
984 379 2774